# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

**FLOYD'S OF LEADVILLE, INC., N/K/A VALUED, INC.,**

*Plaintiff*

v.

**ALEXANDER CAPITAL, L.P., NESA MANAGEMENT, LLC, JOSEPH ANTHONY AMATO, ROCCO GERARD GUIDICIPIETRO, JONATHAN GAZDAK, GREGORY HURLEY, HOWARD DASILVA, RONALD BARRIE CLAPHAM, MARK LEONARD, THIEN TRUONG, PROVISION HOLDING, INC., TIMOTHY KELLY, AND THREE DDD LLC,**

*Defendant*

Civil Action No. 1:22-cv-03318

## AFFIDAVIT OF SERVICE

I, John DiAraneo, being duly sworn, state:

The undersigned being duly sworn, deposes and says: John DiAraneo is not a party to the action, is over 18 years of age and resides at 98c Edinburgh Lane, Lakewood, NJ 08701.

I served the following documents on Timothy Kelly in Monmouth County, NJ on May 4, 2022 at 11:38 am at 704 Carol Ave, Oakhurst, NJ 07755 by personal service by handing the following documents to an individual identified as Timothy Kelly.

SUMMONS IN A CIVIL ACTION
PLAINTIFF FLOYD'S OF LEADVILLE, INC.'S CORPORATE DISCLOSURE STATEMENT
CIVIL COVER SHEET
Notice of Electronic Filing
COMPLAINT WITH EXHIBITS 1 & 2

Additional Description:
Subject answer doors - confirmed identification - served

White Male, est. age 56, glasses: Y, Black hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: http://maps.google.com/maps?q=40.26353423,-74.0368939

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Ocean County  ,
 NJ   on  5/4/2022  .

_/s/ John DiAraneo_
Signature
John DiAraneo
(732) 267-8935