SOUTHERN DISTRICT OF NEW YORK

Floyd's of Leadville, Inc., n/k/a Valued, Inc

*Plaintiff(s) / Petitioner(s)*

v.

Case No.: 1:22-cv-03318

Alexander Capital, L.P., et al

*Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, John DiAraneo, being duly sworn, state:

The undersigned being duly sworn, deposes and says: John DiAraneo is not a party to the action, is over 18 years of age and resides at 98c Edinburgh Lane, Lakewood, NJ 08701.

I served the following documents on Three DDD LLC in Monmouth County, NJ on May 4, 2022 at 11:40 am at 704 Carol Ave, Oakhurst, NJ 07755 by leaving the following documents with Timothy Kelly who as Owner is authorized by appointment or by law to receive service of process for Three DDD LLC.

SUMMONS IN A CIVIL ACTION
PLAINTIFF FLOYD'S OF LEADVILLE, INC.'S CORPORATE DISCLOSURE STATEMENT
CIVIL COVER SHEET
NOTICE OF ELECTRONIC FILING
COMPLAINT

Additional Description:
Timothy Kelly answer door - confirmed ID and that he is registered agent and owner of company. Served

White Male, est. age 56, glasses: Y, Black hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: http://maps.google.com/maps?q=40.2635426,-74.03684967

Signature
John DiAraneo
(732) 267-8935

Subscribed and sworn to before me this 4 day of May, 2022, by John DiAraneo.
Witness my hand and official seal.

My commission expires: 6/11/23

Notary Public

SUSAN J LABELLA
Notary Public - State of New Jersey
My Commission Expires Jun 11, 2023

Scanned with CamScanner