# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| **Floyd's of Leadville, Inc., n/k/a Valued, Inc.** ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:22-cv-03318-MKV |
| **Alexander Capital, L.P., et al.** ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Ivery Rodriguez , being duly sworn, state:

The undersigned being duly sworn, deposes and says: Ivery Rodriguez is not a party to the action, is over 18 years of age and resides at 484 Lake Park Ave , #200, Oakland, CA 94610.

I served the following documents on Mark David Leonard in Santa Clara County, CA on May 7, 2022 at 7:07 pm at 1470 Settle Ave, San Jose, CA 95125 by posting the documents in a conspicuous place at the premises. First class mailing was completed on May 9, 2022 by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential.

SUMMONS IN A CIVIL ACTION
MOTION FOR ADMISSION PRO HAC VICE, AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE, ORDER FOR ADMISSION PRO HAC VICE
CIVIL COVER SHEET
COMPLAINT

Additional Description:
Document was Taped/Posted to front door.

Geolocation of Serve: http://maps.google.com/maps?q=37.30383389,-121.89418271

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Alameda County  ,
  CA   on   5/9/2022   .

/s/ *Ivery Rodriguez*
Signature
Ivery Rodriguez
(510) 693-3856

Below are my previous attempts at serving Mark David Leonard:

Date / Time: May 4, 2022 4:08 pm
Address: 1470 Settle Ave, San Jose, CA 95125
Geolocation: http://maps.google.com/maps?q=37.3035055,-121.89402105
Description: Spouse of Defendant reports that he is at work.

Date / Time: May 5, 2022 8:03 pm
Address: 1470 Settle Ave, San Jose, CA 95125
Geolocation: http://maps.google.com/maps?q=37.30356816,-121.89427001
Description: There was no answer at the address.

Date / Time: May 7, 2022 7:01 pm
Address: 1470 Settle Ave, San Jose, CA 95125
Geolocation: http://maps.google.com/maps?q=37.30374877,-121.89411566
Description: There was no answer at the door.