# UNITED STATES DISTRICT COURT

for the
Southern District of New York

| | | |
|---|---|---|
| **Floyd's of Leadville, Inc., n/k/a Valued, Inc.** | ) ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) ) | Civil Action No. 1:22-cv-03318 |
| **Alexander Capital, L.P., et al.** | ) ) | |
| *Defendant* | ) ) | |

## AFFIDAVIT OF SERVICE

I, Ellenor Rios, being duly sworn, state:

The undersigned being duly sworn, deposes and says: Ellenor Rios is not a party to the action, is over 18 years of age and resides at 161 E. Jackson Street, 200, San Jose, CA 95112.

I served the following documents on Thien Truong in Santa Clara County, CA on May 13, 2022 at 12:51 pm at 16035 Camino Del Cerro, Los Gatos, CA 95032 by leaving the following documents at the usual place of abode of Thien Truong with Co-Resident who is of suitable age and discretion and the Co-Resident of Thien Truong on May 13, 2022 12:51 pm to their last known address at 16035 Camino Del Cerro, Los Gatos, CA 95032. First class mailing was completed on May 16, 2022 by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential.

Summons - Thien Truong
Request for Issuance of Summons - Thien Truong
Request for Issuance of Summons - Jonathan Gazdak
Plaintiff's Corporate Disclosure Statement
Civil Cover Sheet
Designation of Magistrate Judge Gabriel Gorenstein
Complaint

Additional Description:
When I made the original attempt there was no answer at the door. Upon returning to my vehicle, I looked  towards the residence, and as I did, I saw someone appear at the front door. I exited my vehicle to once again approach the residence.  I knocked and an Asian, female appeared at the door.  I asked for Thien Truong, to which the Female said yes, he lives here.  I told her I had legal documents for Thien Troung.   She replied is someone suing us?  I told her I don't read the documents but it was a summons and complaint.  I asked if she was Thein Trough, to which she responded yes (I subsequently found out that defendant is a male and that the person I was speaking with was a co-resident).  I then told her that she was served.

Asian Female, est. age 30, glasses: N, Black hair, 100 lbs to 120 lbs, 5' to 5' 3".

Geolocation of Serve: http://maps.google.com/maps?q=37.23538058,-121.94547335


I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in   Santa Clara County  ,

  CA   on   5/17/2022   .

/s/ *Ellenor Rios*

Signature
Ellenor Rios
(408) 607-3413


Below are my previous attempts at serving Thien Truong:

Date / Time: May 10, 2022 5:01 pm
Address: 16035 Camino Del Cerro, Los Gatos, CA 95032
Description: No answer

Date / Time: May 1, 2022 10:48 am
Address: 16035 Camino Del Cerro, Los Gatos, CA 95032
Description: No answer

Date / Time: May 13, 2022 12:43 pm
Address: 16035 Camino Del Cerro, Los Gatos, CA 95032
Geolocation: http://maps.google.com/maps?q=37.23555936,-121.94546888
Description: No answer door, no one visible. Dog barking.