UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLOYD'S OF LEADVILLE, INC., N/K/A VALUED, INC., : : : Plaintiff, : : vs. : ALEXANDER CAPITAL, L.P., et al. : : Defendants. : : : : : | Case No.: 1:22-cv-03318-MKV |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY DEFENDANT MARK LEONARD**

Defendant Mark Leonard respectfully requests that the Court extend the time I have to respond to Plaintiff's Complaint. I respectfully request that the Court extend the time for me to respond to June 22, 2022. In support of this consent motion, I state as follows:

1. A summons and copy of the Complaint was posted on my door on May 7, 2022. I am in the process of locating counsel.

2. I am not represented by counsel.

Respectfully submitted, this day of May 2022.

"/s/" Mark Leonard
Mark Leonard
1470 Settle Ave
San Jose, CA 95125
408-891-9309
Markleonard1121@gmail.com