UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Floyd's of Leadville, Inc., n/k/a Valued, Inc.

          **Plaintiff(s),**

- against -

Alexander Capital, L.P., et al.

          **Defendant(s),**

------------------------------------------------------------X

1:22 Civ. 03318 (MK)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 22, 2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Timothy Kelly by personally serving Timothy Kelly, and proof of service was therefore filed on May 6, 2022, Doc. #(s) 39.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

          _____, 20\_\_\_

                                                 RUBY J. KRAJICK
                                                 Clerk of Court

                                      By: _____
                                                 Deputy Clerk