



## 220603- Affidavit of RMB Kelly.pdf

| | |
|---|---|
| DocVerify ID: | DFE470DB-EFA7-4F23-BBF7-6AE428A302D4 |
| Created: | June 03, 2022 08:57:21 -8:00 |
| Pages: | 5 |
| Remote Notary: | Yes / State: WI |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

**E-Signature Summary**

**E-Signature 1: Ryan M. Billings (RMB)**
June 03, 2022 09:05:47 -8:00 [DA3779F655E2] [65.25.188.163]
rbillings@kmksc.com (Principal) (Personally Known)

**E-Signature Notary: Billie Jo Jentsch (bjj)**
June 03, 2022 09:05:47 -8:00 [2743FEA3F20F] [71.87.123.18]
bjentsch@kmksc.com
I, Billie Jo Jentsch, did witness the participants named above electronically
sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat.
All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

FLOYD'S OF LEADVILLE, INC.,
N/K/A VALUED, INC.,

                             Plaintiff,

v.                                CASE NO.: 1:22-cv-03318-MKV

ALEXANDER CAPITAL, L.P., NESA
MANAGEMENT, LLC, JOSEPH ANTHONY AMATO,
ROCCO GERARD GUIDICIPIETRO, JONATHAN GAZDAK,
GREGORY HURLEY, HOWARD DASILVA,
BARRIE CLAPHAM, MARK LEONARD,
THIEN TRUONG, PROVISION HOLDING, INC.,
TIMOTHY KELLY, AND THREE DDD LLC,

                             Defendants.

## AFFIDAVIT OF RYAN M. BILLINGS

STATE OF WISCONSIN    )
                           ) SS
MILWAUKEE COUNTY    )

       Ryan M. Billings, being duly sworn, states:

       1.      I am an attorney with the law firm of Kohner, Mann & Kailas, S.C. I represent plaintiff Floyd's of Leadville, Inc., in the above-captioned action, and I make this affidavit on personal knowledge in support of plaintiff's request for Clerk's Certificate of Default.

       2.      A summons and complaint was filed in this action on April 22, 2022. On May 4, 2022, defendant Timothy Kelly ("Kelly") was personally served with an authenticated copy of the summons and complaint in this action. A true and correct copy of the Affidavit of Service is attached hereto as "Exhibit A."

       3.      Kelly is not an infant, in the military or an incompetent person.

DocVerify ID: DFE470DB-EFA7-4F23-BBF7-6AE428A302D4
www.docverify.com



4.      As provided in Fed. R. Civ. P. 12(a)(1)(C), Kelly's time to answer or otherwise

respond to the complaint expired on May 25, 2022. As of the date of this affidavit, Kelly has not

answered or otherwise responded to the summons and complaint, and is in default.

*Ryan M. Billings*
Signed on 2022/06/03 09:05:47 -8:00

_____

Ryan M. Billings

Subscribed and sworn before me
this 3rd day of June 2022.

*Billie Jo Jentsch*
Signed on 2022/06/03 09:05:47 -8:00

_____

Notary Public, State of Wisconsin

My commission expires:  9/19/25

*This notarial act involved the use of*
*communication technology.*

**Billie Jo Jentsch**
Notary Public - State of Wisconsin
My Commission Expires Sep 19, 2025

Notary Stamp 2022/06/03 09:05:47 PST                2Tx3FEA3F20F

Notarial act performed by audio-visual communication

2

DocVerify ID: DFE470DB-EFA7-4F23-BBF7-6AE428A302D4
www.docverify.com

