UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Floyd's of Leadville, Inc., n/k/a Valued, Inc.

                    **Plaintiff(s),**

                - against -

Alexander Capital, L.P., et al.

                    **Defendant(s),**
------------------------------------------------------------X

1:22 Civ. 03318 (MK)

**CLERK'S CERTIFICATE OF DEFAULT**

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on April 22, 2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Timothy Kelly by personally serving Timothy Kelly, and proof of service was therefore filed on May 6, 2022, Doc. #(s) 39.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

                  , 20___                             **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                                                  **By:** _____
                                                             **Deputy Clerk**

SDNY Web 3/2015