# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Floyd's of Leadville, Inc., n/k/a Valued, Inc.

**Plaintiff(s),**

- against -

Alexander Capital, L.P., et al.

**Defendant(s),**

-------------------------------------------------------------X

1:22 Civ. 03318 (MK)

**CLERK'S CERTIFICATE OF DEFAULT**

**I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on April 22, 2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Three DDD, LLC by personally serving Timothy Kelly (owner), *and proof of service was therefore filed on* May 6, 2022, *Doc. #(s)* 43.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

_____, 20\_\_\_

**RUBY J. KRAJICK**
**Clerk of Court**

By: _____
**Deputy Clerk**