Civil Action No. 1:22-cv-03318

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for Ronald Barrie Clapham was received by me on May 31, 2022.

Documents: **Summons;**

Service Address: **Atlantic Suites, Apartment 1003 4JVR+8HQ Europort Road Gibraltar 4JVR+8HQ Europort Road,**

☑ I personally served the above documents on the individual at Atlantic Suites, Apartment 1003, 4JVR+8HQ Europort Road, on June 6, 2022 6:05 PM

☐ I left the summons at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons to , who is designated by law to accept service of process on behalf of on ;or

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

My fees are $ .00 for travel and $ .00 for services, for a total of $ .00

I declare under penalty of perjury under the laws of the The State of California that this information is true.

Date: **June 10, 2022**

_____
*Server's signature*

Michael Angel
_____

555 ANTON BLVD STE 150, COSTA MESA, CA 92626
*Server's Address*

*Additional information regarding attempted service, etc:*

18649