UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLOYD'S OF LEADVILLE, INC., N/K/A VALUED, INC.,

Write the full name of each plaintiff or petitioner.

Case No. 1:22 CV 03318-MKV

-against-

ALEXANDER CAPITAL, L.P., NESA MANAGEMENT, LLC, JOSEPH ANTHONY AMATO, ROCCO GERARD GUIDICIPIETRO, JONATHAN GAZDAK, GREGORY HURLEY, HOWARD DASILVA, RONALD BARRIE CLAPHAM, MARK LEONARD, THIEN TRUONG, PROVISION HOLDING, INC., TIMOTHY KELLY, and THREE DDD, LLC,

Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

to Dismiss Claims agains Defendant Gregory Hurley

PLEASE TAKE NOTICE that **Defendant** **Gregory Hurley**
plaintiff or defendant   name of party who is making the motion

requests that the Court:

Gregory Hurley requests that the Court dismiss Plaintiff's claims against defendant under Rules 9(b) and 12(b)(6), Fed. R. Civ. P., on the ground that the pleadings do not state a claim upon which relief can be granted.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☑ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents:

06/22/2022                                    *Gregory Hurley*
Dated                                         Signature

Gregory Hurley
Name                                          Prison Identification # (if incarcerated)

11 Jacob Arnold Road            Morristown         NJ        07960
Address                         City               State     Zip Code

(917) 301-3077                  greghurley99@gmail.com
Telephone Number (if available) E-mail Address (if available)