USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2023

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FLOYD'S OF LEADVILLE, INC.,
N/K/A VALUED, INC.,

        Plaintiff,

v.                                       CASE NO.: 1:22-cv-03318-MKV

ALEXANDER CAPITAL, L.P., et al.,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff Floyd's of Leadville, Inc., n/k/a Valued, Inc., hereby provides notice pursuant to Federal Rule of Civil Procedure 4(a)(1)(A)(i) that it voluntarily dismisses its claims against Defendant Howard DiSilva with prejudice. Defendant DiSilva has neither served an answer nor a motion for summary judgment, and therefore dismissal may be achieved by notice pursuant to Federal Rule of Civil Procedure 4(a)(1)(A)(i).

Dated: March 6, 2023.                        Respectfully submitted,

/s/ Nicholas W. Katz
Matthew J. Smith, #32043 (CO)
Nicholas W. Katz, #55136 (CO)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
mjsmith@hollandhart.com
nwkatz@hollandhart.com

Ryan M. Billings, #1084543 (WI)
KOHNER, MANN & KAILAS, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212
rbillings@kmksc.com

*Attorneys for Plaintiff Floyd's of Leadville, Inc., n/k/a Valued, Inc*

**SO ORDERED. The motion pending at ECF No. 85 is DENIED as moot. The Clerk of Court is respectfully requested to terminate docket entry 85. SO ORDERED.**

Date: 3/7/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

1

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 6, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                   *s/ Nicholas W. Katz*
                   Nicholas W. Katz

21034349_v1