UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLOYD'S OF LEADVILLE, INC., <br><br>                              Plaintiff(s),<br><br>                    v.<br><br>ALEXANDER CAPITAL, et al.,<br><br>                              Defendant(s). | 22-CV-3318 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

   WHEREAS (1) counsel for Defendants Mark David Leonard and Ronald Barrie Clapham and (2) non-appearing Defendants Provision Holding, Inc., Timothy Kelly, and Three DDD LLC ("Unrepresented Defendants") did not appear at the initial pretrial conference scheduled to take place on December 21, 2023, that conference is HEREBY ADJOURNED TO **January 4, 2024, at 11:30 a.m. (E.T.)**. The parties shall dial 646-453-4442, enter the meeting code 38785438, and press pound (#). **All** parties are required to appear. Counsel are on notice that failure to comply with the Court's Order, *including failure to appear at the conference*, may result in sanctions.

   It is FURTHER ORDERED that in advance of the conference, **all** parties shall meet and confer regarding a proposed case management plan. Plaintiff shall serve the Unrepresented Defendants via Federal Express a copy of the proposed case management plan. The parties shall file an amended proposed case management plan by **January 2, 2024**. As discussed today on the record, the Court is not inclined to grant the parties nine months to complete fact discovery.

   It is FURTHER ORDERED that Defendant Ronald Barrie Clapham file an Answer to the Complaint by no later than **January 11, 2024**.

Plaintiff shall serve on the Unrepresented Defendants a copy of this Order via Federal Express Overnight, and to file proof of service with the Court by **December 26, 2023**.

SO ORDERED.

Dated: December 21, 2023
      New York, New York

_____
DALE E. HO
United States District Judge
