UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLOYD'S OF LEADVILLE, INC., <br><br>                              Plaintiff(s), <br><br> v. <br><br> ALEXANDER CAPITAL, et al., <br><br>                              Defendant(s). | 22-CV-3318 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

WHEREAS, an order issued December 21, 2023, adjourned the initial pretrial conference to January 4, 2024.

Due to an unforeseen conflict on the Court's calendar, it is hereby **ORDERED** that the January 4, 2024, conference is **ADJOURNED** to **January 8, 2024, at 2:30 P.M. EST.** The parties shall appear at the conference by dialing (646) 453 – 4442 and entering the conference ID: 387 854 38, followed by the pound sign (#).

Plaintiff shall serve this order on the non-appearing Defendants Provision Holding, Inc., Timothy Kelly, and Three DDD LLC via Federal Express Overnight, and to file proof of service on ECF by **January 4, 2024**.

SO ORDERED.

Dated: January 3, 2024
    New York, New York

_____
DALE E. HO
United States District Judge