UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLOYD'S OF LEADVILLE, INC.,

                              Plaintiff(s),

                v.                                          22-CV-3318 (DEH)

ALEXANDER CAPITAL, et al.,                                  ORDER

                              Defendant(s).

DALE E. HO, United States District Judge:

On December 12, 2023, the Court ordered Defendant Ronald Barrie Clapham to file an

Answer to the Complaint by no later than January 11, 2024.  ECF No. 154.  That date has passed,

and counsel for the Defendant has not filed a submission.  Accordingly, Defendant Clapham is

ORDERED to file an Answer by no later than **January 18, 2024**.

On December 21, 2023, and on January 9, 2024, counsel for Defendant Clapham failed to

appear before the Court to participate in a scheduled initial pretrial conference.  *See* ECF No. 154

and Minute Entry (January 8, 2024).  Counsel was warned "that *failure to comply with the*

*Court's Order[s]*, including failure to appear at the conference, may result in sanctions."  ECF

No. 154 (emphasis added).  This is counsel's third sanctionable offense.  Counsel for the

Defendant is again on notice that failure to comply with this Order may result in sanctions.

SO ORDERED.

Dated: January 16, 2024
       New York, New York

                                        _____
                                              DALE E. HO
                                        United States District Judge