000001



[08/07/2020, 19:04:43] Greg Hurley: ‚ÄéMessages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.

[08/07/2020, 19:04:43] Greg Hurley: Hi Barrie. Waiting for access

[09/07/2020, 20:46:43] Greg Hurley: Barrie - saw your email. I prefer not to share information with anyone who might be deemed listed under the CA without clarity on that topic. I figured we‚Äôd run it by whichever counsel we‚Äôd engage who would then advise whether to notify FoL or not on the CA.

[09/07/2020, 20:49:12] Greg Hurley: I emailed the information originally requested by Wysoki this morning and requested a retainer letter. Not sure if Frank has heard from them. Understood he was going set up a call for you with them.

[09/07/2020, 20:50:00] Greg Hurley: I can discuss the issue of the CA with your existing counsel if you like.

[10/07/2020, 00:34:29] Greg Hurley: Sent info to you. I ask that you not forward the email I sent. What you do with the attachments is up to you.

[10/07/2020, 09:25:42] Barrie: Noted Greg. Thank you.

[10/07/2020, 23:23:23] Greg Hurley: Barrie - we can talk tomorrow (or now if you are available) but I wanted to make comment (and maybe this is obvious) that I see counsel (paid by you) as representing Note holders to collect their money. This is the Trojan horse to allow for gaining control. Of course counsel will keep that strategic objective in mind throughout

[10/07/2020, 23:25:18] Barrie: I get it Greg. If you want to discuss in more detail in advance of the zoom meeting tomorrow please just let me know. Thanks.

[10/07/2020, 23:33:38] Greg Hurley: No need. Btw - I‚Äôve been working on a document which walks through the timeline of events and evolution of FoL. It ties the actions back to documentation providing a road map of questionable dealings/ possible fraud. There is so much correspondence, documentation, noise out there, I hope it will be useful to us and counsel to set a record will be provided to them. Hoping it was also keep costs down. Up to page 8 with a ways to go.

[10/07/2020, 23:36:32] Barrie: Well that‚Äôs just what we need thank you.

[10/07/2020, 23:37:25] Greg Hurley: Sure have a good night

[10/07/2020, 23:38:05] Barrie: Thanks Greg. See you tomorrow.

[13/07/2020, 19:37:15] Greg Hurley: Barrie - anything further on the Advisory Board Understanding on Confidentiality? Understood Sat you were planning on discussing with your counsel.

[13/07/2020, 19:47:44] Barrie: Yes. Just finished a call with him. His view is that you are entitled to the information anyway as a noteholder and therefore on any level you‚Äôre not obliged to be bound by the terms of the agreement. He was clear that you do not need to give Floyd notice either

[13/07/2020, 22:12:22] Greg Hurley: Is be happy to hop on phone on this matter if you are having a subsequent call.

FOL Clapham Disc.
Whatsapp Clapham Hurley
000001

000002

[13/07/2020, 22:42:48] Barrie: Greg. I‚Äôm just going to email him as it‚Äôs late here. Will copy you in

[13/07/2020, 22:43:21] Greg Hurley: Thanks.

[14/07/2020, 19:02:54] Greg Hurley: Waiting for access.  It says you are in another meeting

[14/07/2020, 19:03:26] Barrie: No I‚Äôm here

[16/07/2020, 18:00:27] Greg Hurley: Waiting for access.  It says you are in another meeting

[16/07/2020, 18:00:58] Greg Hurley: Good

[17/07/2020, 15:43:30] Greg Hurley: Barrie - I want to share info with lawyers.  In order to do so I need to be considered a client.  I can call Joel or whomever to coordinate.  Please let me know.

[17/07/2020, 15:44:07] Barrie: Can I get back to you shortly.

[17/07/2020, 15:44:21] Greg Hurley: Of course.  Call me anytime

[17/07/2020, 20:27:40] Greg Hurley: Barrie. Apologies I somehow missed your email of this morning.  I have been so engrossed in my opus on Floyd I missed it.  Hope to be in a position to share it with you soon and will make for a good read this weekend.

[17/07/2020, 22:56:43] Barrie: Greg. Had a long talk with Joel and would be glad to fill you in when you have a moment

[17/07/2020, 22:57:19] Greg Hurley: Now is good for a short talk.  Please call

[17/07/2020, 23:00:49] Greg Hurley: ‚ÄéMissed voice call

[17/07/2020, 23:02:42] Greg Hurley: Just tried you.  Have company.  Will try to be available.

[18/07/2020, 00:37:28] Greg Hurley: Spoke with your guy. Pretty confident we are on the same page.  He has a little bit of a process but I expect to receive info from him which I will execute and then can send info.  He was definitely a lot more sensitive to info flow than I expected around the LoA.  FYI.  Regardless I am ok.

[18/07/2020, 00:38:54] Barrie: That surprises me but thank you Greg ‚Äì I really appreciate you keeping me posted.

[18/07/2020, 00:41:20] Greg Hurley: I forgot to add... it sounded like nothing was happening until Monday.  So... if you want quicker you are going to have to kick him.  If there is something specific you want in the interim I can always forward it to you. Just let me know what

[18/07/2020, 06:59:33] Barrie: Revenue and stock

[18/07/2020, 14:33:51] Greg Hurley: We should engage Wysocki

[18/07/2020, 14:34:14] Greg Hurley: I am driving the next couple of hours tWill send afterward

[18/07/2020, 14:34:31] Greg Hurley: All of this is taking too long

[18/07/2020, 16:06:10] Barrie: Greg if you can get action  quicker through Wysocki then please do ‚Äì the sooner access can be given the sooner we can move. Unfortunately these guys are anal about compliance and there‚Äôs nothing I can do to move them. I went through the same crap myself to start with. But then you must know all about that

[18/07/2020, 16:07:12] Greg Hurley: Are you ready to fund the retainer?

000003

[18/07/2020, 16:13:55] Barrie: As soon as I can get sign off with Thien. But I can‚Äôt get that without the DD as you know! If you give me access restricted to me Under condition of the agreement we got to with FoL that would help a lot. . I am talking to them this evening I expect and I can ask them but I‚Äôm pretty sure they‚Äôll still want to get some kind of access before they commit as, once they are committed they are committed to much more than the retainer obviously

[18/07/2020, 16:15:09] Greg Hurley: I will send you info in a couple hours. Driving right now

[18/07/2020, 16:39:24] Barrie: Ok thanks.

[18/07/2020, 20:57:33] Greg Hurley: Have a quick question if you have a sec

[18/07/2020, 21:28:29] Barrie: Sorry Greg I‚Äôve just seen this. I‚Äôm at dinner so a bit difficult

[18/07/2020, 21:29:44] Greg Hurley: Np.  If and when you are free. <60sec

[21/07/2020, 12:31:25] Greg Hurley: Good for call later

[21/07/2020, 18:31:12] Greg Hurley: Barrie expect you have plenty going on.  If you have any feedback on the doc I sent, much appreciated. Verbal best. Thanks

[21/07/2020, 19:33:47] Barrie: I‚Äôve got it but it will take me a while to get through it. I think you have done the noteholders a huge service in producing this Greg and personally I think it will help a lot

[21/07/2020, 19:42:09] Greg Hurley: Ok thanks.  Again not looking for an edit as this is ‚Äúone mans opinion‚Äù but if I have something factually wrong or you think I lay it out wrong in your opinion would like to know

[21/07/2020, 20:38:50] Greg Hurley: You should have received link for info.

[21/07/2020, 20:40:47] Barrie: Thanks. Will check now

[21/07/2020, 20:42:45] Greg Hurley: I am going to keep control as to who can be added. I only have limited number  of licenses at $15pp per month. Let me know who specifically at Erricks to add.  Happy to point out what is in there to them if they like.  Much of it will not be useful unless things get complicated or they want to read as background

[22/07/2020, 13:43:16] Greg Hurley: Let‚Äôs talk when you are free after 8:15.  Also I am adding in a few comments from Howard and Frank on my summary doc. and then sending to Wysocki.

[22/07/2020, 14:12:04] Barrie: Thanks. Will do.

[22/07/2020, 14:50:40] Greg Hurley: Btw. Forgot to say.  What I sat ate payment today, realize that is a goal but understand there are logistics/administrative elements which could prevent this.

[22/07/2020, 16:11:15] Greg Hurley: Spoke with Frank after our call. Consistent with the message from Howard and I yesterday and me today everyone including Frank is committed to getting this done.

[22/07/2020, 17:00:51] Barrie: Thanks. That‚Äôs helpful

‚Äé[23/07/2020, 14:13:39] Greg Hurley: ‚Äé<attached: 00000058-PHOTO-2020-07-23-14-13-39.jpg>

[23/07/2020, 14:15:29] Barrie: I have just called him. Awaiting a return call

[23/07/2020, 15:16:37] Greg Hurley: They are talking tomorrow at noon ET. I am going to send a note to lawyers to schedule a follow on call for everyone.  Is 4pm ET too late for you?   Presumably if they also say they won‚Äôt be in a position to have that call, then they will need to move their conference sooner

[23/07/2020, 15:17:21] Greg Hurley: Oh.... just seeing your email.

[23/07/2020, 15:17:37] Greg Hurley: Regardless I will send this to get something scheduled

[23/07/2020, 15:17:50] Greg Hurley: How is 3pm?

[23/07/2020, 15:50:10] Barrie: I will do 3 or 4.

[23/07/2020, 16:23:10] Greg Hurley: Ok. See my email I just sent.  Want to make sure everyone understands some of the issues.  Forcing them to answer these I believe will help them to think things through.   Don‚Äôt want Wysocki doing some boilerplate filing if there are issues which they need to understand beforehand

[23/07/2020, 16:25:19] Barrie: Appreciated. Privately Herricks are a bit concerned at the apparent lack of litigation experience so Stephen will need to have a lot of input.

[23/07/2020, 16:29:10] Greg Hurley: Yeah funny I was thinking that last night and how we jumped on this guy as he came highly recommended was saying right things and knows cannabis.  Wysocki has already said he seasoned litigator very well connected he will bring in as needed

[23/07/2020, 16:30:17] Barrie: Well, we only know from his website that the litigation experience is limited but we can move if we aren‚Äôt happy

[23/07/2020, 16:30:27] Barrie: Hopefully unnecessary

[23/07/2020, 16:35:31] Greg Hurley: Btw I was just trying to get them moving by asking for a time... wasn‚Äôt looking to run/coordinate call. Unless you prefer I do, you should reach out to others

[24/07/2020, 17:31:54] Greg Hurley: I touched base briefly with Wysocki . He thought the had a good call with Herricks

[24/07/2020, 17:52:22] Barrie: Yes. I got the same feedback

[25/07/2020, 20:12:00] Greg Hurley: Hi you are good or do you still want to talk today?

[25/07/2020, 20:32:38] Barrie: Can I call you in 15 minutes

[25/07/2020, 20:45:18] Greg Hurley: ‚ÄéMissed voice call

[27/07/2020, 20:23:54] Greg Hurley: Got a minute?

[27/07/2020, 20:30:51] Barrie: Sure

[29/07/2020, 22:54:33] Greg Hurley: Made good progress with Raffi this afternoon.  If it‚Äôs not too late need to grab you on another matter. Otherwise will try again early my time tomorrow

[29/07/2020, 23:34:43] Barrie: Greg. I have to take a call and it‚Äôs quite late here. However, having spoken to Joel he is quite clear that we cannot live with anything less than a proper securities contract with all the relevant terms transparently noted. He says if we were to do anything other than that, we risk as officers of Newco personal liability for the

loan notes and that‚Äôs not someplace I‚Äôm prepared to go anywhere near. Therefore I have asked Joel Wagman to write to Jeremih and I am going to copy this message and send it to him and Raffi as well just for good measure. Clearly we would like to keep some commercially sensitive information like the other officers of the company to ourselves and we would like to be able to manage the Table ourselves but for guiding determination has to be what is necessary to give effect to a proper security contract that cannot be reduced but any noteholder at a later date. I hope that‚Äôs okay with you but Herricks have made it clear that we really have no choice in the matter

[29/07/2020, 23:59:13] Greg Hurley: We spoke about this this afternoon. They are on same page already and were working to include this language. Just spoke with him again on a different topic and confirmed again

[29/07/2020, 23:59:44] Greg Hurley: I will reach out again in the AM

[30/07/2020, 00:00:02] Barrie: Thanks Greg. Much appreciated.

[31/07/2020, 18:30:34] Greg Hurley: ‚ÄéMissed voice call

[31/07/2020, 18:36:54] Greg Hurley: Called you.  Received a call from Raffi.  He is starting to feel conflicted taking repeated direction and comments from Herrick. Says it is slowing things down.  Sounds like they are also asking for material changes/additions to the document that is planned to sent to investors.  Some of this is sounding like a business decision to box off every and all possiblities of risk forever... something which cannot be done.  I have told Raffi to focus on the charge he has been given, creating the documentation which was agreed.  If there is something material of concern let‚Äôs discuss.

[31/07/2020, 19:22:58] Greg Hurley: I misstated something.  Even if they think it‚Äôs a security there is language in our document (at their request) which covers that

[03/08/2020, 23:33:39] Greg Hurley: What is Wysoki up to?  They seem cheap, efficient

[03/08/2020, 23:36:47] Greg Hurley: In fact Raffi worked all day last Wed.  I had a bunch of conversations and said everyone calling him.  When I commented a couple of times about not wasting his time. (Because you brought it up a few times and I am always sensitive to spending someone else‚Äôs money). He commented not to worry that for the whole day he billed 3hrs

[03/08/2020, 23:56:34] Barrie: I haven‚Äôt seen his billings yet but I have seen Herricks ..... ouch!

[03/08/2020, 23:58:06] Greg Hurley: Well Herricks is also keeping Wysocki busy.  I expect they will be surprisingly low. $500 for senior partner. In NY it would be double. I am guessing Raffi bills $250

[03/08/2020, 23:58:23] Greg Hurley: Very low.

[04/08/2020, 00:00:13] Greg Hurley: Buddy of mine handles billing at Wachtell Lipton.  Highest paid partners in US.  They bill by the transaction. Crazy amounts

[04/08/2020, 00:38:55] Barrie: I have an agreed price for Herricks that tips out at $600 max.

[04/08/2020, 00:40:59] Greg Hurley: Nice!  I think that is less than the billing of  lawyer my ex wife hired to sue me!    ü$£

000006

[04/08/2020, 00:41:48] Barrie: I know the feeling

[04/08/2020, 00:41:49] Greg Hurley: After 6yrs i can finally laugh about it!  Lol. Have a good night!

[04/08/2020, 17:19:49] Greg Hurley: As I review related documentation and I think it needs to be decided concurrently, I would like to know if I am to be a Board Member and/or Officer of Redemption.

[04/08/2020, 17:34:56] Barrie: Thought one of you would want to be a board member??

[04/08/2020, 17:39:06] Greg Hurley: Yes. Thanks

[04/08/2020, 20:18:00] Barrie:  üëç

[05/08/2020, 20:47:57] Greg Hurley: Barrie see email from Wysocki on Board.  Who are the members and addresses?  I believe Howard is good being a member if needed.  I am good as well. Have not checked Frank. Please advise

[05/08/2020, 20:54:14] Barrie: Greg I think in the interests of efficiency it was proposed that there should be one noteholder board member/representative. Given that you are in the time zone or close to it, I thought you would be ideal but please tell me what you and Howard and Frank Think

[05/08/2020, 20:58:58] Greg Hurley: This can always be amended as the members wish. I just need to give them names names addresses now

[05/08/2020, 20:59:04] Greg Hurley: To create

[05/08/2020, 21:00:56] Greg Hurley: So I will give my name address you can add them or substitute me if you like.  Who else?

[05/08/2020, 21:19:37] Barrie: I,Äôve responded bu email. Hope that,Äôs ok

[05/08/2020, 21:22:21] Greg Hurley: Yes. Everyone has agreed and wants to be flexible.  I am just trying to understand and have agreement as to what we are agreeing to.  I have forwarded the email to Howard and Frank as I wanted to enlist their help in understanding and they should also agree before I comment.

[05/08/2020, 21:22:40] Greg Hurley: Everyone has agreed the need to be flexible

[05/08/2020, 21:25:46] Greg Hurley: Really I am trying to understand what we are saying is happening if there is no inventory, no working capital coming in.  Essentially there is no business to operate.  Therefore i am thinking shouldn,Äôt be a deal.  Or if you think different, what is happening to business ?

[05/08/2020, 21:49:24] Barrie: Craig firstly we really should do this by email and include Jeremy Raffi and Joel so that they can see where we are going with this and ensure the documents encapsulate whatever we agree

[05/08/2020, 22:17:47] Greg Hurley: We are trying to creat language which addresses your request the business concepts.  You should see it, review that point and suggest different if need be

[05/08/2020, 22:18:49] Greg Hurley: I just got off with Howard who will go over again with Wysokcki. Hopefully we have it right but if not suggest different.

[05/08/2020, 22:19:21] Greg Hurley: I have to hop. Maybe we should‚Äôve just talked it through.  My wife is staring at me.  My time is up for the moment

[05/08/2020, 22:20:08] Barrie: Greg I don‚Äôt want to spend more fees doing this. When you say we are trying to create you mean the attorneys I presume and I really don‚Äôt want to pay for fees for work that I know will take us to other questions and yet more questions that still never be answered completely. Also I want to do this with email traffic so Mark and others can see what is being said otherwise I have to keep on copying this into emails and adding to the work. Happy anniversary !!!

[05/08/2020, 22:44:30] Greg Hurley: Ok

[06/08/2020, 13:23:07] Greg Hurley: Hi not sure why you have not received info yet.  I also sent a note last evening slashing them to forward

[06/08/2020, 13:25:42] Greg Hurley: Been difficult here.  I‚Äôve not had power, internet computer since Tues morning.  Still the case.  Also was offline for anniversary last evening.  Heading to other residence now

[08/08/2020, 18:59:08] Greg Hurley: Hi Barrie before it gets too late Bayou wanted to draw your attention to my last email. Please respond thanks

[08/08/2020, 19:08:46] Barrie: Not sure which one is o/s

[08/08/2020, 19:09:33] Greg Hurley: Escrow

[08/08/2020, 19:17:48] Greg Hurley: You can respond individually. Don‚Äôt need both of your responses this sec.

[08/08/2020, 19:22:40] Greg Hurley: Sorry when you say it ‚Äúmust be in fact‚Äù you want it on the document today?  Lawyers are ok updating a few weeks out.

[09/08/2020, 20:44:49] Greg Hurley: Per email Frank/ we are in a holding pattern.  Awaiting directions from you/Barrie/Thien.

[09/08/2020, 20:50:42] Barrie: Oh really? ‚Äì I thought Frank had already spoken to a number of noteholders as there are only 16 we need to get the support from church is 77% cover?

[09/08/2020, 20:51:11] Barrie: Oh really? ‚Äì I thought Frank had already spoken to a number of noteholders as there are only 16 we need to get the support from to get 77% cover?

[09/08/2020, 20:51:44] Barrie: Anyway despite the fact that I think some of the points may be relevant, I don‚Äôt think there‚Äôs anything we can‚Äôt change later and time being of the essence I would like us to go ahead as quickly as possibleq

[09/08/2020, 20:51:44] Greg Hurley: He has spoken and has been speaking for awhile I believe, but not populated the doc and not sent.

[09/08/2020, 20:53:02] Greg Hurley: You bring up valid points.  But it is also true we can keep talking infinitum.

[09/08/2020, 20:54:11] Greg Hurley: I absolutely need a response on Escrow to my email... not having clarity could jeapordize.  See email and respond.

[09/08/2020, 20:54:25] Greg Hurley: Jeapordize transaction

[09/08/2020, 20:54:34] Greg Hurley: Maybe overstating but possibly

[09/08/2020, 20:55:46] Greg Hurley: I had anticipated docs would have already been sent but since there is that luxury let‚Äôs address

[09/08/2020, 21:19:46] Barrie: Greg. I‚Äôm not are we are you are still awaiting a response on escrow ‚Äì what is it you need?  As far as I‚Äôm aware it will be with Jeremy by Tuesday. And per my email I cannot find the cut-and-paste answers you refer to.

[09/08/2020, 21:20:04] Barrie: Can we have a quick roundup call tomorrow perhaps?

[09/08/2020, 21:23:10] Greg Hurley: You‚Äôve read my email sent within last hour and it‚Äôs unclear?

[09/08/2020, 21:24:07] Barrie: Just read it now. Still would appreciate a round up call between us only early tomorrow if possible

[09/08/2020, 21:24:55] Greg Hurley: We need to know that funds are in Escrow by assignment date 8/12/20.  The question to be answered is... knowing that should Frank proceed or we change the date or wait?

[09/08/2020, 21:25:02] Greg Hurley: Please respond to email

[09/08/2020, 21:27:11] Greg Hurley: Do you want the drop dead date changed to 6/30/21?

[09/08/2020, 21:27:38] Barrie: They will be so please let him proceed

[09/08/2020, 21:34:01] Greg Hurley: What about drop dead date?  It‚Äôs an easy change

[09/08/2020, 21:35:13] Barrie: Agreed. Although I don‚Äôt know why it can‚Äôt be 12/31 v 6/30?

[09/08/2020, 21:35:36] Greg Hurley: Oh

[09/08/2020, 21:36:01] Greg Hurley: Because it‚Äôs unlikely we will not be foreclosed by then.

[09/08/2020, 21:36:14] Greg Hurley: If we are not foreclosed by then, we can ask for more time

[09/08/2020, 21:36:55] Barrie: But isn‚Äôt that the point. Drop dead is usually the date nobody ever expects to reach by definition.

[09/08/2020, 21:37:32] Barrie: I guess. It‚Äôs just one less issue if things don‚Äôt go well

[09/08/2020, 21:39:14] Greg Hurley: It could also mean that Company owns claims, doesn‚Äôt pursue, noteholders don‚Äôt realize anything.  I think it‚Äôs an outside date and also a date to protect Noteholders. It‚Äôs also a date where you don‚Äôt have to pursue indenfinitryl

[09/08/2020, 21:48:34] Barrie: Believe me. We WILL pursue indefinitely unless and until we get a decision one way or another. Good or bad. And why would we not pursue. We have spent time and money doing it to not bother and leave $500 k doing nothing???

[09/08/2020, 21:50:17] Greg Hurley: I agree but it is one more thing Frank has to sell. So how about we put 1year 8/12/21

[09/08/2020, 21:51:28] Barrie: Agreed. I doubt Frank and clients will be aware but I‚Äôm not negotiating more discussing as we are all in the same boat

[09/08/2020, 21:52:08] Greg Hurley: Mind you Wysocki will put what we want but also said that this seemed somewhat excessive.

000009

[09/08/2020, 21:52:43] Greg Hurley: Ok so 8/12/21. Thanks

[09/08/2020, 21:53:09] Barrie: Yes. He‚Äôs eternally optimistic. But a drop dead date is for when things do NOT go right so 8/12/21 it is

[09/08/2020, 21:53:14] Barrie: Thanks

[09/08/2020, 21:53:35] Barrie: Can we please discuss shareholders tomorrow on the phone?

[09/08/2020, 21:53:59] Greg Hurley: Well let‚Äôs hope he is right eventually!

[09/08/2020, 21:54:30] Greg Hurley: Sure I am available.

[10/08/2020, 13:26:25] Barrie: Greg. Apologies. I made a mistake with my arithmetic. Please let me know when it‚Äôs good for me to call you

[10/08/2020, 13:27:37] Greg Hurley: Arithmetic?  Ok in bed. wife asleep. Will get up call you at 8ET?

[10/08/2020, 13:28:03] Barrie: Perfect

[10/08/2020, 13:51:35] Greg Hurley: Will call u

[11/08/2020, 22:48:45] Greg Hurley: FYI. Raffi was talking about Friday filing. Not sure why.  Target is Thurs. Assumes we get to >50pct tomorrow and can deliver opinion to Company and Alexander Cap

[11/08/2020, 22:49:48] Greg Hurley: Herrick will be looking at opinion. They were supposedly expecting to see pleading. I told Raffi to tell them No based on your conversation

[11/08/2020, 22:57:58] Greg Hurley: FYI. Raffi was talking about Friday filing. Not sure why.  Target is Thurs. Assumes you get to >50pct tomorrow early afternoon.  Deliver opinion to Company and Alexander Cap then and file next day

[11/08/2020, 22:58:06] Greg Hurley: Ignore

[12/08/2020, 12:32:23] Greg Hurley: More I‚Äôve thought about it I don‚Äôt like premise behind Wysocki action.  Can we discuss at 8ET

[12/08/2020, 12:47:51] Greg Hurley: Rather I should say I am fine with the premise.  I don‚Äôt like having everything they are trying to do in the one document and on same day

[12/08/2020, 12:53:36] Barrie: I‚Äôm on calls until 9.00 your time. Is that any good

[12/08/2020, 13:00:06] Greg Hurley: Ok

[12/08/2020, 15:07:43] Greg Hurley: Sent you a draft email on what I want to discuss

[12/08/2020, 16:41:00] Greg Hurley: See Raffi‚Äôs response.  One doc for form purposes.

[12/08/2020, 18:20:34] Greg Hurley: Would have rather waited the 90 more minutes to send to Herricks, but given your email to me, coping everyone, guess that is what we are doing.  Multiple comments gone at same time. This will probably slow things down instead of speed up. Guess you have a valid reason. Don‚Äôt know what Herricks said

[12/08/2020, 18:33:45] Barrie: Greg. Apologies. I didn‚Äôt copy everyone in. Thought I just replied to you. And I don‚Äôt know what Steven has on today so my Harry was simply to get the pleadings to him today that he

000010

had at least a few hours to consider them before they are lodged in court in Colorado in the morning

[12/08/2020, 18:34:21] Barrie: Greg. Apologies. I didn‚Äôt copy everyone in. Thought I just replied to you. And I don‚Äôt know what Steven has on today so my hurry was simply to get the pleadings to him today so that he had at least a few hours to consider them before they are lodged in court in Colorado in the morning

[12/08/2020, 18:34:44] Barrie: If you think it‚Äôs appropriate to wait another 90 minutes or longer please do so that I did not mean to cut across you in any way

[12/08/2020, 18:35:02] Barrie: And if you want me to send this by email as I seem to have replied to all I‚Äôm happy to do so as well of course

[12/08/2020, 18:35:09] Barrie: Please just let me know

[12/08/2020, 18:46:01] Greg Hurley: It‚Äôs ok understand it was inadvertent.  You sent to all including lawyers and Thien, Mark

[12/08/2020, 19:17:52] Barrie: Shall I do a circular to all  correcting it to making clear that, at the present time at least, you will issue instructions To avoid confusion?

[12/08/2020, 19:18:31] Greg Hurley: Up to you but not necessary.

[12/08/2020, 19:25:06] Greg Hurley: You may want to tell Joel that a new round should be coming in about 90mins.  He may want to use that as basis for his comments

[12/08/2020, 19:25:18] Greg Hurley: Concepts will be the same

[12/08/2020, 19:54:19] Greg Hurley: Meant to ask this morning. What is status of refreshing retainer?  It has been more than a week since we were presented with bill necessitating this.

[12/08/2020, 19:54:34] Greg Hurley: Should I be interfacing with you on this?

[12/08/2020, 20:10:52] Barrie: Sorry. Thien is dealing with it but it may have been lost in all the comings and goings. I will message Mark re this now

[12/08/2020, 20:13:29] Greg Hurley:  üëç üë∞ if I receive a future request, should I send it to someone else?  However you prefer.  Also they have a method to just leave a credit card on file. I was considering paying it tomorrow if not paid... but won‚Äôt interfere.  I was only thinking that as Rafi was saying they were hoping to get something before filing. (Not suggesting they wouldn‚Äôt file).

[12/08/2020, 20:14:57] Barrie: Please copy me Mark and Thien on that subject thanks

[12/08/2020, 20:26:26] Barrie: Thien said he was sending that and he sent 250k in yesterday as well.  I haven't seen emails today asking for it.  I just called thien ans got voice-mail.

[12/08/2020, 20:26:44] Greg Hurley: Ok

[12/08/2020, 20:31:40] Greg Hurley: Will forward

[12/08/2020, 21:12:00] Greg Hurley: Big ones not signed

Donald Fletcher

Gary Jaster

000011

Mark Davis

Max Diffey

Michael Oughtred

Paul Yurfest

Robert Orlando Living Trust

Tim Marks

[12/08/2020, 21:42:05] Greg Hurley: That list was for Frank

[12/08/2020, 22:10:48] Greg Hurley: I think I know why you just called

[12/08/2020, 22:11:03] Greg Hurley: Scratch that. I don‚Äôt know why

[12/08/2020, 22:11:15] Barrie: No worries

[12/08/2020, 22:11:30] Greg Hurley: I think there was confusion on docs. They are being sent now. Took a little longer

[12/08/2020, 22:11:46] Barrie: Thanks

[12/08/2020, 22:12:13] Greg Hurley: Spoke with Jonathan.  He is good. Not sure how helpful but don‚Äôt expect him to get in way

[12/08/2020, 22:13:10] Greg Hurley: Btw. Right after I sent that email to you all with invoice... Raffi brought it up again as we were talking about something else

[12/08/2020, 22:13:26] Greg Hurley: I am just the messenger

[12/08/2020, 22:13:29] Greg Hurley: Lol

[12/08/2020, 22:14:11] Barrie: Well I think Thien has sent more money so hopefully that will deal with it and if not please let us know.

[12/08/2020, 22:14:30] Greg Hurley: Sent money for Bill?

[12/08/2020, 22:14:38] Greg Hurley: Invoice?

[12/08/2020, 22:15:11] Barrie: For fees. Isn‚Äôt that what you were referring to or am I getting mixed up again??

[12/08/2020, 22:15:26] Greg Hurley: No you are correct.  Sorry.

[12/08/2020, 22:15:57] Greg Hurley: Ok if we don‚Äôt talk have a good night.  Another hurdle jumped today. Hopefully another tomorrow with filing

[12/08/2020, 22:16:46] Greg Hurley: You received a doc which requires signature

[12/08/2020, 22:16:49] Barrie: To be honest now and and in the light of that stupid email that Floyd sent, I really can‚Äôt wait ‚Äì the guy is such an arsehole

[12/08/2020, 22:17:55] Greg Hurley: Yup.  I sometimes feel bad.. my wife thinks I‚Äôm crazy after hearing my rants in the past.  He made his own bed.

[13/08/2020, 11:53:00] Greg Hurley: Personally I think it‚Äôs more the end of the beginning.  Regardless love the Churchill quote!

[13/08/2020, 12:12:50] Barrie: Haha. As usual you are right and I am wrong

[13/08/2020, 12:29:29] Greg Hurley: Hmm when I wrote that wasn‚Äôt even thinking of actual correct quote, but the longish road ahead.  Even should receivership, then foreclosure occur there is the matter of the

000012

THC assets and even then if worthwhile spending a little time to
investigate malfeasance.  Churchill was a great man.  The Last Lion.
‚úå üè³

[13/08/2020, 13:15:35] Barrie: I gather Frank has advised that Jonathan
has been in touch with noteholders. I agree that Jeremy should contact
him to advise him of the situation. He has no legal standing in the
matter now

[13/08/2020, 13:21:15] Greg Hurley: I don‚Äôt think it was much. Frank
just forwarded a recount of what was sent to one Noteholder.  It looked
to me that Jonathan was fishing for info.  Expect this happened prior to
my call and his receipt of my full executed Noteholders and Contribution
Agreement which spells out the entire deal.  He has said he will refer
any calls to Frank. I believe him as there is not reason for him not to,
even if he gets any calls in the first place.  Beyond what was sent
yesterday by Raffi it may make sense to send something again trying to
get him to send something to Company or Noteholders saying that we are
now Agent. He is cautious so not sure he will jump on that. Was
originally hoping to get something like that out of him not necessarily
sent to us which we could include in filing.

[13/08/2020, 13:27:31] Greg Hurley: He wanted some indemnification for
our dealings with Noteholders on our transaction as he is not involved.
Told him no problem. He also brought up indemnifying for all Agent
activity from start which I said would never happen.  Hoping we get some
sort of reply from his counsel acknowledging transfer and requesting the
first ask.

[13/08/2020, 13:30:23] Barrie: Thanks for that Greg

[13/08/2020, 19:10:52] Greg Hurley: ‚ÄéMissed voice call

[13/08/2020, 19:11:45] Greg Hurley: ‚ÄéMissed voice call

[13/08/2020, 19:12:02] Greg Hurley: Called you back. Call me on WhatsApp

[13/08/2020, 19:12:04] Greg Hurley: Pls

[13/08/2020, 22:19:19] Greg Hurley: Unless there is anything outstanding
from your perspective, I will inform Wysocki we are good to go

[13/08/2020, 22:48:55] Barrie: There is o/s from my perspective. Herricks
aren‚Äôt happy at all. They‚Äôre communicating direct to try to move
things more quickly. Will bcc you in when I get it and maybe we can have
a quick word?

[13/08/2020, 22:50:10] Greg Hurley: Whaaat.  That is not what I
understood. I understood these were ready and was literally about to hit
send that it was approved

[13/08/2020, 22:50:57] Greg Hurley: I would very much ask that you allow
me to participate in the conversation with Herricks. This has caught me
by surprise. Wysocki thought they were done

[13/08/2020, 23:00:59] Barrie: I will call you on the regular line in a
mo as I can‚Äôt patch you in on what‚Äôs app. Is that ok?

[13/08/2020, 23:01:20] Greg Hurley: Ok

[13/08/2020, 23:32:28] Greg Hurley: ‚ÄéMissed voice call

[13/08/2020, 23:34:02] Greg Hurley: We will still try to file tonight if
these comments can come in and there is some general consensus.  I think

a hating item will be if I need to get Affadavit notarized again.  I am stuck after 6:40ET.

[13/08/2020, 23:34:22] Greg Hurley: But want you to know that we may do that without you having another discussion

[13/08/2020, 23:34:42] Greg Hurley: Hope you get this and can say whether you are good with that or not

[13/08/2020, 23:36:05] Greg Hurley: I am ok making the call.  Also ok if you need to be included.  You will need to pickup tonight as needed (I hope)

[13/08/2020, 23:51:55] Greg Hurley: This will fall to tomorrow.

[14/08/2020, 01:19:37] Barrie: Greg. If Stephen is reasonably ok then I am too. Will leave my phone on.

[14/08/2020, 01:19:57] Greg Hurley: This will get done tomorrow

[14/08/2020, 01:20:09] Barrie:  üëç

[14/08/2020, 01:20:36] Greg Hurley: Spoke with Joel. Waiting on call with Stephen.  Sent a couple of emails to you which can wait til morn

[14/08/2020, 14:01:42] Greg Hurley: Per emails. Do you now have docs you were seeking?  Do you have an issue with Herricks doing some drafting work in the event it is deemed useful?

[14/08/2020, 14:05:02] Barrie: No I have no problem with that whatsoever and indeed I think it‚Äôs highly desirable

[14/08/2020, 14:08:21] Greg Hurley: Ok currently idea is for Jeremy to handle without that bit process is fluid. Can you  please let Stephen know this is on from your perspective.  Again not saying we are asking for it, just that if asked by me he has your blessing to pitch in. If for some reason we take the wholesale rewrite. (Unlikely) we will talk

[14/08/2020, 14:08:35] Greg Hurley: Ok from

[14/08/2020, 14:17:42] Barrie: Will copy you in

[14/08/2020, 14:17:50] Greg Hurley: Saw your note

[14/08/2020, 14:17:53] Greg Hurley: Thanks

[17/08/2020, 17:16:54] Greg Hurley: Guess you did not connect?

[17/08/2020, 17:27:03] Greg Hurley: Guess you did not connect?

[17/08/2020, 17:32:22] Barrie: Not yet

[18/08/2020, 15:04:26] Greg Hurley: Hi give me a call if you have a sec. thanks

[18/08/2020, 17:31:24] Greg Hurley: ‚ÄéMissed voice call

[19/08/2020, 16:31:16] Greg Hurley: ‚ÄéMissed voice call

[19/08/2020, 16:32:29] Greg Hurley: You sent an email on 6/20 which I believe transcribed a WhatsApp conversation between you and Floyd from 6/16 or so.  I would prefer to have the original WhatsApp message

[19/08/2020, 16:32:53] Greg Hurley: Is what I am saying correct?  If yes, can you forward that WhatsApp message now

‚Äé[19/08/2020, 16:59:43] Barrie: ‚Äé<attached: 00000253-PHOTO-2020-08-19-16-59-43.jpg>

[19/08/2020, 17:15:34] Greg Hurley: Call me if you can.  Thanks for the emails

000014

[23/08/2020, 02:14:51] Barrie: Greg. It‚Äôs past 2 o‚Äôclock in the morning here but I got a call from a very upset Mark ‚Äì upset for apparently very good reason as he has received calls from Frank which I understand  were aggressive and abusive and suggest we have gone behind Franks back to construct this deal on Floyds which cuts him out. As far as I‚Äôm concerned that‚Äôs nonsense. Mark brings sales and management as well as money in the form of Bill and Thien and I bring money and swapping $2 million worth of paid-up shares for my equity. I thought and believed that Frank was doing his best to protect his investors in general and his brother in particular but this suggestion that somehow or other he is entitled to some vast share of the equity for no money ‚Äì indeed he is taking over half $1 million of commissions from this transaction already ‚Äì boggles my mind. I was aware that Mark has offered both Frank and yourself some extra equity to reflect the extra work that both you and he have put in ‚Äì particularly you who have had nothing extra out of it ‚Äì but this suggestion from Frank is nothing short of outrageous in my view as it does exactly the opposite of what it should do ‚Äì it puts equity for no specific input into Franks hands and takes equity away from a  talent that we need to help grow build and sell the business going forward. given Franks obligations to his clients to do his best for them, this action is the worst possible action he could‚Äôve taken. It serves only Frank and appals me given the steps I have taken recently to help him personally. I can only hope that you can help him see sense but I do need to speak to you to discuss how this matter can be approached resolved as, as things stand, the spells nothing but difficulties and challenges for this project which needs all the help it can get.

[23/08/2020, 03:08:21] Greg Hurley: Ok. Happy to talk tomorrow.  I‚Äôve heard from Frank and Mark multiple times today after your email out of the blue.  Tried to calm him down.  Think we have good team it would be a shame for it to fall apart.  Btw - you mention your $2mm, I have my $100k in equity which I carry at -0- because in my mind it is worthless as is your $2mm.  All the value is at the Senior debt level.  Frank pushed me off many times from putting the company in default to protect you and his other equity holders.  So you should be thanking him for that.  Agree about a lot of what you say about the talent etc.  Ok hope you didn‚Äôt wake up when I sent this.  Sweet dreams!

[23/08/2020, 12:52:10] Barrie: All my email ‚Äú out of the blue‚Äù tried to do was to define and describe the deal we have all agreed and The basis on which we have advanced monies. This was in response to a query by Raffi. Mark has always made clear his desire ( shared by Thien and me ) to find capacity to include you given the work you have done and Frank to have some equity as well and indeed yesterday I spent two hours on a zoom call with Mark a good part of which was trying to work out where we could find some room for manoeuvre within the equity. Sadly Frank forgets areas and points which don‚Äôt suit him so as an example, Frank guaranteed significant sums to Mark and me and Mark is trying to manage that burden without ever calling on Frank. We had even gone as far as to re-draft some legal documentation with Herricks to that end. We were also looking at increasing our share of the financial burden reference Floyds and releasing bill and therefore having at least some of his equity to disperse elsewhere. So against that backdrop for Frank to simply turn round and ignore what had been agreed previously with you and

000015

Howard and everyone else and to decide unilaterally that he is going to
take a large slice of equity from Mark is, as far as I‚Äôm concerned,
beyond the pale. We worked well as a team and it was in the context of
wanting to continue and honour that effort that Mark and I were working
towards that objective but Franks aggression directed at completely the
wrong people is both offensive and almost sickening. I know Mark has been
completely turned off and I can understand it. I know everybody in
Stewarts feels the same way and I can clearly understand it. And for me,
I unilaterally and without any justification of or reasonable expectation
of a deal took steps to help Frank protect his position and for him to
turn round in that context and suggest that I am operating behind his
back turns me off completely too. I am sorry to rant on but for me this
is just completely unacceptable and beyond comprehension it really is.
Please do give me a call when you‚Äôre up today as I really want to
understand what the hell is going on with Frank and Mark but from what I
can see, something is going wrong in Frank‚Äôs mind has he seems to have
a sense of entitlement beyond reason when you consider, reference this
for example, that he ought to be working hard for his clients and to
protect his clients money and if he thought he could simply breeze in and
take action without all the help effort support work  put in by everybody
including Hendricks as well as Jeremy, he is sadly mistaken. He seem to
believe that he could simply pull the plug and take over the company and
sell it or run it or have some guy in Miami do it. That was never
realistic. Look at the work that has been done and the challenges we
still face and that‚Äôs before we get near the assets let alone turning
the assets to account. He totally underestimates the operational demands
of achieving any business objective and that‚Äôs partly because he‚Äôs
never had to deliver. So he may genuinely believe he is doing me and
other shareholders and enormous favour by allowing us to participate and
by taking our money our time or effort our brains are creativity but
sadly it‚Äôs time he woke up smell the coffee and realised that it takes
teamwork and effort consistency and focus as well as money and balls to
take the risks to get there. So to be clear, if Frank wants to replace
the escrow with money from his own funders or investors and if Frank
wants to pay back the legal fees that we have incurred thus far then I
for one I‚Äôm prepared to walk away and not do business with him ever
again. Obviously I would want him to stump up for his financial
guarantees as well. I am incredibly disappointed beyond words. Anyway,
apologies for the rant but I would like you to appreciate that there is a
lot more to this than Frank being cheated as he feels out of some vast
easy profit which I‚Äôm sure you appreciate is a nonsense without me
saying it!

[23/08/2020, 13:48:20] Greg Hurley: I get where you were coming from and
understand why you would be alarmed, shocked, appalled.  I can‚Äôt talk
until later today... though maybe you need to talk it through more with
Mark.  Sorry I missed your call last night.  I probably spoke with Mark
and equal amount and probably was on the phone with him, Frank I kept for
the most part on text though I was trying to stop things early.
Regardless of anyone‚Äôs feelings, I believe though the transaction
exists whether Frank, you, Mark or Thien want it to or not. There is no
walking away by the now new Noteholders (cause Frank says so) nor money
coming out of company.  So this will need to be sorted out.

Guess people could always walk away and would be owed money back on the agreed terms.  My out of the blue comment, apologies , it relates partially to the results which occurred.  While you think it‚Äôs reasonable... you don‚Äôt have an appreciation for what is going to happen by sending it.  (And I am not just talking about Frank.). Prior to giving instructions to the lawyers, I would‚Äôve thought something as important as this would have been reconfirmed with the principals (that doesn‚Äôt include Frank and me) involved, because one thing is for sure, it is unclear... even without Franks input. You don‚Äôt even have Bill‚Äôs name correct.  It‚Äôs Bill Lewis. Also why bring up questions to Rafi and Jeremy suggesting there should be a all hands on call for a business decision (splitting equity) or minutea.  I am living this deal 24/7. I interact with these guys constantly.  You get a very small window into that, Frank, Mark and Thien much less so. I think everyone has confidence including you that I know what is going on.  I appreciate (and have to deal with some of the delicacies which unfortunately exist).  I can‚Äôt understand why you never contact me to find out what is going... but after not being in contact shoot off an email.  (I‚Äôll leave out the out of the blue part this time. Lol). Don‚Äôt worry. This will get fixed one way or another.

[23/08/2020, 14:05:18] Barrie: Greg. I don‚Äôt call because I don‚Äôt want to bother you. And of course you‚Äôre correct about Bill‚Äôs name. However, my point was simply that I had spelled-out the breakdown of the cap Table on calls with you and Howard and we went forward to conclude a deal on that basis. Therefore it‚Äôs not up to Frank to unilaterally effect change and to be honest, I don‚Äôt expect him to have any support in so doing. On the other hand, despite his ignoring obligations or forgetting obligations to Mark and to me as examples, Mark and me were working on ways to assist Frank as well as of course, to get some equity organised for you. In the meantime you know what I did to help  Frank so I was pretty shocked to have him crying with thanks to me one day to the extent that he is unable to speak as I have saved him his wife and family from ruin and then apparently accusing me of all sorts of bad deeds about a week later ( and he spoke to me quite happily a couple of days ago ). I will speak to Mark as soon as he gets up but will be glad to hear from you whenever is possible as I promised Frank a few days ago that I will give him a call today as my daughter has left but don‚Äôt really want to do so until I‚Äôve spoken to you

[23/08/2020, 14:12:07] Greg Hurley: I don‚Äôt think you should speak with Frank nor Mark with Frank nor try to address this individually or collectively until Monday.  Believe it needs a cooling off period.  While the equity issue should be solved soon, don‚Äôt  think it‚Äôs pressing enough to upset a Sunday after already upsetting a Saturday.  I don‚Äôt find hearing from you a bother at all.  It‚Äôs also what I agreed to do. Keep you up to speed and allow you to provide oversight.  I will try to connect in a couple of hours

[23/08/2020, 14:13:41] Barrie: Thanks Greg. It‚Äôs kind of you. And perhaps you‚Äôll be able to explain what‚Äôs happened with Frank. TBH, Mark‚Äôs call last night and his level of upset made me sick to my stomach

[23/08/2020, 17:22:46] Greg Hurley: Hi can I call you in 10

[23/08/2020, 18:08:13] Barrie: Thanks

[23/08/2020, 18:17:48] Greg Hurley: I forgot to mention and I highlighted this to Mark primarily for himself and his conversation with Thien. There is a feature somewhat unique to our deal which is a ‚Äúbad actors clause‚Äù. It allows for a mechanism/easy removal of a shareholder who is a problem.  The idea is that at a cannabis company you can‚Äôt have someone involved who is going to ever jeapordize the licenses.  In any event perhaps this provides some confort in a small way.  Happy to explain it more of you like

[23/08/2020, 18:38:36] Barrie: Thanks for that

[23/08/2020, 18:56:55] Greg Hurley: It‚Äôs in the Shareholders Agreement

[23/08/2020, 19:31:51] Barrie: Noted thanks. I didn‚Äôt realise that but obviously none of us want to put ourselves in a position where we have to use something like that ‚Äì forgive me for stating the obvious. You also have seen that I have postponed the car with Raffi.

[23/08/2020, 19:49:32] Greg Hurley: Yessir

[23/08/2020, 19:51:55] Greg Hurley: Son heading back to school tomorrow. Daughter to Univ in CA soon, step daughter to UC London in 2 weeks. Today will be the 1 day the whole summer where all 5 of them are together. Talk soon

[24/08/2020, 00:35:04] Barrie: Enjoy. Nothing is more important than health and family.

[24/08/2020, 18:37:43] Barrie: On a zoom with Mark and Thien.

[24/08/2020, 18:37:58] Barrie: Can you join us on the hour?

[24/08/2020, 18:38:20] Greg Hurley: Yes

[24/08/2020, 18:39:46] Barrie: Excellent. I will send you an invitation. We are finished so let‚Äôs start at 12.45 your time.

[24/08/2020, 18:41:39] Barrie: You must be doing something else so we will issue the invitation and see you at 1 pm your time

[24/08/2020, 18:44:33] Greg Hurley: I am free

[24/08/2020, 18:46:20] Barrie: Let‚Äôs just go for 1 pm now

[24/08/2020, 18:56:53] Barrie: I‚Äôm on now Greg

[24/08/2020, 19:03:00] Greg Hurley: Coming

[24/08/2020, 19:03:41] Greg Hurley: 2

Mins. Need to get to office

[24/08/2020, 21:32:01] Greg Hurley: Are you having call with Wysocki? Would you like me to join?

[24/08/2020, 21:32:58] Barrie: I think Mark was going to contact you to suggest a telephone call between the three of us at 4:30 your time to go over all this and then we will try to rope in Wysocki

Who are you see has not replied to the email

[24/08/2020, 21:52:16] Greg Hurley: Ok

[24/08/2020, 21:52:36] Greg Hurley: Want me to text him for 4:40?  Or 4:30?

[25/08/2020, 13:42:38] Greg Hurley: Barrie - Frank told me last week that he recalled emailing something to you about Inventory in the spring of 2019 (2/19 - 4/19). Can you check your emails to see if you have

anything.  Also maybe it didn‚Äôt come from him but the company to both
of you.  Thanks

[25/08/2020, 15:20:59] Barrie: Willl have a search

[26/08/2020, 18:37:06] Greg Hurley: Hi Barrie any success with an email
on Inventory?

[26/08/2020, 20:06:54] Barrie: Hi Greg. We‚Äôve searched through the
files but nothing

[26/08/2020, 20:07:32] Greg Hurley: Ok thanks for checking. Maybe in
Franks files at Alexander.

[26/08/2020, 20:08:20] Barrie: What are we looking for exactly

[26/08/2020, 20:09:11] Greg Hurley: btw I was thinking I was going to
have to share much of the story of this weekend with Howard but now
probably going to keep the Board switch to ‚Äúadvice from Wysocki‚Äù. As
Frank is target.

[26/08/2020, 20:09:17] Greg Hurley: Of company perhaps

[26/08/2020, 20:10:01] Greg Hurley: Frank thought there was an email he
received your you and he received which had more detail on Inventory
including perhaps where is is housed

[26/08/2020, 20:11:44] Barrie: Good idea reference Howard I guess.

[26/08/2020, 20:11:55] Barrie: And I don‚Äôt remember and email as
described

[26/08/2020, 20:12:37] Greg Hurley: Yes just acting on something which
came to him.  Howard is good with Board

[26/08/2020, 20:34:03] Greg Hurley: Sent you email this morning on cap
table.  Not rush, just want to make sure you received it

[26/08/2020, 21:10:04] Barrie: Got it. Thanks. Will print and complete
tonight if poss

[01/09/2020, 14:41:29] Greg Hurley: Hi is call meant to be for all.  If
meant for most (Mark, Thien) would prefer that Howard (on Board) and
Frank (who is now having many conversations with noteholders) be included

[01/09/2020, 14:52:20] Barrie: Greg

I just wanted to ask him re speed of action or lack of it. I will send
out broader invitation though

[01/09/2020, 14:54:32] Greg Hurley: Ok. Do you want to go over other
stuff now?  I am available in 15mins (or later)

[01/09/2020, 14:55:51] Barrie: I‚Äôm good in 15 mins. Please what‚Äôs app
me when you‚Äôre ready. I have a hard stop at 30 mins past the hour

[01/09/2020, 14:57:35] Greg Hurley: Ok

[02/09/2020, 16:02:33] Greg Hurley: We didn‚Äôt finish conversation
yesterday.  Want to make sure you read back and forth between Raffi and I
over Equity table a few days ago.  There is no exchange of old equity for
new equity.  You just get new equity at $-0-.  Also there is no
contribution to legal or escrow somehow tied into the basis of the new
equity.  I only bring this up as these are things though you have brought
up from time.

[02/09/2020, 16:04:31] Greg Hurley: I have not yet looked at latest turn on docs for escrow loan and Legal loan.  This will get to its final form today.. in case you wish to review beforehand.

[02/09/2020, 16:06:20] Greg Hurley: Need to fill in some blanks - at present have you contributed toward Escrow or Wysocki bills?  Realize Thien has fronted but wasn‚Äôt sure if you subsequently sent $s to him.

[02/09/2020, 16:39:18] Barrie: Yes. Mark Thien and me need to review before signing off. Can this be resent please. Apologies for being a pain in the ass

[02/09/2020, 16:39:38] Barrie: I‚Äôm responsible for 50%

[02/09/2020, 16:43:32] Greg Hurley: Resent.  If you are going to share with others, probably makes sense for me to look through again.  I will not do that until later today

[02/09/2020, 16:44:30] Greg Hurley: I was asking about payment as of today.  It can be adjusted/updated in future.

[02/09/2020, 20:44:05] Barrie: I will review tonight. Just finished meetings. One more to go

[02/09/2020, 20:51:15] Greg Hurley: Ok I just sent comments.  Nothing substantial

[02/09/2020, 20:51:43] Greg Hurley: All 3 docs seem straightforward to me

[02/09/2020, 22:09:27] Barrie: To be honest I am a bit lost with them. That‚Äôs why am asking for a call

[02/09/2020, 22:09:42] Barrie: Just between us though

[02/09/2020, 22:10:13] Greg Hurley: Ok no problem. We can go through together

[03/09/2020, 12:36:13] Greg Hurley: When do you want to do this?  I am available after 9am

[03/09/2020, 17:02:14] Greg Hurley: Hi. I just saw your email.  Will call in 5

[03/09/2020, 17:10:08] Barrie: Thanks

[09/09/2020, 19:21:05] Greg Hurley: How is 22 or 23 your time?

[09/09/2020, 19:21:16] Barrie: Whichever

[09/09/2020, 19:39:23] Greg Hurley: Ok 5pm ET.  Please circulate a  zoom to me, you, Alli, Jermey. (Don‚Äôt need Raffi)

[09/09/2020, 19:39:34] Greg Hurley: If you don‚Äôt mind circulating

[09/09/2020, 19:40:43] Barrie: Can we do it on a call as I will be in my pj‚Äôs and Caroline is home now

[09/09/2020, 19:41:53] Greg Hurley: Sure.  I don‚Äôt have a dial in number. Do you?  If not I will figure it out and circulate

[09/09/2020, 19:42:28] Greg Hurley: If you prefer can do 10your time. Thought they might have a little more info later

[09/09/2020, 19:42:41] Greg Hurley: I spoke with Jeremy who called me back

[09/09/2020, 19:50:49] Barrie: Its okay I will do the zoom invites but I can only do them like five minutes before the call so if you can let

everybody know that‚Äôs fine and let‚Äôs just stick with the original time at 11 pm

[09/09/2020, 19:51:12] Greg Hurley: That‚Äôs ok. I already asked them to circulate a number

[09/09/2020, 19:51:26] Greg Hurley: For 5

[09/09/2020, 21:24:35] Barrie: Thanks. Is it 5 EST or 6 EST?

[09/09/2020, 21:25:21] Greg Hurley: 5

[09/09/2020, 21:25:43] Greg Hurley: 11 for you

[09/09/2020, 21:32:12] Barrie: Thanks

[09/09/2020, 23:07:54] Greg Hurley: I sent that doc to you just now

[09/09/2020, 23:27:37] Barrie: Thanks.

[18/09/2020, 14:06:24] Greg Hurley: Barrie - saw your email response.  To be clear and I will say it when we speak in no way am I suggesting you are acting out of turn or jumping the gun by having discussions earlier in he week or it‚Äôs not your place to draft a notice.

[18/09/2020, 14:06:59] Greg Hurley: I am only saying that whatever is done it has to be documented correctly. I don‚Äôt get sued

[18/09/2020, 14:07:29] Greg Hurley: Or maybe I can always get sued but I can show that things were documented correctly

[18/09/2020, 14:07:43] Barrie: Fair comment. I understand and thanks for that. I guess I‚Äôm just perhaps a bit too upset because of what‚Äôs happened.

[18/09/2020, 14:11:02] Greg Hurley: Since I sent that note I am more sure that a least as documented, Howard and I are still the clients, not RHI. We should get this changed.

[18/09/2020, 14:13:55] Barrie: Whatever you think but I do not see how that is possible as everything Jeremy now is doing he is doing on behalf of the company therefore the company has to be a client ‚Äì surely it is not possible for you or Howard to be clients personally for that reason???

[18/09/2020, 14:49:20] Greg Hurley: I agree that is how it should be. Maybe we did take care of it by a vote with company appointing them as well.

[18/09/2020, 14:49:44] Greg Hurley: We didn‚Äôt sign any sort of retainer.  Again this is form over substance.

[18/09/2020, 14:51:12] Barrie: We had to. Otherwise how could they have acted? How could they have submitted any pleadings on behalf of the company?

[18/09/2020, 14:54:19] Greg Hurley: Yes. We gave them the right to do so but I am still not sure RHI has technically engaged them.  Well both RHI, Howard and I can fire them... then we cover all the bases just case!

[18/09/2020, 15:15:46] Barrie:  üëç

[20/09/2020, 15:32:55] Greg Hurley: ‚ÄéMissed voice call

[20/09/2020, 15:34:17] Greg Hurley: Called you back. Had small window to get on call today at 8:30.  In the midst of prepping for company but can still hop on up until 10.

[20/09/2020, 15:34:43] Greg Hurley: All the back and forth including others seemed to obviate the need for a call.

[21/09/2020, 22:51:30] Greg Hurley: Just tried you

[21/09/2020, 22:52:30] Barrie: Just tried you back Greg.

[21/09/2020, 22:52:38] Greg Hurley: Yes I picked up.

[21/09/2020, 22:53:06] Greg Hurley: Just tried again

[21/09/2020, 22:53:10] Barrie: Going to bed soon so maybe we can catch up tomorrow

[21/09/2020, 22:53:21] Greg Hurley: I am going to have the call.  Will send you a note.

[21/09/2020, 22:53:28] Barrie: Everytime I go on hold

[21/09/2020, 22:53:34] Barrie: Thanks

[21/09/2020, 22:53:52] Greg Hurley: I will call you one more time.

[21/09/2020, 22:53:58] Greg Hurley: ?

[21/09/2020, 22:54:36] Greg Hurley: Nope.

[21/09/2020, 22:54:45] Greg Hurley: Ok. Sweet dreams.   Trust

[23/09/2020, 14:32:47] Greg Hurley: Now good?

[23/09/2020, 14:37:44] Barrie: Yes please

[23/09/2020, 14:40:51] Greg Hurley: ‚ÄéMissed video call

[25/09/2020, 20:48:49] Greg Hurley: You are good for call?

[25/09/2020, 21:00:05] Barrie: Yup

[25/09/2020, 21:50:26] Greg Hurley: Different kind of call than with Wysocki.   Thank you for sounding the alarms.

[25/09/2020, 21:55:39] Barrie: Thank you for being generous

[25/09/2020, 21:57:45] Greg Hurley: Redial on cell

[26/09/2020, 16:02:45] Greg Hurley: I emailed that document to you

[26/09/2020, 16:26:32] Barrie: Thanks.

[26/09/2020, 16:59:39] Barrie: Greg. I can‚Äôt find it anywhere. INC junk. Where did you send it?

[26/09/2020, 17:01:41] Greg Hurley: Hi. I apologize. Outlook problems. Just realized a bunch of emails I sent yesterday did not go out including yours.  Working to remedy now. Will text shortly once fixed

[26/09/2020, 17:02:11] Barrie: Thanks.

[26/09/2020, 17:12:52] Greg Hurley: It should now be there

[26/09/2020, 17:17:17] Barrie: Got it. Thanks

[26/09/2020, 17:17:29] Greg Hurley:  üëç üèª

[29/09/2020, 12:22:58] Greg Hurley: Please note the email yesterday regarding a receiver and my response.

[29/09/2020, 12:29:50] Barrie: I think we need to set up another call preferably this tome on zoom. What do you think ?

[29/09/2020, 12:31:25] Greg Hurley: Whatever you think is fine.  What do you want to cover?

[29/09/2020, 12:32:15] Barrie: Receiver remit and response to dismissal argument. I should we leave the latter to the lawyers and just concentrate on getting a meeting with the receiver Who pays and what‚Äôs his remit?

[29/09/2020, 12:36:00] Greg Hurley: On response... They are working on response to motion.  Sounds like right now it may be embedded in our new pleading or filed in conjunction with that.  Agree... do not think there is anything to do there.

[29/09/2020, 12:36:48] Greg Hurley: On receiver. They suggest we speak with recommended receiver.  You should decide who speaks to receiver and any steps which we‚Äôd to be discussed beforehand

[29/09/2020, 12:37:32] Greg Hurley: If you want to have a zoom with Chris on the matter beforehand, then let‚Äôs do that with just the two of us or as many people as you like involved

[29/09/2020, 12:40:01] Greg Hurley: On paying for receiver i thought it would all be part of legal fees and borrowed by RHI accordingly senior secured.  There seems to be an approval process with the court as well for reimbursement.  I am not aware as to how that works and whether that can come out of company ongoing or at end of actions

[29/09/2020, 13:14:28] Greg Hurley: Forwarded your email to Christopher Dawes.  The other Christopher is another lawyer more junior working on the case

[29/09/2020, 13:15:27] Barrie: I think the 2 of us would be sufficient.

[29/09/2020, 13:16:01] Barrie: I‚Äôm happy to do so but would like to do it with you there too if possible.

[29/09/2020, 13:16:43] Greg Hurley: Ok. So have a call with lawyer pre having followup call with lawyer and receiver candidate?

[29/09/2020, 13:16:50] Greg Hurley: Sounds good to me

[29/09/2020, 13:16:51] Barrie: Didn‚Äôt realise you were responsible for raising funds for subgrade corporations. I‚Äôm doing Stewarts and about to talk to Frank. I could sure use some good advice though

[29/09/2020, 13:17:04] Barrie: üéç

[29/09/2020, 13:17:49] Greg Hurley: I am pretty much available.  Can you reach out directly to Chris to pick a mutual time?

[29/09/2020, 13:20:46] Greg Hurley: On Stewart‚Äôs. Sure happy to talk. I tended to deal in bigger companies.  I have also been out of the market for quite some time. Walked away from things in 2009.  Since then been making my way as private investor and focused on my school age kids.

[29/09/2020, 13:22:13] Greg Hurley: Youngest just off to college.  I‚Äôve toyed with idea of getting back involved.  I actually made some calls on Stewart‚Äôs back in the spring. Spoke with Frank and Pete.  Know the brand since childhood.

[29/09/2020, 13:57:34] Barrie: Just tried to ring you to go through this. Please give me a call back when you can ‚Äì simpler and faster than messaging I hope

[29/09/2020, 13:58:58] Greg Hurley: Can I call you at 14:30 your time in 90mins?

[29/09/2020, 13:59:49] Barrie: Sure. I‚Äôm in soain so 6 hours diff!

000023

[29/09/2020, 14:00:05] Greg Hurley: Right 15:30

[29/09/2020, 15:30:16] Barrie: I‚Äôve emailed you an invite

[29/09/2020, 20:54:42] Greg Hurley: Need to push today‚Äôs zoom call to 20 minutes later so 22:20 your timeThank you

[29/09/2020, 21:10:33] Barrie: Ok

[29/09/2020, 23:31:10] Greg Hurley: ‚ÄéMissed video call

[30/09/2020, 21:49:46] Greg Hurley: Barrie. Looks like I may have missed a call from you.  Out with wife shopping.

[30/09/2020, 21:50:43] Greg Hurley: Not back until midnight your time. Did not get a chance to spend time with Stewart‚Äôs. Will make a point to do so tomorrow. You saw call with receiver tomorrow.

[30/09/2020, 21:52:15] Barrie: Yes thanks Greg. Appreciated.

[01/10/2020, 19:02:09] Greg Hurley: Hi are you joining call?

[01/10/2020, 19:02:27] Barrie: I‚Äôm waiting to be allowed in

[01/10/2020, 19:02:44] Greg Hurley: üëç üëª

[01/10/2020, 21:55:12] Greg Hurley: Hi sent you some Stewart‚Äôs comments.  Not sure if it was really what you are looking for but I provided some feedback on the Deck.  Also finished with some comments on financing but that would benefit from understanding the objectives and needs better both near term and strategically better

[01/10/2020, 23:13:21] Greg Hurley: Spoke with Chris.  He wanted to take our temperature having spoken with the receiver.  I said we are comfortable going forward with them... as I assumed this is also your view.   Please confirm.  He also says he is working away on the Revised complaint. I expect we may see something over the weekend

[01/10/2020, 23:28:19] Barrie: I agree. Very able and trustworthy.

[03/10/2020, 15:09:42] Greg Hurley: ‚ÄéMissed voice call

[03/10/2020, 15:10:31] Greg Hurley: ‚ÄéMissed voice call

[03/10/2020, 15:10:50] Greg Hurley: ‚ÄéMissed voice call

[23/10/2020, 18:41:19] Greg Hurley: ‚ÄéMissed voice call

[23/10/2020, 18:42:09] Greg Hurley: Hi - called you to close the loop on Stephen involvement.  Call me back at your convenience or respond to last email as to how to proceed.

[23/10/2020, 23:07:36] Barrie: Can we touch base at the weekend? I wasn‚Äôt well today.

[23/10/2020, 23:07:59] Barrie: Sorry I missed the update. How‚Äôs it looking?

[23/10/2020, 23:09:26] Greg Hurley: Sorry you weren‚Äôt well. Yes the weekend is fine if you can give me a sense of day and time I will make myself available. Things Continue to march forward. Everyone seemed pleased enough.

[23/10/2020, 23:09:48] Barrie: Sunday late morning?

[23/10/2020, 23:10:18] Greg Hurley: Sounds good I will pencil in 5 PM your time

[23/10/2020, 23:10:47] Greg Hurley: Feel better and have a good night!

[23/10/2020, 23:11:48] Barrie: Thanks Greg.

[31/10/2020, 13:57:04] Greg Hurley: Running 15mins late.

[31/10/2020, 14:20:28] Barrie: Do you have an iPhone

[31/10/2020, 14:20:33] Greg Hurley: Yes

[31/10/2020, 14:20:34] Barrie: If so I will try to FaceTime you

[31/10/2020, 14:20:38] Greg Hurley: üéç üèª

[02/11/2020, 14:29:42] Barrie: Have you heard ANYTHING from Frank d?

[02/11/2020, 14:31:31] Greg Hurley: Yes.  Had trouble getting him on the phone all weekend.  I started to write an update to team expressing concern but we finally texted a little last evening.  Expect we will get back on track

[02/11/2020, 14:34:55] Greg Hurley: I originally gave him notice on Sat Monday morn that I would start calling investors today.  In any event. Should be fine. Will let you know later.  He keeps saying getting the info is easy... which I expect it is... just needs to happen though

[02/11/2020, 14:36:47] Barrie: He hasn‚Äôt responded to my calls at all. Was supposed to call me on Saturday and he seemed fine and never heard from him no response and total silence!

[02/11/2020, 16:22:11] Greg Hurley: Yeah.  I know the feeling.  I spoke with him this morning.  We should have the docs in over the next couple of days.

[02/11/2020, 16:26:09] Greg Hurley: I also told him that we are talking about Stewart‚Äôs and that I may invest.  He believes that he should be paid for that.  I said that you felt different (or that any payment would somehow come from me.)  I also said that to the extent I did invest, you were giving me a  it more favorable valuation on my investment (thank you) since you appreciated having me in the mix.

[02/11/2020, 16:30:06] Greg Hurley: Lastly I told him that I expected that RHI would pay for his legal costs arising from our action and collection of our claims.

[02/11/2020, 16:54:33] Barrie: Yes I have no objection to him getting paid for it after all he introduced us and that‚Äôs how we makes a living. However if I am doing a deal with you as a base cost then his charges have to be met somehow. I guess we should cross that bridge if and when you decide you want to invest and how much. I am happy to be transparent.

[02/11/2020, 16:58:56] Greg Hurley: Ok.  Yup just keeping you informed as he may raise it with you.  I don‚Äôt have an opinion on it and could argue it both ways.

[06/11/2020, 18:19:31] Greg Hurley: Hi. I‚Äôve not been able to spend time with SEI as expected.  Still interested.  Will have feedback/questions early next week if not sooner. Thanks

[06/11/2020, 18:21:53] Barrie: No worries

[06/11/2020, 18:22:33] Greg Hurley: Benolo Kaplan have counsel. Lawyer waiving service for Kaplan

[06/11/2020, 18:22:54] Barrie: That‚Äôs good

[06/11/2020, 18:23:40] Greg Hurley: Yes

‚Äé[06/11/2020, 20:03:35] Greg Hurley: ‚Äé<attached: 00000445-PHOTO-2020-11-06-20-03-35.jpg>

000025

[10/11/2020, 22:40:39] Greg Hurley: Did you happen to connect with Frank?

[10/11/2020, 23:18:01] Barrie: Yes briefly but he was driving. Supposed to call him today to follow up but to be honest I‚Äôm in bed and not feeling great  so can I try tomorrow

[10/11/2020, 23:18:40] Greg Hurley: Ok. Was just wondering.  Good night. Hope you wake up refreshed

[10/11/2020, 23:19:20] Barrie: Thanks Greg. Much appreciated.

[12/11/2020, 19:34:16] Greg Hurley: Barrie - would like to grab you for a few mins if you have time today.  Should be a 5-10 conversation.

[12/11/2020, 19:48:28] Barrie: Glad to do so. Will try now

[12/11/2020, 23:30:50] Barrie: Spoke to FDM. He‚Äôs in good form. Says his wife is complaining about all the phone calls but he seems in good spirits so I‚Äôm going to tackle him again tomorrow night

[12/11/2020, 23:38:15] Greg Hurley: What calls?

[12/11/2020, 23:53:27] Barrie: Calls from HIS clients .......

[12/11/2020, 23:54:13] Greg Hurley: Gee I wonder why that is happening all of a sudden.  What a joke.

[12/11/2020, 23:54:13] Barrie: I know; but I‚Äôm going to impress on him he needs to go back and get that stuff done or work with you to do so.

[12/11/2020, 23:54:39] Barrie: Indeed. Between you and me he received a check from me today so maybe that‚Äôs what makes the difference temporarily

[12/11/2020, 23:55:52] Greg Hurley: ‚ÄéThis message was deleted.

[12/11/2020, 23:55:57] Greg Hurley: ‚ÄéThis message was deleted.

[12/11/2020, 23:56:21] Greg Hurley: ‚ÄéThis message was deleted.

[14/11/2020, 14:47:54] Greg Hurley: Everything ok?   You weren‚Äôt on yesterday‚Äôs call.

[14/11/2020, 14:57:06] Barrie: I had a problem. Apologies.

[14/11/2020, 14:57:14] Barrie: How did it go?

[14/11/2020, 15:02:25] Greg Hurley: Spent about an hour discussing things.  I wrote an email afterward to give a bit of  direction, confirm what was said.  Also had a couple of questions. It‚Äôs also meant to inform you of call.  Please read.  If you want more background read their 2 Chris Groen sent if you have not already done so.  Give me a call if you have further questions.

[14/11/2020, 15:02:38] Greg Hurley: 2 papers

[14/11/2020, 15:03:00] Greg Hurley: Also...the prodigal son has returned.

[14/11/2020, 15:03:26] Barrie: Well that‚Äôs good news I think is it not?

[14/11/2020, 15:04:33] Greg Hurley: ‚ÄéMissed video call

[14/11/2020, 15:04:14] Barrie: I guess.  Glad he is ok.

[14/11/2020, 15:04:43] Greg Hurley: Pocket dial

[14/11/2020, 16:01:04] Barrie: I DID read your email before. But there was a point / query that I would ask :- can the litigation proceed with redemption acting as agent for the noteholders and not invite the court to opine as to the validity of the assignations at present and if and

when the receiver is appointed we simply submit the claim by redemption as noteholder as the receiver won‚Äôt challenge it.

[14/11/2020, 16:01:15] Barrie: That‚Äôs where I was coming from.

[14/11/2020, 16:01:36] Barrie: And I don‚Äôt really follow the issue with the UCC filing

[14/11/2020, 16:18:50] Greg Hurley: Let‚Äôs talk vs write which we will be required to turn  over the opposinjng council soon. Out for a jaunt in the countryside right now.  Can talk now or another time cell best

[18/11/2020, 19:42:41] Greg Hurley: Apologies. my wife is having me take care of some things here this afternoon. Let try to connect tomorrow instead.

[18/11/2020, 19:43:12] Greg Hurley: Have not heard from lawyers.  Filings due tomorrow.

[18/11/2020, 19:43:55] Greg Hurley: We‚Äôve completed process with AC which is good news

[24/11/2020, 14:03:53] Greg Hurley: Hi please try me again

[24/11/2020, 14:03:55] Barrie: Hi Greg. Just tried to call you.

[24/11/2020, 14:04:00] Barrie: Ok

[24/11/2020, 14:04:38] Greg Hurley: How‚Äôs about calling via cell?

[24/11/2020, 14:04:55] Barrie: Haha. Given the charges that you are hit with I will try once more as I think that may have been at my end

‚Äé[24/11/2020, 17:45:48] Greg Hurley: ‚Äé<attached: 00000483-PHOTO-2020-11-24-17-45-48.jpg>

[25/11/2020, 13:58:59] Barrie: Have had to take an urgent meeting at 8.00 your time. Can I call you FaceTime audio in 30 mins?

[25/11/2020, 14:00:08] Greg Hurley: Yes. I didn‚Äôt know we were speaking though. Did you send something to me?

[25/11/2020, 14:01:09] Barrie: No. We spoke yesterday and you were shopping and I had an answer if that‚Äôs ok?

[25/11/2020, 14:01:24] Greg Hurley: Ok.  I will get up. Lol

[25/11/2020, 15:18:19] Greg Hurley: One last ‚Äúnegative‚Äù on Floyd‚Äôs. Billing will continue to run up.  Latest invoice is ~$46K for Oct.  Nov and Dec I expect will be less but significant.

[25/11/2020, 15:18:58] Barrie: Thanks for that  üò•

[25/11/2020, 15:21:57] Greg Hurley: Sorry.  I had not circulated invoice yet as I am trying to sort out Thien‚Äôs last payment which they don‚Äôt show hitting.

[25/11/2020, 15:23:49] Barrie: I am joking. It‚Äôs got to settle down now. I want to ask on Monday why we aren‚Äôt asking for a determination now ( screw the discovery other than to validate the debt itself ) as everything else is a distraction : unless of course we get a receiver appointed.

[25/11/2020, 15:25:08] Barrie: And I don‚Äôt think the pharmacies are going anywhere but I‚Äôm not sure we should release the ucc filings having thought about it. We must prevent them spiriting away the value there by selling it on for a pittance to another vehicle

[25/11/2020, 15:27:13] Greg Hurley: Oh. Good.  I touched on it going for summary judgment yday.  He said we could go that route but it‚Äs a one shot deal.  So... plan was to let the receiver motion play out.

[25/11/2020, 15:29:22] Greg Hurley: I don‚Äôt think they plan to release UCCs before Monday, but effectively I gave them the green light to do so. If you want to hear more before that happens then you should reach out beforehand or I can confirm that they will wait until after Monday.  I am loathe to backtrack but It is the right thing to do.

[25/11/2020, 15:29:39] Greg Hurley: And then regime against FoL

[25/11/2020, 15:29:43] Greg Hurley: Refile

[25/11/2020, 15:30:49] Barrie: Please ask them to hold off releasing UCC‚Äôs until Tuesday

[25/11/2020, 15:31:01] Greg Hurley: Ok

[25/11/2020, 15:31:42] Barrie: Thanks Greg. I‚Äôd do it myself but I‚Äôm now on back to back meetings on Stewart‚Äôs till late here tonight. So thanks!!

[25/11/2020, 15:34:34] Greg Hurley: Ok it‚Äôs done

[25/11/2020, 15:55:15] Barrie: Thanks Greg

[25/11/2020, 15:55:20] Barrie: And I‚Äôm minded to do the deal with you anyway as I want to work with you on something positive and worthwhile now

[25/11/2020, 16:02:00] Greg Hurley: Thanks. Assuming I get samples today will let you know end of week.

[25/11/2020, 16:04:21] Barrie: TBH I sent the message as I don‚Äôt want to set the wrong tone and chip over a small number as I DO want to work with you in the future. I would also like to review the FoL escrow but I think it might be helpful to do that post out Monday call with Chris.

[25/11/2020, 16:14:54] Greg Hurley: Ok

[25/11/2020, 17:08:54] Greg Hurley: FYI other thing going on for me is that I think there is opportunity in market...For instance I am up 12pct over last 3 days, YTD +56pct.

[25/11/2020, 17:28:50] Barrie: Haha. Thanks for sharing Greg! How do you see further upside given the recent rises?

[25/11/2020, 17:29:55] Greg Hurley: Yes.

[25/11/2020, 17:36:03] Greg Hurley: I should say Yes (somewhat).  Think opportunity may start to rotate away from US.  What happens with stimulus and other fiscal policy will matter.  I didn‚Äôt even realize broader market down/mixed today.  I‚Äôm up 2pct but I have a non diversified portfolio.  Obviously you can‚Äôt outperform if portfolio is tracking market.

‚Äé[25/11/2020, 17:53:58] Barrie: ‚Äé<attached: 00000510-PHOTO-2020-11-25-17-53-57.jpg>

[25/11/2020, 17:54:46] Barrie: Maybe I should read my own brothers book and see if I can keep up with you!!

[25/11/2020, 17:56:50] Greg Hurley: Nice.  Is he a hedge fund pro??

[25/11/2020, 18:07:23] Barrie: Yes. He was No 1 rated analyst in Europe for transport and energy for several years. He later became a partner in

000028

a hedge fund that is my partner in the property fund that I converted into a REIT and floated. funnily enough, he had fallen out big time with the principal/largest partner a number of years before so my name was the biggest hurdle to getting a deal done but we‚Äôve now been in partnership for eight years so I guess that particular Thorn is behind me.

He is really really clever but can be a Prima Donna. Anyway has book came out today so I guess I will have to read it!!

[25/11/2020, 18:10:04] Greg Hurley: Wow.  Congratulations!   And glad that is behind you.  Will check it out.   What hedge fund?   I almost went to SAC Capital (you familiar with them?)

[25/11/2020, 18:10:53] Greg Hurley: Not meeting with Pete.  Frank bringing samples to me instead. Happy to get them but would‚Äôve like to have met for a min.

[25/11/2020, 18:23:47] Barrie: No. Martin Hughes of Tosca fund. There are no bidding to buy talk talk ; A phone service provider. I personally didn‚Äôt have an issue with the largest shareholder of the hedge fund but my young brother is really smart but quite difficult and he fell out big time with the guy. He is effectively or was effectively his boss so not a good idea. In reality Steve was the only one making money at the time ( 2008 ). Anyway I met him in 2010 but didn‚Äôt really do business with him until 2012/13 and he was not happy when he learned that Stephen was my brother. Long behind us now but it was a bit tricky for awhile as Martin is a bit of a fiery character. If you can be bothered reading the book I will happily buy and send you a copy if I can figure out how to do that

[25/11/2020, 18:24:49] Barrie: I believe Frank offered to do the delivery as he was collecting some samples anyway and Pete has a lot to cover in the run-up to Thanksgiving.  But if There is something you wanna ask him just give him a call?

[25/11/2020, 18:26:49] Greg Hurley: Yes - will call as needed.

[25/11/2020, 18:28:35] Greg Hurley: I ordered the book.  Coming on Sat (Amazon).  Thanks for the offer to get.  Will add it to your tab  üòâ

[25/11/2020, 18:56:12] Barrie: Haha. Don‚Äôt know if I can afford it!

‚Äé[26/11/2020, 14:01:19] Greg Hurley: ‚Äé<attached: 00000521-PHOTO-2020-11-26-14-01-19.jpg>

‚Äé[26/11/2020, 14:01:19] Greg Hurley: ‚Äé<attached: 00000522-PHOTO-2020-11-26-14-01-19.jpg>

‚Äé[26/11/2020, 14:01:19] Greg Hurley: ‚Äé<attached: 00000523-PHOTO-2020-11-26-14-01-19.jpg>

‚Äé[26/11/2020, 14:01:19] Greg Hurley: ‚Äé<attached: 00000524-PHOTO-2020-11-26-14-01-19.jpg>

‚Äé[26/11/2020, 14:01:19] Greg Hurley: ‚Äé<attached: 00000525-PHOTO-2020-11-26-14-01-19.jpg>

[26/11/2020, 14:04:51] Barrie: Haha. Let battle commence. Can I place a bet?

[26/11/2020, 14:07:11] Greg Hurley: Of course. https://www.ladbrokes.com/

[26/11/2020, 14:08:02] Barrie: Somehow or other I suspect they are not running odds on who is going to win the battle of Morristown.

000029

[26/11/2020, 14:08:32] Barrie: I will be really eager to know the results so please do message me at any time.

[26/11/2020, 14:12:55] Greg Hurley: Did you check their site?   British will allow betting on anything!    Hopefully I will have some feedback. Main problem is we are a small group today... son and daughter in CA other stepdaughter in London and wife off the bottle post surgery. Brothers home.  Covid disruptions.

[26/11/2020, 14:14:32] Barrie: Well better you stay safe than get  a broader base of opinion

[26/11/2020, 14:18:37] Greg Hurley: Daughter (19) is the most keen on all of this.  As you might expect from a college student... she said the most important things were price point and alcohol content.  Lol.  Most of her friends drink Truly which is not surprising as I understand it runs sweeter?  She said I needed to include that brand in tastings.

[26/11/2020, 14:23:48] Greg Hurley: She reached out to a group of friends last evening asking for flavor favorites. Mostly lemonade and berry.

,Äé[26/11/2020, 14:29:11] Greg Hurley: ,Äé<attached: 00000534-PHOTO-2020-11-26-14-29-11.jpg>

[26/11/2020, 14:37:26] Greg Hurley: Incidentally since I expect you are a history buff... Morristown is very historic. Continental Army encamped here during multiple winters as it was a key point to protect Boston and Philadelphia and track British who were mostly in NY.  My street was formerly the farm of Colonel Jacob Arnold who also owned the main tavern in town which was headquarters for George Washington along with Hamilton, etc.  Beyond today,Äôs battle..Jacob Arnold Rd is now also the listed headquarters of Redemption Holding in yet another important battle!

[26/11/2020, 18:06:21] Barrie: Haha. Well let,Äôs do our best to win the wars! And yes I did know just a little of the history. I thought Morristown was Familia

[27/11/2020, 18:04:36] Barrie: Well?? Are you going to put me out of misery? Who won?

[27/11/2020, 18:06:29] Greg Hurley: Kinda like the US election.  Too close to call.   ü$£. I have yet to count the ballots.

[27/11/2020, 18:08:29] Greg Hurley: But.... the early call is that White Claw and Stewart,Äôs were materially better than Bud Light, Corona, and Simply  spiked.

[27/11/2020, 18:08:39] Greg Hurley: So that is good. More to follow.

,Äé[27/11/2020, 18:10:43] Greg Hurley: ,Äé<attached: 00000541-PHOTO-2020-11-27-18-10-43.jpg>

[02/12/2020, 22:57:30] Barrie: Greg. Thanks again for doing that tasting ,Äì really interesting feedback and uncannily similar to that from other sources. Just for your information the lawyers will be issuing paperwork to you hopefully early next week.

Regards

Barrie

[02/12/2020, 23:29:10] Greg Hurley: Ahh you are welcome.  Did you catch the book cover and comment I also sent to you?

[02/12/2020, 23:32:01] Greg Hurley: Lastly and apologies for the late text.  I just got the results back from 23 and Me.  It provides individuals with ancestry and DNA results. I took a quick glance but apparatnly I have a decent amount of history/ connection  with Glasgow!  üò≥

[02/12/2020, 23:38:26] Barrie: No. Thought you said you still had to read it?

[02/12/2020, 23:38:52] Barrie: Now you‚Äôre joking and teasing me.

[02/12/2020, 23:38:59] Barrie: Aren‚Äôt you?

[02/12/2020, 23:46:06] Greg Hurley: Yes I do need to read it but didn‚Äôt know if you saw the pic and my comment on a more famous Clapham.  No I am not on the ancestry.  It is not a dominant piece but it specifically says Glasgow!.  My fathers side came here pre- revolution so I always believed they were ‚ÄúEnglish‚Äù Irish. He was also Episcopalian not Catholic.

[02/12/2020, 23:46:25] Greg Hurley: Anyhow have a good night.  Catch-up another time

[02/12/2020, 23:47:09] Barrie: You bet. And yes I saw the photo and comment. Good night

[02/12/2020, 23:47:46] Barrie: BTW. I am nervous to ask you what they said about your relationship with the Glasgow ‚Äì it‚Äôs got to be the intelligent side of your physiology I guess!

[02/12/2020, 23:48:30] Greg Hurley: Absolutely!   I do also have a thrifty streak  ü§î

[02/12/2020, 23:49:11] Barrie: Haha. That‚Äôs definitely the Glasgow influence!!

[30/12/2020, 01:18:28] Barrie: Congratulations on the return of your phone to say nothing of your acquisition of shares in Stewart‚Äôs.

I would love to catch up with you before New Year so maybe you could let me know if there is a good time for me to call on Wednesday or Thursday.

Regards

Barrie

[01/01/2021, 07:11:52] Greg Hurley: ‚ÄéMissed voice call

‚Äé[01/01/2021, 13:02:26] Barrie: ‚Äévideo omitted

[01/01/2021, 14:21:59] Greg Hurley: Cute!  I will have to pass along to my wife.. her nurse friends will love it.  All the best to you and your family in 2021!

[14/01/2021, 14:17:37] Greg Hurley: Not sure how closely you follow this but Covid rate in Gibraltar very high vs Glasgow @268 vs 52 per 100K.  52 lower than by me and most of US.

[14/01/2021, 14:56:44] Barrie: How in hell do you get this ? I can‚Äôt find out that info!!

[14/01/2021, 14:59:23] Greg Hurley: The best Covid tracker I‚Äôve seen is from The NY Times.  I believe access to this is free, but you have to create an account.

https://www.nytimes.com/interactive/2020/us/coronavirus-us-cases.html

000031

[14/01/2021, 15:00:51] Greg Hurley: It‚Äôs pretty intuitive, but if you get access and can‚Äôt find I can walk you through it.  Also it‚Äôs probably better if you use The NY Times app.

[14/01/2021, 15:02:19] Greg Hurley: Not sure if it works for non US but you can set up ‚Äúfavorites‚Äù, so on one page I get data from 5 very specific counties in US I care about.  (Where kids and I am)

‚Äé[14/01/2021, 15:03:20] Greg Hurley: ‚Äé<attached: 00000563-PHOTO-2021-01-14-15-03-20.jpg>

‚Äé[14/01/2021, 15:04:00] Greg Hurley: ‚Äé<attached: 00000564-PHOTO-2021-01-14-15-04-00.jpg>

‚Äé[14/01/2021, 15:04:37] Greg Hurley: ‚Äé<attached: 00000565-PHOTO-2021-01-14-15-04-37.jpg>

[14/01/2021, 18:03:54] Greg Hurley: Waiting to be let into meeting

[14/01/2021, 18:04:30] Barrie: Not showing. Maybe hang up and try again?

[14/01/2021, 19:04:13] Greg Hurley: ‚ÄéMissed voice call

[14/01/2021, 19:07:27] Greg Hurley: Was thinking about the you signing vs me signing.  There‚Äôs a little more to it.  It‚Äôs as much an issue of advising Noteholders beforehand and building in a little time to do so.  Just called you.. let‚Äôs talk vs text if you want to chat more on this.  I am also not sure where Frank/Howard would be on this if accelerated.  Sound like it‚Äôs not relevant at the moment

[14/01/2021, 19:23:08] Barrie: Greg. Probably as was talking because if we could agree something earlier then we could write out to the noteholders at the end of January giving them 8 weeks notice. And the end of January will give us time to review our options post seeing his response on the 26th of January.

[14/01/2021, 19:23:21] Barrie: I‚Äôm in meetings now for a few hours I‚Äôll try and call you later or tomorrow?

[14/01/2021, 19:24:16] Greg Hurley: Tomorrow better.  Text me whenever you are free and will try to pickup.  (After 9am ET)

[18/01/2021, 23:52:04] Greg Hurley: Can live with 3/31.

[19/01/2021, 01:01:13] Barrie: I‚Äôm wall-to-wall tomorrow but will do my best

[19/01/2021, 01:04:09] Greg Hurley: ?   I was just saying in response to your email that 3/31 on the escrow release is ok.    (No need to talk until later call unless you want to.)

[19/01/2021, 01:19:29] Barrie: Noted and thanks Greg. It‚Äôs been a 14 hour day so just crashing now.

[01/02/2021, 14:14:01] Greg Hurley: https://t2conline.com/super-bowl-bliss/

‚Äé[01/02/2021, 21:39:56] Greg Hurley: ‚Äé<attached: 00000578-PHOTO-2021-02-01-21-39-56.jpg>

[01/02/2021, 22:36:41] Barrie: Wow. Looks pretty though

[01/02/2021, 22:51:23] Greg Hurley: True. Even more so from the inside with a glass of wine!  Have a good evening my friend.

‚Äé[04/02/2021, 20:33:10] Greg Hurley: ‚Äé<attached: 00000581-PHOTO-2021-02-04-20-33-10.jpg>

[04/02/2021, 20:42:40] Barrie: Congratulations.

[04/02/2021, 20:43:12] Greg Hurley: Thanks you too

[09/02/2021, 15:27:59] Greg Hurley: Hi just tried you.  Please give me a call when you are free.  Thanks

[09/02/2021, 15:40:42] Barrie: Tied up for 3 and a half hours.

[09/02/2021, 15:41:40] Greg Hurley: Got it. Talk after thanks

[20/02/2021, 15:56:08] Greg Hurley: Hi Barrie if you are free please call me via Facebook audio

[20/02/2021, 15:58:48] Barrie: Hi Vreg. Will do in about 30 mins. Is that ok for you ?

[20/02/2021, 15:59:39] Greg Hurley: Yes.Speak to you then

[21/02/2021, 18:52:31] Greg Hurley: Thanks for the info from Joel.  Btw - not sure why it didn‚Äôt dawn on me sooner... but very appropriate that a brand named Stewart‚Äôs would be controlled by a Scotsman.

[21/02/2021, 18:53:16] Barrie: Took you long enough!! lol

[21/02/2021, 18:54:47] Greg Hurley: I know bit embarrsing  üôâ

[22/02/2021, 00:31:42] Barrie:  üòÇ

[23/02/2021, 20:57:35] Greg Hurley: Please respond to Chris Dawes email when you have a moment

[25/02/2021, 20:49:24] Greg Hurley: Hi Barrie - any sense as to the time of the B&K call?

[25/02/2021, 21:16:20] Barrie: No. Will let you know.

[25/02/2021, 21:17:09] Greg Hurley:  üëç üë™

[25/02/2021, 22:36:25] Greg Hurley: Hi can you try again?

[25/02/2021, 22:36:36] Barrie: Sure

[25/02/2021, 23:36:09] Barrie: Lost signal.

[03/03/2021, 20:47:02] Barrie: Greg Greg can you do a call on Friday afternoon with Andrew and David?

[03/03/2021, 20:48:23] Barrie: That‚Äôs your time

[03/03/2021, 20:48:45] Greg Hurley: Early afternoon yes

[03/03/2021, 20:48:56] Greg Hurley: Like noon/1pm

[03/03/2021, 20:49:04] Barrie: 2.00/3.00?

[03/03/2021, 20:49:16] Barrie: Sorry noon is too early for me.

[03/03/2021, 20:49:37] Greg Hurley: Need to check

[03/03/2021, 20:49:59] Barrie: Actually I will see if I can change too. Please let me know as and when thanks

[03/03/2021, 20:50:34] Greg Hurley: Yes.  Have company.  Checking now

[03/03/2021, 20:55:39] Greg Hurley: Can do 2pm (or earlier)

[03/03/2021, 21:03:57] Barrie: Let‚Äôs go for that. 2.00 pm Friday. Let‚Äôs get on 15 mins earlier to plan tactics/strategy

[03/03/2021, 21:10:51] Greg Hurley: Ok

[04/03/2021, 22:53:34] Greg Hurley: Barrie - want to make sure you saw my ‚ÄúSettlement‚Äù email.  Let me know if you want to discuss

000033

[05/03/2021, 20:59:38] Greg Hurley: ‚ÄéMissed voice call

[06/03/2021, 16:07:29] Greg Hurley: My stepdaughter in London informs me that a liquor store in Flanders, NJ about 10mi from my house received their first shipment of Stewart‚Äôs.   Her friend picked up some.

[06/03/2021, 17:28:23] Barrie: I will send you some comments from Frank

‚Äé[06/03/2021, 17:28:49] Barrie: ‚Äé<attached: 00000617-PHOTO-2021-03-06-17-28-49.jpg>

‚Äé[06/03/2021, 18:55:12] Greg Hurley: ‚Äé<attached: 00000618-PHOTO-2021-03-06-18-55-12.jpg>

[07/03/2021, 13:37:39] Greg Hurley: In case this didn‚Äôt make its way to you

https://www.google.com/amp/s/www.fox43.com/amp/article/news/local/morning-show/stewarts-spiked-seltzers-drinks-alcohol/521-8860de25-fbaa-4df2-96c0-65d3cc8ce7d0

[07/03/2021, 13:38:34] Barrie: Thanks. Are you happy woth your investment?

[07/03/2021, 13:41:23] Greg Hurley: Yes.... on the other hand it is very early in the game.  Will be happy once realizing a return.  Long way and lot of work to go for you all

[07/03/2021, 13:41:40] Barrie: Thanks for reminding me.

[07/03/2021, 13:42:15] Barrie: About to get on a plane to London but would be glad to speak to you after re Floyds. Terms of settlement etc.

[07/03/2021, 13:42:36] Barrie: Mind you I‚Äôve got 30 minutes or so now too?

[07/03/2021, 13:43:31] Greg Hurley: Getting 2nd dose?  Available later.  Too early here.  Wife still asleep

[07/03/2021, 13:43:46] Barrie: No. Something else

[07/03/2021, 13:44:50] Barrie: Frank is now ( hopefully) active on fund raising. Also be glad if

Your views on valuation etc now we are underway.

[07/03/2021, 13:45:39] Barrie: No shortage of distribution and retail outlets so our focus is very much on marketing plus refining COGS

[07/03/2021, 13:46:04] Greg Hurley:  üëç üë™

[07/03/2021, 13:48:42] Barrie: ?

[07/03/2021, 13:49:02] Barrie: Just in case you‚Äôre bored until we speak

[07/03/2021, 13:51:14] Greg Hurley: I think it is hard to keep shifting gears on valuation. If he has been circling funds at $30mm you should take that in.  Is that loan s where it will most likely be in 3mos, yes. But you always expected that and decided you want the money

[07/03/2021, 13:51:40] Greg Hurley: Is that low vs...

[07/03/2021, 14:13:43] Greg Hurley: Please forward latest deck

[07/03/2021, 15:13:06] Barrie: Yes. It is $30m pre money and I‚Äôm happy with that. Just curious for your view. ( he mentioned you may assist him by  identifying possible investor/friends ).

[07/03/2021, 15:13:17] Barrie: He has the latest deck

[07/03/2021, 15:13:28] Barrie: I will try to find mu copy though

[07/03/2021, 15:57:39] Greg Hurley: I will get from him.  When I asked him for it, he said he wasn‚Äôt allowed to send it out.  I think $30mm still sounds about right.  The thing is in 90 days after a couple more runs and some real data probably double that.

[07/03/2021, 16:00:49] Barrie: Yes. I know. But that takes inventory and because of the demand everything is more expensive and credit costs are ridiculous. So I‚Äôd rather take equity even though it‚Äôs expensive money amd comcentrate on the business. Too easy to get it wrong with debt.

[07/03/2021, 16:01:32] Barrie: And I will send it to you. Franknis right. I forgot. As he‚Äôs not registered everything should come formally from the Company itself. Will try to find it now.

[07/03/2021, 16:03:00] Greg Hurley: Yes Agree the bigger spend now will payoff later

‚Äé[07/03/2021, 16:03:16] Barrie: Stewarts Ent. Inc. Master Deck US March 2021.pdf ‚Ä¢ ‚Äé32 pages ‚Äé<attached: 00000642-Stewarts Ent. Inc. Master Deck US March 2021.pdf>

[07/03/2021, 16:03:27] Greg Hurley: I texted frank btw and told him you said it‚Äôs ok.

[07/03/2021, 16:04:26] Barrie: I was wrong. Please let him know. Thanks.

[07/03/2021, 16:04:41] Barrie: Sent it by email as whats app is not working

[07/03/2021, 16:04:44] Greg Hurley: Ok

[07/03/2021, 16:04:50] Greg Hurley: Thanks

[07/03/2021, 16:05:32] Barrie: Working now. Just sent. Please do let me know what you think. Always interested in a professional opinion especially yours.

[07/03/2021, 16:06:03] Greg Hurley: Thanks.  Will review by tomorrow morn.

[07/03/2021, 16:06:55] Barrie: I do need to speak to you re Floyds though.

[07/03/2021, 16:08:05] Greg Hurley: Can it wait until tomorrow?  I was planning to send an updated response to you which we can then talk through.

[07/03/2021, 16:09:26] Greg Hurley: Idea would be to send them response by tomorrow.

[07/03/2021, 16:28:32] Barrie: Sure. It‚Äôs more internal arrangements I am concerned about. You seem to be progressing instructions towards a settlement and I think we need to include all in that.

[09/03/2021, 21:57:03] Greg Hurley: Barrie - waiting on Dawes to give that settlement doc a quick read.  Do you have any comments or want to discuss it?

[09/03/2021, 22:28:32] Barrie: Would be glad to discuss

[09/03/2021, 22:38:25] Greg Hurley: Are you free now?

[09/03/2021, 22:53:57] Barrie: Give me 30 mins

[09/03/2021, 23:00:37] Greg Hurley:  üëç üèª

[12/03/2021, 18:45:25] Barrie: You okay to take a call from B and K at 4:30/5 o‚Äôclock your time today?

[12/03/2021, 18:46:22] Greg Hurley: Yes.  Have a quick Stewart‚Äôs question. Got a sec?

[12/03/2021, 18:46:32] Barrie: Sure

[12/03/2021, 18:46:34] Greg Hurley: ‚ÄéMissed voice call

[12/03/2021, 18:46:50] Barrie: I will try you

[12/03/2021, 19:20:04] Barrie: Greg. I‚Äôm going to be on calls for most of the evening so will call you when I hear from them at 9:30/10 o‚Äôclock my time

[12/03/2021, 19:20:29] Barrie: But to start with we are looking for accounts receivable financing and thank you for taking the time and trouble

[12/03/2021, 19:21:04] Barrie: It‚Äôs very much a combination of that and raising more equity so we can build up inventory for the summer

[12/03/2021, 19:29:09] Greg Hurley: Ok.  If you get a more exact time, let me know, but I will be available.

[12/03/2021, 19:29:35] Greg Hurley: I responded back to TD will let you know what comes back

[12/03/2021, 19:40:34] Barrie: That‚Äôs great thank you and I think it‚Äôs going to be around 430 your time

[12/03/2021, 19:41:21] Greg Hurley:  üëç üëê. Ok.  Doubt it will go that long, but I have a hard stop of 6

[12/03/2021, 20:19:46] Barrie: I may have to excuse myself and leave you to it. Is that ok with you?

[12/03/2021, 20:31:04] Greg Hurley: Yes

[12/03/2021, 20:31:26] Barrie: Thanks

[12/03/2021, 20:32:00] Greg Hurley:  üëç üëê

‚Äé[12/03/2021, 22:09:41] Greg Hurley: ‚Äé<attached: 00000675-PHOTO-2021-03-12-22-09-41.jpg>

‚Äé[12/03/2021, 22:09:41] Greg Hurley: ‚Äé<attached: 00000676-PHOTO-2021-03-12-22-09-41.jpg>

‚Äé[12/03/2021, 22:09:41] Greg Hurley: ‚Äé<attached: 00000677-PHOTO-2021-03-12-22-09-41.jpg>

[12/03/2021, 23:00:53] Greg Hurley: Can I send the deck and consolidated projections to head of corporate banking at TD.  She is asking for it.  I know her for >20yrs.  She will figure out best home for providing credit (if there is one)   I am not soliciting anything in the way of securities so this should not be an issue in that regard.

[12/03/2021, 23:01:08] Greg Hurley: Also should I reach out to B&K?

[12/03/2021, 23:02:13] Barrie: Given them your number

[12/03/2021, 23:02:31] Barrie: I‚Äôm still on an investor call

[12/03/2021, 23:02:47] Greg Hurley:  üëç üëê

[12/03/2021, 23:38:56] Barrie: I assume you‚Äôre speaking to them?

[12/03/2021, 23:39:50] Greg Hurley: No didn‚Äôt hear from them.  Sent a Text asking if they were still calling.  No reply

[12/03/2021, 23:40:11] Barrie: Bizarre. I sent

[12/03/2021, 23:40:16] Barrie: They‚Äôve just messaged me

[12/03/2021, 23:40:26] Greg Hurley: At this stage prefer to wait until tomorrow/Sun

[12/03/2021, 23:40:27] Barrie: Say they‚Äôre hung up for the next 45 minutes so suggested tomorrow

[12/03/2021, 23:40:38] Greg Hurley: That‚Äôs good

[12/03/2021, 23:40:40] Barrie: Same here given that it‚Äôs 10:45 pm

[12/03/2021, 23:40:49] Barrie: I‚Äôll get something set up and revert

[12/03/2021, 23:41:01] Barrie: Apologies but talking to a very serious investor who I‚Äôve worked with before

[12/03/2021, 23:41:36] Greg Hurley: Ok.  NP.  That‚Äôs more I Port at.  Per my previous text can I send info to TD

[12/03/2021, 23:41:47] Barrie: More important

[12/03/2021, 23:41:51] Barrie: Absolutely please

[12/03/2021, 23:43:07] Greg Hurley: Ok will do.  I bought 3 four-packs of Stewart‚Äôs from ShopRite! (along with some Guiness for St Patrick‚Äôs day)

[13/03/2021, 00:44:13] Barrie: Well done!

[13/03/2021, 20:40:08] Greg Hurley: Anything on having a call with B&K?

[13/03/2021, 20:47:47] Barrie: No but I will copy you in

‚Äé[13/03/2021, 20:48:36] Barrie: ‚Äé<attached: 00000700-PHOTO-2021-03-13-20-48-36.jpg>

[13/03/2021, 20:49:22] Greg Hurley: I would prefer to have a time set up. Not a call on the fly.

[13/03/2021, 20:49:40] Barrie: No.obviously.

[13/03/2021, 20:50:51] Greg Hurley: Ok.  From what you forwarded they were waiting on you?   In any event is there a good time for you tomorrow?

[13/03/2021, 21:35:39] Barrie: They  suggested 5 mins about 39 mins ago. Was just sitting down to dinner so I suggested 2 hours from then 90 mins from now. I asked them to call you direct to clear it with you. Did they?

[13/03/2021, 21:39:50] Greg Hurley: No.  Ok so ~10pm your time

‚Äé[13/03/2021, 21:43:28] Barrie: ‚Äé<attached: 00000706-PHOTO-2021-03-13-21-43-28.jpg>

[13/03/2021, 21:46:28] Greg Hurley: Ok I responded.  Sorry I thought you meant by text.  I don‚Äôt check email so often in weekend. Speak to you at 10:15 GMT

[13/03/2021, 21:46:35] Greg Hurley: I mean 22:15

[13/03/2021, 21:56:25] Barrie:  üëç

[13/03/2021, 23:03:03] Greg Hurley: Happy to let them talk first but depending on how it does, before the call is over I would like to give them a noteholders perspective on things.  Would like them to understand the documentation and information we have and will seek once a trial date is set.

[13/03/2021, 23:03:18] Greg Hurley: goes

[13/03/2021, 23:04:00] Barrie: Fine woth me

[16/03/2021, 16:22:53] Greg Hurley: Hi Barrie. See David B‚Äôs email.
Thanks

[16/03/2021, 20:52:26] Greg Hurley: Hi was hoping to speak for 2mins
before call. Just tried you

[16/03/2021, 21:20:11] Greg Hurley: ‚ÄéMissed voice call

[16/03/2021, 21:36:46] Greg Hurley: Going to try you at 21GMT

[16/03/2021, 21:55:49] Greg Hurley: ‚ÄéMissed voice call

[16/03/2021, 21:56:11] Greg Hurley: Try me again

[17/03/2021, 19:51:05] Greg Hurley: I sent a note to Chris Dawes.  Let me
know if you differ with my proposed response to B&K.   Also....

‚Äé[17/03/2021, 19:51:46] Greg Hurley: ‚Äé<attached: 00000720-PHOTO-2021-
03-17-19-51-46.jpg>

[18/03/2021, 01:04:39] Barrie: I responded to your email to Chris

[18/03/2021, 01:05:04] Barrie: Maybe I can only see part of the advert
but don‚Äôt understand what I‚Äôve seen

[18/03/2021, 01:05:16] Greg Hurley: Yes I saw your email

[18/03/2021, 01:05:37] Greg Hurley: It‚Äôs Floyd dressed as a leprechaun

[18/03/2021, 01:06:25] Greg Hurley: It‚Äôs says ‚Äúlegend has it if you
catch a leprechaun you are entitled to a pot of gold,‚Äù

[18/03/2021, 01:07:19] Greg Hurley: Have a good night.

[18/03/2021, 01:16:08] Barrie: What a prick. His ego is something else.
Good night

[23/03/2021, 13:29:46] Greg Hurley: Hi Barrie - are you going to be
signing the Escrow funding agreement I sent on Sat?  Please give me a
call when you have a moment. Thanks.

[23/03/2021, 17:37:40] Barrie: Apologies. Can you resend please ASAP
thanks

[23/03/2021, 17:39:05] Greg Hurley: Done

[24/03/2021, 17:42:43] Greg Hurley: Hi are you available now?

[24/03/2021, 17:43:48] Barrie: Yes

‚Äé[29/03/2021, 23:01:22] Greg Hurley: ‚Äé<attached: 00000733-PHOTO-2021-
03-29-23-01-22.jpg>

[30/03/2021, 01:10:57] Barrie: Shame it‚Äôs gone

[30/03/2021, 01:11:09] Barrie: Well done on Floyds

[30/03/2021, 01:22:20] Greg Hurley: Yes. There are a few still around but
it‚Äôs been awhile since I happened by one.  Thank you sir.

[30/03/2021, 01:23:17] Greg Hurley: You probably saw my note to Jeremy.
Nothing back from him.  I will reach out tomorrow if that continues

[30/03/2021, 01:24:22] Barrie: Thanks. I would say that I‚Äôve been
asking for this to happen for some weeks. Just hope he responds tomorrow

[30/03/2021, 01:25:10] Greg Hurley:  üëç üè∫

‚Äé[02/04/2021, 19:01:15] Greg Hurley: ‚Äé<attached: 00000740-PHOTO-2021-04-02-19-01-15.jpg>

‚Äé[02/04/2021, 19:03:30] Greg Hurley: ‚Äé<attached: 00000741-PHOTO-2021-04-02-19-03-30.jpg>

[02/04/2021, 20:47:46] Barrie:  üëç üëç

[02/04/2021, 20:48:10] Greg Hurley: Let‚Äôs try to connect tomorrow if you are available.

[02/04/2021, 20:48:23] Greg Hurley: Or later today.  Lots of moving parts.

[02/04/2021, 20:48:41] Barrie: Later today is better if ok with you ?

[02/04/2021, 20:48:54] Greg Hurley: Sure when?

[02/04/2021, 22:44:50] Barrie: Any time now?

[02/04/2021, 22:45:19] Greg Hurley: Yes please call me

[06/04/2021, 20:29:33] Greg Hurley: Hey after I spoke with you, I forgot I heard back from Jeremy this morning.  Going to have him look at this instead.  It‚Äôs really an issue of getting one of these lawyers to make the changes I‚Äôve outlined to the document and put in the form of an amendment.  Very little work.

[06/04/2021, 20:33:41] Greg Hurley: I spoke with Joel.  He is going to stand down for the moment.

[06/04/2021, 20:57:09] Greg Hurley: I spoke with Jeremy. He is going to look at this.  He also asked about his outstanding invoice. I avoided discussing this saying I wasn‚Äôt sure what was agreed.  He said there was not agreement only that you asked that it be deferred for awhile.  I told him that he should bill separately for this work (if he does it) and I will see that he is paid for this work immediately

[06/04/2021, 21:20:39] Barrie: Fair enough. I phoned Joel from the docs so he had a heads up

[06/04/2021, 21:21:12] Greg Hurley: Yes he said he heard from you. I appreciate you jumping on this.

[06/04/2021, 21:23:10] Greg Hurley: I want to include i our amendment (if it happens) the change in the idea that an escrow payment is made to investors to a payment made into the company.  I will work toward that and can document it later but need you to respond to my email this morning saying you are good with this.  I can‚Äôt imagine you wouldn‚Äôt be but don‚Äôt want to pursue without agreement in principle from you and Thien

‚Äé[09/04/2021, 23:25:03] Greg Hurley: ‚Äé<attached: 00000755-PHOTO-2021-04-09-23-25-03.jpg>

‚Äé[09/04/2021, 23:37:06] Greg Hurley: ‚Äé<attached: 00000756-PHOTO-2021-04-09-23-37-06.jpg>

[10/04/2021, 00:06:10] Barrie: Yes ‚Äì we are learning all the time

[10/04/2021, 00:06:27] Barrie:  üòÇ üòÇ

[15/04/2021, 16:15:23] Greg Hurley: Hi Barrie.  On a plane on way to Miami with Mrs.  Will be away for 1week.  Amazingly your call came through.  Are you calling about Stewart‚Äôs or FoL?

[15/04/2021, 16:15:43] Barrie: Stewart‚Äôs

000039

[15/04/2021, 16:15:47] Greg Hurley: Can try to connect at some point by pretty offline

[15/04/2021, 16:16:04] Barrie: I e emailed you anyway

[15/04/2021, 16:17:37] Greg Hurley: Ok thamks

[24/04/2021, 19:12:49] Greg Hurley: Hi can we talk about this.  If you have a moment please call

[27/04/2021, 18:52:35] Greg Hurley: Hi Barrie. I‚Äôd like to arrange a call between Joe Poli and TD.  Assuming that is good by you, please pass along his contact info

[27/04/2021, 19:00:19] Barrie: I‚Äôm on a call with him now so will do

[27/04/2021, 19:00:31] Greg Hurley:  üëç üë™

[28/04/2021, 00:44:52] Barrie: +1 (917) 559-5979.

[28/04/2021, 00:48:21] Greg Hurley: Ok thanks.  I may be offline rest of week.  Having minor procedure.  Will see if I am good by Fri to call. Saw the new state out west.  Good stuff!

[28/04/2021, 00:57:02] Barrie: Hope it‚Äôs nothing serious.

[28/04/2021, 02:14:14] Greg Hurley: It isn‚Äôt.  Thank you though!

[14/05/2021, 19:19:40] Greg Hurley: Hi Barrie - been trying to get an answer to I think a basic question.  How many shares are now outstanding at Stewart‚Äôs?  Thanks

[14/05/2021, 19:23:37] Barrie: With all due respect, it depends on what assumptions you apply. I don‚Äôt particularly want to employ expensive lawyers answering questions unless I understand the relevancy. Shares are issued when funds are received so the answer to your question depends on the time this  its logged in and what payments have come through into the escrow accounts. So it‚Äôs not a basic/implication simple/question as you suggest

[14/05/2021, 19:24:59] Barrie: So perhaps you will share with me why you want to ask the question and that will assist me in giving you an accurate answer

[14/05/2021, 19:30:11] Greg Hurley: Aye yay yay.  Not looking for you to employ anyone or do anything.  Your answer is good for the moment if it is a difficult question. I meant post the close of the raise which I thought had occurred.  And I am asking as I said in email‚Ä¶ I understand I owned 1.5pct, post close trying to ascertain what that number is after. I believe I have 96,250 shares.  So looking for the denominator. Nothing more.  How many new shares are being issued?   If that is too hard to answer now - please answer when available.

[14/05/2021, 19:32:40] Barrie: 8,219,178.08 and please don‚Äôt ask me how someone can have .08 of one share

[14/05/2021, 19:34:41] Greg Hurley: Lol - sure

[17/05/2021, 17:44:26] Barrie: Greg. Can you urgently let me have Chris Dawes and the other Chris‚Äôs phone numbers - not on Floyds but on Stewart‚Äôs ?

[17/05/2021, 19:54:37] Greg Hurley: Dawes at a deposition all day.  FYI

[17/05/2021, 20:22:44] Barrie: Thanks. Read / scanned the BS doc. Did YOU buy shares in Disaboom ? Did you manage to sell them?

000040

[31/05/2021, 19:58:46] Greg Hurley: Hi I am just seeing this text from a while back. I did buy shares and Disse boom. I did not sell them took a 100% loss. There‚Äôs a small chance I sold them for Ada minimus amount like $10 on a $100k investment. but I don‚Äôt think so.

[31/05/2021, 19:58:55] Greg Hurley: https://www.nytimes.com/2021/05/30/business/white-claw-hard-seltzer-sales.html

[15/06/2021, 19:35:33] Greg Hurley: ‚ÄéMissed group voice call

[21/07/2021, 16:24:15] Greg Hurley: Barrie - do you have a minute?  Re: mediation?

[21/07/2021, 16:25:08] Barrie: Sure

[21/07/2021, 16:29:36] Barrie: Want to call now??

‚Äé[05/08/2021, 19:52:26] Greg Hurley: ‚Äé<attached: 00000787-PHOTO-2021-08-05-19-52-26.jpg>

[27/08/2021, 15:34:55] Greg Hurley: Hi would like to close out these revised terms. Sent 2 emails to you this week.  When are you available to discuss?

[27/08/2021, 17:47:45] Barrie: Greg

I‚Äôm up to my eyeballs. I think I identified a few areas of ‚Äúconcern‚Äù but keen to resolve. Sunday later around 10.00 pm my time?

[27/08/2021, 17:48:37] Greg Hurley: Ok talk with you then.

[27/08/2021, 18:08:26] Barrie: Will you call me please?

[27/08/2021, 18:13:32] Greg Hurley: Ok

[27/08/2021, 18:13:42] Barrie: Thanks

[29/08/2021, 21:37:43] Greg Hurley: Barry I am driving up from DC. Delayed in getting back. Can we talk tomorrow morning my time say 9 AM for a few minutes shouldn‚Äôt take long.?

[29/08/2021, 21:56:28] Barrie: Sure. Just need to check the time. Monday isn‚Äôt a good day nor Tuesday as these are our days for management calls.

[29/08/2021, 22:36:42] Greg Hurley: Barry need 15 minutes of your time so we can finish this up please I‚Äôm sure you could find 15 minutes to finish this up tomorrow would appreciate it thank you. Can‚Äôt really have this go on longer thanks. My apologies about today if you prefer I could speak probably at 6:30 my time I‚Äôll be back then. Didn‚Äôt wanna suggest it cause I thought it‚Äôs quite late. Sorry for the rambling message I‚Äôm voice texting while driving

[30/08/2021, 01:09:29] Barrie: Greg happy to find 15 minutes tomorrow just saying I have a full diary. Please let me know when suits but ideally will be sometime around 4 o‚Äôclock your time

[30/08/2021, 01:12:47] Greg Hurley: Great.   4 o‚Äôclock ish is good. Thanks

[30/08/2021, 01:15:07] Barrie: Thanks please give me a call then thank you

[30/08/2021, 01:15:46] Greg Hurley: Will do.

[04/09/2021, 13:32:30] Greg Hurley: Hi - need your, Thien and Mark‚Äôs affirmative response to email on revised terms.  Thanks

[05/09/2021, 12:07:18] Barrie: Greg. Good morning. We have discussed and agreed the principles of the phone ‚Äì I just need to get the time to go through it to make sure the paperwork says what we both discussed as I‚Äôm sure it will

[05/09/2021, 13:23:33] Greg Hurley: Ok please take out 10 mins of your time to read through it and respond accordingly.

[27/09/2021, 17:15:45] Greg Hurley: Hi - are you coming back?

[27/09/2021, 17:18:47] Barrie: I‚Äôm waiting to be let in

[02/10/2021, 14:03:40] Greg Hurley: In a hard-seltzer reset, Anheuser-Busch is pushing Bud Light Seltzer at a time when that segment‚Äôs growth has started to slow

https://www.wsj.com/articles/bud-light-maker-tries-again-with-hard-seltzer-11633167002?st=v0w207076dhxvfi&reflink=article_whatsapp_share

[05/05/2022, 16:51:19] Greg Hurley: Hi Barry.  I am generally around today and tomorrow.  Let me know a good time for you

[06/05/2022, 12:29:37] Barrie: Weekend is better. Trying to reach FDM

[06/05/2022, 23:00:29] Greg Hurley: Saw your email.  I am around tomorrow, not Sunday.

[10/05/2022, 18:16:24] Greg Hurley: FYI.  Howard was served.  Not sure if it is effective/how that works.

‚Äé[10/05/2022, 23:46:41] Greg Hurley: ‚Äé<attached: 00000811-PHOTO-2022-05-10-23-46-41.jpg>

[11/05/2022, 00:30:48] Barrie: Can you see the charge?

[11/05/2022, 01:28:50] Greg Hurley: No.

[11/05/2022, 01:29:02] Greg Hurley: Nothing behind that

[11/05/2022, 15:34:15] Greg Hurley: Dawes ‚Äúcan‚Ät imagine‚Äù Howard received valid service of complaint.  Will take a closer look at it.  Probably won‚Ät have more until next week.

[12/05/2022, 12:27:54] Greg Hurley: Received a call from Tim Kelly last evening.  The recent filing has nothing to do with SEI.

[12/05/2022, 12:32:21] Barrie: really?? I don‚Ät think I would believe anything he told me.

[12/05/2022, 12:32:30] Barrie: Did he tell you anything about the arraignment

[12/05/2022, 12:34:39] Greg Hurley: I can talk at 7am ET or later

[12/05/2022, 12:59:28] Barrie: I‚Äôll call you shortly

[12/05/2022, 13:06:50] Greg Hurley: Now would be ideal

[12/05/2022, 13:47:41] Greg Hurley: The charges listed Grand Larceny 4th degree ($1-3K) and 3rd degree ($3K - $50K) are consistent with the story

[12/05/2022, 14:13:31] Barrie: Amazing.

[12/05/2022, 14:14:16] Greg Hurley: If more than $50K the charge would be 2nd degree

[12/05/2022, 14:15:10] Barrie: I still think there has been a heck of a lot more to it. The man is unquestionably unreliable in the  extreme

[12/05/2022, 14:15:29] Greg Hurley: Probably

000042

[13/05/2022, 20:17:54] Greg Hurley: No recusal.  Judge said get moving on depositions.  Some rulings expected soon, perhaps later today.

[13/05/2022, 20:19:02] Barrie: Excellent. and  ü§û

[22/05/2022, 10:55:09] Greg Hurley: Heard you might use Rachmuth as a conduit to SDNY.  IMO it would be wise to keep SEI out and away.  This thing is like a virus.  You don‚Äôt it to somehow find a way in and infect.

[22/05/2022, 11:24:42] Barrie: Are you in the USA?  If so, do you ever sleep?  And how did you hear ‚Äì through Mark?

[22/05/2022, 11:25:25] Barrie: Just trying to help Mark limit his costs by letting Paul submit Mark‚Äôs lawyers answers. His lawyer ‚Äì his cousin ‚Äì is I believe in Milwaukee and isn‚Äôt licensed to practice in New York.

[22/05/2022, 11:26:20] Barrie: Do you think he could use your guy perhaps just for the submission because I don‚Äôt want him distracted from the work he is doing for SEI and I don‚Äôt want him pressured on costs either. He‚Äôs doing good work hard is vital he‚Äôs left alone to get on with it.

[22/05/2022, 11:40:00] Greg Hurley: Yes in US.  Yeah wish I was sleeping better.  Yes Mark has been calling a lot.  Yes understand the rationale but more important imo to keep SEI untainted in any way.  This guy will continue to make unfounded allegations.  Keep it away

[22/05/2022, 11:54:42] Greg Hurley: I do not have a lawyer nor anyone in the background.  Acting pro se.  Current thinking is to keep it that way for awhile.

[22/05/2022, 12:58:59] Barrie: Then how do you submit it n the NY court. That is the only reason I introduced Paul to Mark.

[22/05/2022, 13:58:19] Greg Hurley: You can always represent yourself and submit everything via pro se office.   I helped Mark setup online and submit motion for extension himself on Friday.  Having said this representing yourself is a lot of work to hopefully do right correctly and has significant risks/ downside.  There are upsides too, primarily cost.  I wouldn‚Äôt see this as an option for Mark.  I will continually revisit for myself as things proceed.

[22/05/2022, 15:16:46] Barrie: Thanks so much. I will speak to him about getting his cousin to prepare his defences but enabling him to submit them himself Is that a workable combination do you think??

[22/05/2022, 15:33:27] Greg Hurley: Hmm. I am guessing here, but I don‚Äôt think a lawyer could ‚Äúrepresent‚Äù someone which they‚Äôd be effectively doing by drafting everything but then have a party submit pro se.  More of a question for the lawyer.  Also I hate to be the person throwing a monkey wrench into things but as I was saying when we spoke last week I could see instances where appearances somehow reflect on SEI when that is the last thing you‚Äôd want.  Also I expect there is counsel out there who can provide this function on the cheap‚Ä¶ effectively a conduit.  But‚Ä¶. that is my guess and I don‚Äôt know that.

[22/05/2022, 16:09:50] Barrie: All I was thinking was if Marc got his cousin to do the drafting and then put his own signature at the bottom and get it submitted but at least he has the comfort of knowing it‚Äôs been done by somebody who is professionally qualified

000043

[22/05/2022, 16:09:59] Barrie: Sorry about the typos ‚Äì Siri is not behaving today

[22/05/2022, 16:14:50] Greg Hurley: Yes I get it.  Btw. Arguably this conversation and all conversations between parties are discoverable so‚Ä¶ act accordingly.  I want to ask Mark to ask his cousin about a joint defense agreement which will make conversations/ correspondence privledged.

[22/05/2022, 16:19:08] Greg Hurley: So prefer to talk if further discussion needed

[15/06/2022, 17:51:16] Greg Hurley: Barrie - received an electronic notice from New York court, ‚ÄúAffidavit of Sevice to Barrie Clapham‚Äù. States you were served on 5/31.  Therefore a reply is due on 6/21 (next Tues).  Expect you are aware of this, but wanted to give a heads up just in case.

[15/06/2022, 17:51:48] Barrie: I have never been served.

[15/06/2022, 17:59:14] Greg Hurley: Ok.

[15/06/2022, 18:13:00] Barrie: Gregg I was driving. Thank you for this ‚Äì I will need to get somebody to challenge the fact that I have been served and notify the court. Thanks

[15/06/2022, 18:19:16] Greg Hurley: You are welcome.  I expect your counsel will have a better idea on the proper response if any.  Arguably it‚Äôs an attempt to flush you out.

[15/06/2022, 18:26:07] Barrie: What was your thoughts on the presentation/opportunity last night

[19/06/2022, 14:10:23] Greg Hurley: Hi Barrie - please respond to my email.  Thanks!

[19/06/2022, 15:04:21] Barrie: Apologies for the delay Greg ‚Äì under a bit of pressure here

[19/06/2022, 15:22:38] Barrie: Replied now. Please advise

[19/06/2022, 15:23:20] Greg Hurley: I did.  Sorry to hear about the pressure.  Enjoy the rest of your Sunday and I will make tomorrow quick

[19/06/2022, 15:55:49] Barrie: Thanks. What is it about?

[19/06/2022, 17:30:25] Greg Hurley: We have not had a Board Meeting in quite some time and it is proper that we do.

[20/06/2022, 17:59:34] Barrie: Running ten mins late. Apologies

[20/06/2022, 18:00:03] Greg Hurley: Ok consider the meeting starting at 12:10

[20/06/2022, 18:00:16] Barrie: Thanks.

[20/06/2022, 18:09:56] Barrie: Waiting

[30/06/2022, 16:17:35] Greg Hurley: Have B&K depositions 7/11 & 12.  Would like to pick your brain for a few mins this or early next week.

[01/07/2022, 13:34:32] Barrie: Early next is better. Shouldn‚Äôt take long though.

[01/07/2022, 13:48:13] Greg Hurley: Available on Tues.  please suggest a time (Monday is the 4th, Wed is DiChiara deposition.).  Thurs btw we will likely find out whether this trial is happening in Aug

[01/07/2022, 14:28:16] Barrie: Tuesday as early as possible please.

000044

[01/07/2022, 14:32:49] Greg Hurley: Ok

[02/07/2022, 16:47:21] Barrie: Is 730 your time too early?

[02/07/2022, 17:57:32] Greg Hurley: Will try for that.  On vacation with family and it‚Äôs the day after our 4th of July.  (Independence day)

[05/07/2022, 13:32:31] Greg Hurley: Call you in 5

[14/07/2022, 19:42:46] Greg Hurley: ‚ÄéMissed video call

[14/07/2022, 21:14:59] Greg Hurley: That was a misdial earlier on my part

[14/07/2022, 21:17:31] Barrie: Ok. Thanks.

[05/08/2022, 20:00:39] Greg Hurley: Barrie - for some reason this keeps coming up.  As such I want to answer it correctly rather than assume anything.  Have you ever reached out to anyone (like the Dept or Justice or the former Asst District Attorney who previously prosecuted Floyd for his wite fraud)??  Please give me a quick call if you can.  Responding now to discovery requests.  I have said NO, but given that it keeps popping up want to be sure

[05/08/2022, 20:01:10] Barrie: No I haven‚Äôt.

[05/08/2022, 20:01:23] Barrie: At dinner. Can call you later.

[05/08/2022, 20:02:09] Greg Hurley: Sure.  No need to call today, but you are welcome to if you like.  We should connect at some point though whenever convenient.  Enjoy dinner

[05/08/2022, 20:02:30] Barrie: Thanks.

[14/08/2022, 21:16:23] Greg Hurley: Hi - let me know a good time to connect for 10mins.  Want to update you on CO

[14/08/2022, 23:16:26] Barrie: Now?

[14/08/2022, 23:22:31] Barrie: Tomorrow as early as possible would be good. Thanks.

[14/08/2022, 23:23:05] Greg Hurley: Not available now.  Ok will reach out in the morn.  Good night

[14/08/2022, 23:23:18] Barrie: Good night.

[15/08/2022, 13:01:53] Greg Hurley: I will call you in about 10 minutes

[15/08/2022, 13:03:20] Barrie: Can you make it 40?

[15/08/2022, 13:06:23] Greg Hurley: Have an errand 12:30-2ish gmt.  Will reach out upon return.

[15/08/2022, 13:31:56] Barrie: 9.00 am your time for 2 hours in on a zoom

[15/08/2022, 13:32:17] Barrie: That should work

[15/08/2022, 15:09:58] Greg Hurley: ‚ÄéMissed voice call

[15/08/2022, 15:10:29] Greg Hurley: Just tried you.  Around for 30mins then offline until 4 gmt

[16/08/2022, 14:25:59] Greg Hurley: Didnt hear from you.  At DiMartini deposition all day today.  Will try you again tomorrow morn.

[16/08/2022, 14:35:56] Barrie: üëç

[17/08/2022, 10:36:26] Barrie: I‚Äôm around after 8:30 pm GMT today. Does that work for you?

[17/08/2022, 12:22:04] Greg Hurley: Yes I will call you.

[17/08/2022, 13:05:08] Barrie: Unexpectedly free now if it works for you?

000045

[17/08/2022, 13:14:29] Greg Hurley: Getting up now.  Can call at 12:30 gmt?

[17/08/2022, 13:20:33] Barrie: Perfect

[10/09/2022, 13:34:27] Greg Hurley: Barrie - I have a deposition Monday. Would like to speak with you beforehand.  Have a question.  Should be quick. Are you available

[10/09/2022, 14:12:48] Barrie: Yes. Does now work for you?

[05/01/2023, 20:11:36] Greg Hurley: Barrie just seeing I missed a FaceTime call from you.  I am immersed in FOL and packing up my home to move to Delaware on a Tuesday!  I am generally around though.

[05/01/2023, 20:23:31] Barrie: Sorry I missed your call. I‚Äôm on the Italian Alps and the signal is a bit hit and miss. I am home on Tuesday. Can we speak then please.

[05/01/2023, 20:25:44] Greg Hurley: I am moving my entire life that day but give it a shot!  Where in the Alps?  Sue and I were in Cortina before Covid.   Bellisima!

[05/01/2023, 21:18:47] Barrie: It sure is. Lacks snow but still skiable.

[06/01/2023, 09:14:33] Barrie: Gregg good morning. I see a mystical from you later last night.

I am skiing in the Snow but will be free this afternoon ‚Äì morning your time ‚Äì if you have time to talk  ?

[06/01/2023, 13:30:32] Greg Hurley: Yes you told me skiing in Switzerland.   Must‚Äôve accidentally dialed.  Yes I can be available this morning ET.  Please give a time so I don‚Äôt miss your call.  Dont want to keep you from your vacay.

‚Äì[06/01/2023, 13:36:30] Barrie: ‚Äì<attached: 00000902-PHOTO-2023-01-06-13-36-30.jpg>

[06/01/2023, 19:14:40] Barrie: Greg I have been run out of time on other meetings organised before and my partner is not too impressed.  May I call you tomorrow or Sunday please? Or Monday.I‚Äôm just in the doghouse now!

[06/01/2023, 19:34:13] Greg Hurley: I am around and available each of these days.

[06/01/2023, 21:18:53] Barrie: Ok thanks. Sorry to have so many false starts but I‚Äôm trying to manage an annoyed partner!!

[06/01/2023, 22:40:40] Greg Hurley: No problem.  Cortina is very romantic!  Keep her happy.  Lol

[10/01/2023, 16:18:15] Greg Hurley: Barrie - spoke with Paul this morning. Understand my trade approval awaits our conversation.  I remain available to do so.  Please contact me when you can.  Thanks

[10/01/2023, 18:54:27] Barrie: Apologies. I‚Äôm in bed feel lousy. Will call you asap I‚Äôm back at my desk

[10/01/2023, 19:02:48] Greg Hurley: Sorry to hear.  Feel better.

[10/01/2023, 20:28:32] Barrie: Thanks Greg. Genuinely sorry. Don‚Äôt know what‚Äôs wrong!

[10/01/2023, 20:31:51] Greg Hurley: Take a Covid test

000046

[10/01/2023, 21:54:34] Greg Hurley: Received a couple of calls from Frank Rubba.  Told him you weren‚Äôt feeling well.  I feel bad for him as I think he very much needed these funds and now is being held up.  My $s have been sitting in PARs account since 12/28.

[10/01/2023, 21:55:08] Greg Hurley: If there is something you need from me please let me know.

[10/01/2023, 22:02:48] Barrie: Let me call you tomorrow. Believe me if I could I‚Äôd call you tonight.

[10/01/2023, 23:01:10] Greg Hurley: I understand.  No worries.  Hope you feel better in the morning!

[11/01/2023, 17:08:14] Barrie: Thanks, Greg. Feeling much better today and I‚Äôve tried to call you

[11/01/2023, 17:08:25] Barrie: Please let me know when is a good time

[11/01/2023, 17:08:30] Greg Hurley: Please try again now thanks

[17/02/2023, 13:03:37] Greg Hurley: I asked Howard to send some the latest in the way of deal documentation to you.   Think he will explain a little in covering note and  we can continue conversation later.

[17/02/2023, 13:09:19] Greg Hurley: You will have previously received Shareholder update #16 which discussed the framework of the settlement

[10/12/2023, 17:12:04] Greg Hurley: Barrie - thanks for response and call.  Yes Brevity is the soul of wit!  Been out all morning and now running to a meeting.  Have a new project to keep me out of/or in trouble depending on perspective!  Will read your email.  Maybe we can connect tomorrow?  Feel better!

[10/12/2023, 17:32:11] Barrie: Sure, please do let me know when suits so I can try to be available

[10/12/2023, 17:49:00] Greg Hurley: 11:30ET or later.  Let me know a good time to try you

[10/12/2023, 17:49:50] Barrie: Before 9.00 am is better if possible?

[10/12/2023, 18:47:30] Greg Hurley: I have a meeting at 9am which goes until 11:00.  Need to take care of stuff before 9. Will try you earlier if up and available.  Thanks and have a good night!

[11/12/2023, 03:03:29] Barrie: Yes. Earlier works better. I forgot I have an 8.30 ET so 8.00 would be good?

[11/12/2023, 03:04:05] Barrie: Or maybe about 4.30 /5.00 pm?

[11/12/2023, 17:13:34] Greg Hurley: Thank you will call you 4:30ET if still good by you

[11/12/2023, 20:07:00] Barrie: Greg. Can we speak a bit earlier if poss. I‚Äôve got a meeting at 5.00 your time and will need to be away by 4.40 your time.

[11/12/2023, 20:26:19] Greg Hurley: Ok will call at 4

[11/12/2023, 22:00:30] Greg Hurley: ‚ÄéVoice call, ‚Äé20 min