Clapham Discovery Response Chart

| RFP | Content | Was It Provided | How do we know it exists? | Reference |
|---|---|---|---|---|
| 1 | All correspondence with Lenders relating in any way to FOL, including all communications with lenders concerning FOL's offer to resume payments on the loans in July 2020. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: [10/07/2020, 00:34:29] |
| 2 | All correspondence with FOL, from October 1, 2017, to the present. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: [10/07/2020, 00:34:29] |
| 3 | All documents and communications related to Your interactions with and participation in the Advisory Board. | Not all | Clapham Whatsapp Message With Greg Hurley | Whatsapp: [13/07/2020, 19:37:15]; [13/07/2020, 19:47:44]; [13/07/2020, 22:12:22] |
| 4 | All communications concerning FOL, any of the Lenders, the Advisory Board, Redemption or the Colorado Litigation. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: *passim* |
| 5 | All communications with Alexander Capital concerning FOL, any of the Lenders, the Advisory Board, Redemption, or the Colorado Litigation. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: *passim* |
| 6 | All communications with Provision concerning FOL | Unknown | | |
| 7 | All documents related to Redemption, including but not limited to all correspondence with Redemption. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: [09/08/2020, 20:54:11] |
| 8 | All correspondence with Fox Rothschild related to the SDNY Litigation or the Colorado Litigation. | Unknown | Messages were forward to Clapham from Hurley but not produced | |
| 9 | All correspondence with Hurley, Leonard, Alexander Capital, DaSilva, Fox Rothschild, DiMartini or Kelly relating in any way to FOL, any of the Lenders, the Advisory Board, Redemption, the Colorado Litigation or the SDNY Litigation | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp:05/08/2020, 22:20:08] |
| 10 | All correspondence with the FBI, FINRA or the SEC or any other state or federal regulator or agency related in any way to FOL, and all documents related to any inquiries, by the SEC, FINRA or any other state or federal regulator or agency related in any way to FOL. | Unknown | | |

Clapham Discovery Response Chart

| RFP | Content | Was It Provided | How do we know it exists? | Reference |
|---|---|---|---|---|
| 11 | All communications between You and DiMartini. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: [23/08/2020, 03:08:21]; [06/03/2021, 17:28:23] |
| 12 | All contracts between You and FOL. | No | Clapham asserts to be an equity holder | |
| 13 | All contracts between You and any of the Advisory Board, Fox Rothschild, Redemption, Hurley, Leonard, Alexander Capital, Truong, CMD, DaSilva or Kelly. | No | Depositions and document production from Redemption lawsuit | |
| 14 | All communications related to Your alleged investment in FOL. | No | Depositions and document production from Redemption lawsuit | |
| 15 | All documents reflecting Your alleged investment in FOL. | No | Clapham asserts to be an equity holder | |
| 16 | All communications with CMD related to Your alleged investment in FOL. | | Clapham asserts to be an equity holder | |
| 17 | All documents reflecting the persons or entities who contributed to Your alleged investment in FOL. | No | Clapham Whatsapp Message (Bob); various phone calls with FOL stating that he invested his friends and family money in FOL | Whatsapp messages with Bob Bell 14/12/2023, 21:37:56] |

Clapham Discovery Response Chart

| RFP | Content | Was It Provided | How do we know it exists? | Reference |
|---|---|---|---|---|
| 18 | All account documents and statements with Alexander Capital. | No | Clapham has invested in FOL, Disaboom, and Stewart's Enterprises Holdings, Inc. through AC | |
| 19 | All communications You have had with or including DiMartini concerning any investment. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: [12/11/2020, 23:54:39]; 07/03/2021, 13:44:50; [07/03/2021, 13:45:39]; [07/03/2021, 13:51:14]; [07/03/2021, 15:13:17] |
| 20 | All documents reflecting the terms of any investment you have made that involved DiMartini in anyway | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: passim |
| 21 | Documents showing all compensation provided to DeMartini related in any way to FOL | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp:[12/11/2020, 23:54:39] |
| 22 | All documents all documents related to Provision's agreement to provide advertising services to FOL and borrow funds from FOL or intent to perform or not perform under Provisions contract with FOL. | Unknown | | |
| 23 | All documents related to Your involvement in the FOL loan to and purchase of advertising services from Provision | Unknown | | |
| 24 | All documents your contribution or investment in Provision | No | Leonard's disclosures | On 11/14/2018 and 11/23/2018, Clapham wire transfers a total of $2mm from eTrade to Provision's bank account at Silicon Valley Bank. |
| 25 | All documents concerning any business dealings on which You have worked that involved Kelly in any way. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: passim |
| 26 | All documents concerning any business dealings on which You have worked that involved Leonard in any way. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp:[23/08/2020, 02:14:51]; [23/08/2020, 03:08:21] ; 22/05/2022, 11:25:25 |

Clapham Discovery Response Chart

| RFP | Content | Was It Provided | How do we know it exists? | Reference |
|---|---|---|---|---|
| 27 | All documents concerning any business dealings on which You have worked that involved Truong in any way. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: [12/08/2020, 20:26:26]; 23/08/2020, 02:14:; 02/09/2020, 16:39:18] ] |
| 28 | All documents concerning any business dealings on which You have worked that involved Hurley in any way. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: |
| 29 | All documents concerning any business dealings on which You have worked that involved DaSilva in any way. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: 17/02/2023, 13:03:37 |
| 30 | All documents concerning any business dealings on which You have worked that involved DiMartini in any way. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: passim |
| 31 | All documents relating to prior interactions or transactions with Peter DiChiara, or the CMD firm, including, but not limited to all engagement agreements you have signed with CMD. | Unknown | Wired funds to CMD to fund equity purchase | |
| 32 | All due diligence provided to you by Alexander capital concerning FOL or that you requested from Alexander capital concerning FOL. | No | | |
| 33 | Records of all amounts paid by you to Redemption. | No | Clapham Whatsapp Message - Also see Hurley's Depostion saying Barrie Funded lawsuit | Whatsapp:10/07/2020, 23:23:23; 18/07/2020, 16:07:12 |
| 34 | All documents reflecting your loan to redemption, including all efforts that you have made to collect that loan. | No | Clapham Whatsapp Message - Also see Hurley's Depostion saying Barrie Funded lawsuit | Whatsapp:10/07/2020, 23:23:23; 18/07/2020, 16:07:12 |
| 35 | All Communications in which you transmitted any information about FOL to any person. | Unknown | | |

Clapham Discovery Response Chart

| RFP | Content | Was It Provided | How do we know it exists? | Reference |
|---|---|---|---|---|
| 36 | All communications with Jeremy Wysoki, or the Wysocki Law group, PC | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp:05/08/2020, 21:49:24; 30/03/2021, 01:23:17; [30/03/2021, 01:24:22 |
| 37 | All correspondence with the receiver who was to be appointed in the Colorado litigation. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp:29/09/2020, 12:22:58; 29/09/2020, 12:29:50; 30/09/2020, 21:50:43; 30/09/2020, 21:52:15 |
| 38 | All correspondence or documents exchanged with Hurley related to the settlement between redemption and FOL. | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: 30/09/2020, 21:52:15;  09/03/2021, 21:57:03 |
| 39 | All documents between your attorneys and Hurley concerning FOL | No | Clapham Whatsapp Message With Greg Hurley | Whatsapp: 29/09/2020, 13:14:28; 23/02/2021, 20:57:35 |

Leonard Discovery Response Chart

| RFP | Content | Was It Provided | How do we know it exists? | Reference |
|---|---|---|---|---|
| 1 | All correspondence with Lenders relating in any way to FOL, including all communications with lenders concerning FOL's offer to resume payments on the loans in July 2020. | No | E-mail with Greg Hurley | Leonard Disclosure E-mails |
| 2 | All correspondence with FOL, from October 1, 2017, to the present. | No | E-mail with FOL | ACLP010147 |
| 3 | All documents and communications related to Your interactions with and participation in the Advisory Board. | No | E-mail with FOL | ACLP010147 |
| 4 | All communications concerning FOL, any of the Lenders, the Advisory Board, Redemption or the Colorado Litigation. | No | E-mail with Greg Hurley | ACLP209827 |
| 5 | All communications with Alexander Capital concerning FOL, any of the Lenders, the Advisory Board, Redemption, or the Colorado Litigation. | No | E-mail with Jonathan Gazdak | ACLP008482 |
| 6 | All communications with Provision concerning FOL. | No | E-mail from FOL to Provision board and C-suite | ACLP037441 |
| 7 | All documents related to Redemption, including but not limited to all correspondence with Redemption. | No | E-mail with Greg Hurley | Leonard Disclosure E-mails |
| 8 | All correspondence with Fox Rothschild related to the SDNY Litigation or the Colorado Litigation. | No | Unknown | |
| 9 | All correspondence with Hurley, Leonard, Alexander Capital, DaSilva, Fox Rothschild, DiMartini or Kelly relating in any way to FOL, any of the Lenders, the Advisory Board, Redemption, the Colorado Litigation or the SDNY Litigation. | No | E-mails | ACLP220963; 235884; 008482; 206123 |
| 10 | All correspondence with the FBI, FINRA or the SEC or any other state or federal regulator or agency related in any way to FOL, and all documents related to any inquiries, by the SEC, FINRA or any other state or federal regulator or agency related in any way to FOL. | No | Unknown | |
| 11 | All communications between You and DiMartini. | No | E-mail with Frank DiMartini | ACLP221609 |
| 12 | All contracts between You and FOL. | No | Alleges to be equity owner in FOL | |

Leonard Discovery Response Chart

| RFP | Content | Was It Provided | How do we know it exists? | Reference |
|---|---|---|---|---|
| 13 | All contracts between You and any of the Advisory Board, Fox Rothschild, Redemption, Hurley, Leonard, Alexander Capital, Truong, CMD, DaSilva or Kelly. | No | Unknown | |
| 14 | All communications related to Your alleged investment in FOL. | No | E-mail from Jonathan Gazdak to Mark Leonard attaching invoice for commission | ACLP008609 |
| 15 | All documents reflecting Your alleged investment in FOL. | No | E-mail from Jonathan Gazdak to Mark Leonard attaching invoice for commission | ACLP008608 |
| 16 | All communications with CMD related to Your alleged investment in FOL. | No | E-mail with Pete DiChiara re: investment in FOL | ACLP008493 |
| 17 | All documents reflecting the persons or entities who contributed to Your alleged investment in FOL. | No | Sent wire statements but not preceeding documents showing source of funds | |
| 18 | All account documents and statements with Alexander Capital. | No | Unknown | |
| 19 | All communications You have had with or including DiMartini concerning any investment. | No | E-mail with Frank DiMartini | ACLP221609 |
| 20 | Documents showing all compensation provided to DiMartini related in any way to FOL. | Unknown | Unknown | |
| 21 | All documents related to Provision's agreement to provide advertising services to FOL and borrow funds from FOL or intent to perform or not perform under Provision's contract with FOL. | No | E-mail from FOL to Mark Leonard re: Provision advertising | ACLP222374-436; 8640 |
| 22 | All documents related to Your involvement in the FOL loan to and purchase of services from Provision. | No | E-mail from FOL to Mark Leonard re: Provision advertising | ACLP222374-436; 230228 |
| 23 | All documents related to Your contribution or investment in Provision. | No | Unknown | |
| 24 | All documents concerning any business dealings on which You have worked that involved Kelly in any way. | No | E-mail from Mark Leonard to Time Kelly re: reasons to invest in Provision | ACLP206123 |
| 25 | All documents concerning any business dealings on which You have worked that involved Clapham in any way. | No | Wires Transfers from Barrie Clapham for $2mm | Silicon Valley Bank Accounts statements |

Leonard Discovery Response Chart

| RFP | Content | Was It Provided | How do we know it exists? | Reference |
|---|---|---|---|---|
| 26 | All documents concerning any business dealings on which You have worked that involved DaSilva in any way. | No | E-mail with Greg Hurley | Leonard Disclosure E-mails |
| 27 | All documents concerning any business dealings on which You have worked that involved Hurley in any way. | No | E-mail with Greg Hurley | Leonard Disclosure E-mails |
| 28 | All documents concerning any business dealings on which You have worked that involved Truong in any way. | No | Clapham Whatsapp Messages with Hurley; Bank statements showing payments to Truong | Whatsapp Messages; *passim* |
| 29 | All documents relating to prior interactions or transactions with Peter DiChiara or the CMD firm, including but not limited to all engagement agreements You have signed with CMD. | No | Wire Transfers from Provision to CMD | SVB Account Statements 12/2018 |
| 30 | All due diligence provide to You by Alexander Capital concerning FOL or that You requested from Alexander Capital concerning FOL. | No | E-mail from Frank DiMartini forwarding confidenital investor presentation; confidential e-mail sent from Frank DiMartini to Mark Leonard re: FOL cash flows | ACLP209827; ACLP210428 |
| 31 | Records of all amounts paid by You to Redemption. | No | | |
| 32 | All documents reflecting the creation or operation of Coil. | No | | |
| 33 | All communications with Rainmaker Retail Group, LLC. | No | Lawsuit between Rainmaker and Mark Leonard | |
| 34 | All documents reflecting the use of funds paid by FOL to Provision. | No | Bank statements only | SVB Bank Statements |
| 35 | All documents reflecting the ownership of Provision. | No | Mark Leonard was CEO | No capital tables provided |
| 36 | All documents reflecting the existence of any agreement between Provision and Coinstar. | No | E-mail from Mark Leonard to Frank DiMartini attaching Provision Coinstar Partnership | ACLP204223 |
| 37 | All communications with Coinstar regarding any use of Provision's goods or services. | No | Lengthy e-mail from Mark Leonard to Tim Kelly re: Provision | ACLP206123 |
| 38 | All documents reflecting Ronald Barrie Clapham's contribution to Provision. | No | Bank statements only | SVB Bank Statements |

Leonard Discovery Response Chart

| RFP | Content | Was It Provided | How do we know it exists? | Reference |
|---|---|---|---|---|
| 39 | All documents reflecting the existence of secured loans owed by Provision. | No | UCC Financing Statements | |
| 40 | All documents reflecting any obligation of Provision to pay Alexander Capital commissions or other remuneration for moneys loaned or paid by FOL to Provision. | No | Payments to Alexander Capital | SVB Bank Statements |
| 41 | All documents reflecting the basis for your acquisition of alleged equity in FOL. | No | E-mails | Hundreds of e-mails on the subject |
| 42 | All documents reflecting Your purchase and sale of equity in FOL. | No | E-mails | Hundreds of e-mails on the subject |
| 43 | All communications with DiMartini concerning FOL or FOL's products. | No | E-mail with Frank DiMartini | ACLP221609 |
| 44 | All communications with Alexander Capital concerning Your alleged ownership of shares of FOL. | No | E-mail from Mark Leonard to Jonathan Gazdak | ACLP008482 |
| 45 | All communications with Truong regarding FOL or Redemption. | No | Clapham Whatsapp Messages with Hurley | |
| 46 | All communications with Truong regarding Limelight Automated Retail. | No | Unknown | |
| 47 | All documents reflecting Your ownership in Redemption. | No | Clapham Whatsapp Messages with Hurley | |
| 48 | All communications with any of the Lenders. | No | E-mails with Lenders | *Passim* |
| 49 | All engagement agreements between You and CMD. | No | Unknown | |
| 50 | All communications with Mark Ward or Wasatch Labs concerning the manufacture of CBD products. | No | Unknown | Meeting with Mark Ward |
| 51 | All documents related to the formation of Above Holdings Inc., including documents showing the owners of the aforementioned company. | No | Secretary of State filings | Articles showing creation |
| 52 | All communications with Connie Kondick, Nael Karim Kassar, Antoine Sacy, or Tony Ettinger concerning the creation or operation of a CBD brand or company. | No | Unknown | |
| 53 | All communications with Hurley concerning the settlement between Redemption and FOL. | No | Settlement Agreement | Required to have sent to Mark Leonard |