**MEMO ENDORSED**



**Daniel J. Vedra**
Attorney

dan@vedralaw.com
www.vedralaw.com

**VEDRA LAW LLC**

T. (303) 937-6540
F. (303) 937-6547

1444 Blake Street
Denver, CO 80202

May 10, 2024

VIA CM/ECF
Hon. Dale E. Ho
District Court Judge
United States District Court for the Southern District of New York

    Re:    Floyd's of Leadville, Inc. N/K/A Valued, Inc. v. Alexander Capital L.P. &
             Clapham - Case No. 1:22-CV-03318-DEH
             *Request to Adjourn Thursday, May 30, 2024 Hearing*

Dear Judge Ho:

    I write to request the Court to adjourn the hearing set for 11:00 a.m. (E.T.), on May 30, 2024. I presently have a trial scheduled to begin on the same date and time, and I have been unable to arrange substitute counsel to attend the discovery hearing. I apologize for any inconvenience this may cause the Court. I am available the following week at any time except Tuesday, June 4, 2024, and Friday, June 7, 2024. On the 7th, I am available after 2:00 p.m. (E.T.).

    Thank you for considering this request.

Application **GRANTED**. The conference scheduled for May 30, 2024, is **ADJOURNED** to **June 7, 2024, at 2:30 P.M. EST.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 328 665 55, followed by the pound sign (#). So Ordered.

Dale E. Ho
U.S. District Judge

Dated: May 24, 2024
New York, New York

Sincerely,

**VEDRA LAW LLC**

By:  /s/ Daniel J. Vedra
      Daniel J. Vedra

CC:    2023169/Floyd's of Leadville, Inc. N/K/A Valued, Inc.
          All Parties of Record

Encl: