UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLOYD'S OF LEADVILLE, INC.,
N/K/A VALUED, INC.,

    Plaintiff,

vs.

ALEXANDER CAPITAL, L.P., NESA MANAGEMENT, LLC, JOSEPH ANTHONY AMATO, ROCCO GERARD GUIDICIPIETRO, JONATHAN GAZDAK, RONALD BARRIE CLAPHAM, MARK LEONARD, PROVISION HOLDING, INC., TIMOTHY KELLY, and THREE DDD, LLC,

    Defendants.

Case No.: 1:22-cv-03318-DEH

---

### [PROPOSED] ORDER
### GRANTING JOINT MOTION TO EXTEND DISCOVERY PERIOD

This matter is before the Court on the Joint Motion of the Parties to Extend the Discovery Period. As the Parties have established good cause for an extension of time to complete fact discovery, the Court **GRANTS** the Motion. The deadline for fact discovery is hereby extended to October 18, 2024, and all subsequent deadlines for expert discovery are extended by an additional ninety (90) days.

Dated: May 30, 2024
     New York, New York

Application **GRANTED in part**. The fact discovery deadline is extended to **October 18, 2024**. However, the expert discovery shall be extended for forty-five (45) days, i.e., to **December 2, 2024**. Further extensions are unlikely to be granted, absent a showing of good cause.

The post-discovery status letter shall now be due by **December 12, 2024**. The post-discovery conference is adjourned to **December 19, 2024, at 10:30 a.m. (E.T.)**. The virtual meeting information remains unchanged; the parties shall dial 646-453-4442, enter the meeting code 145659216, and press pound (#).

SO ORDERED.

_____
DALE E. HO
United States District Judge

The Clerk of Court is respectfully requested to terminate ECF No. 180.