UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLOYD'S OF LEADVILLE, INC., <br><br>                     Plaintiff, <br><br> v. <br><br> ALEXANDER CAPITAL LP, et al., <br><br>                     Defendants. | 22-CV-3318 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On May 20, 2024, Plaintiff filed a letter motion to compel Defendants Ronald Barrie Clapham and Mark Leonard to respond fully and completely to written discovery requests. *See* ECF No. 178. On May 24, 2024, Defendants filed their response. ECF No. 183. On June 7, 2024, the parties met before the Court. *See* ECF No. 182.

As discussed on the record before the Court, it is hereby **ORDERED** that the parties must meet and confer in good faith regarding Plaintiff's request and shall identify any remaining issues in dispute. By **June 14, 2024**, the parties shall file a joint letter on ECF that (1) specifies what responsive productions have been made to date regarding Plaintiff's request (if any); and (2) outlines a timeline to complete outstanding productions (if any). To the extent there are any remaining disputes between the parties, the parties shall describe in detail the nature of the dispute(s) and their respective positions.

Plaintiff's motion to compel is **DENIED** without prejudice to renewal.

SO ORDERED.

The Clerk of Court is respectfully requested to terminate ECF No. 178.

2

Dated: June 7, 2024
      New York, New York

DALE E. HO<br>
United States District Judge

2