IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No.: 1:22-CV-03318-DEH

Floyd's of Leadville, Inc. N/K/A Valued, Inc.,

    Plaintiff,

v.

Alexander Capital L.P., et al.

    Defendants.

---

**NOTICE OF WITHDRAWAL OF MOTION**

---

    Undersigned counsel respectfully notifies the Court that Plaintiff and Defendants Clapham and Leonard have resolved the pending motion for attorney fees (ECF Doc. 186) to their satisfaction, and the motion is withdrawn.

Dated: June 13, 2024

Respectfully submitted,

/s/ Daniel J. Vedra
Daniel J. Vedra
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
Phone: (303) 937-6540
Fax: (303) 937-6547
Email: dan@vedralaw.com

The Clerk of Court is respectfully requested to terminate ECF No. 186.

Dale E. Ho
United States District Judge
New York, New York
Dated: June 14, 2024