PAUL A. RACHMUTH
ATTORNEY AT LAW
265 SUNRISE HIGHWAY, STE. 1515
ROCKVILLE CENTRE, NEW YORK 11570
TELEPHONE: (516) 330-0170   FACSIMILE: (516) 543-0516   PAUL@PARESQ.COM

September 23, 2024

Via ECF
Hon. Dale E. Ho
United States District Court
Southern District of New York

    Re: Floyd's of Leadville, Inc. N/K/A Valued, Inc. v. Alexander Capital L.P., et al.
    Case No. 1:22-CV-03318-DEH

Dear Judge Ho:

This letter is to inform the Court that Mr. Bryan McKenna, who had originally appeared in this case as co-counsel to Messrs. R. Barrie Clapham and Mark Leonard, has resigned from the bar of the state of New York. As such, he will no longer be acting as counsel to any party in this matter.

    Respectfully submitted,

    Paul Rachmuth

Bryan McKenna is hereby terminated from the case. The Clerk of Court is requested to terminate Mr. McKenna from the docket. SO ORDERED.

Dale E. Ho
United States District Judge
Dated: September 24, 2024
New York, New York