

101 Park Avenue, 17th Floor
New York, NY  10178
212.878.7900    212.692.0940
www.foxrothschild.com

FAWN M. LEE
Direct No: 646.601.7631
Email: FLEE@FOXROTHSCHILD.COM

October 8, 2024

**VIA ELECTRONIC FILING**

The Honorable Dale E. Ho
United States District Court for the Southern District of New York
40 Foley Square
Courtroom 905
New York, New York 10007

    Re:    *Floyd's of Leadville, Inc. n/k/a Valued Inc. v. Alexander Capital, L.P., et al.* – <u>Case No. 1:22-CV-3318-DEH</u>

Dear District Judge Ho:

    This Firm represents Gregory Hurley ("Mr. Hurley"), a non-party in the above referenced matter. We recently filed a Motion to Quash in the United States District Court for the District of Delaware regarding a subpoena served by Plaintiff Floyd's of Leadville. Enclosed please find a courtesy copy of Mr. Hurley's Motion to Quash.

    Counsel is available should the Court have any questions.

    Respectfully,

    */s/ Fawn M. Lee*

    Fawn M. Lee (FL7154)

cc: Counsel of Record (via e-filing)