# Exhibit A

PAUL RACHMUTH, LAW OFFICE
265 SUNRISE HIGHWAY, STE. 1515
ROCKVILLE CENTRE, NEW YORK 11570
TELEPHONE: (516) 330-0170   FACSIMILE: (516) 543-0516   PAUL@PARESQ.COM

October 9, 2024

Via Email: dan@vedralaw.com

Daniel Vedra, Esq.
Vedra Law LLC
1444 Blake Street
Denver, CO 80202

Re: <u>Floyd's of Leadville, Inc. n/k/a Valued, Inc. v Alexander Capital L.P. - 22CV03318</u>

Dear Daniel:

I am attaching an August 13, 2024 police report and Complaint Information Form and Certification in Support of Probable Cause by Frank Squilla ("Complaint"). According to the Complaint, Vice President of Sales & Operations for Plaintiff Floyd's of Leadville, Inc. n/k/a Valued, Inc. ("Plaintiff"), Bob Bell, intimidated and threatened bodily harm to a potential witness by telephone. Equally concerning, I understand that Mr. Bell also communicated threats intended to be communicated to my client, Mark Leonard.

Frank Squilla, at times a business associate of Mr. Leonard, was listed on Mr. Leonard's initial disclosures as a potential witness as well as a potential witness on Plaintiff's initial disclosures. Mr. Squilla certified that Mr. Bell screamed that he was "coming for" Mr. Squilla, would beat Mr. Squilla to a pulp and kill him. I have been informed that Mr. Bell said that he was going to do the "same thing to Mark Leonard."

I am obviously concerned about an agent of Plaintiff threatening a potential witness and my client, Mark Leonard. Of added concern is the apparent time of the call. The police report indicates that Mr. Bell made these threats at 1:00 PM Eastern time on August 13. On August 13, from 9:06 AM until 7:12 PM Eastern, you conducted the remote deposition of Jonathan Gazdak. I believe Mr. Bell attended that deposition with you in your office.

Please respond expeditiously with any relevant facts and any steps you are taking to ensure that the actions threatened in the Complaint do not occur, the harassment comes to an end and no further threats, such as those described in the Complaint, are made in the future.

Sincerely,

Paul A. Rachmuth

Encl.



P467-2024
8/15

## OPEN PUBLIC RECORDS ACT REQUEST FORM
## TOWNSHIP OF WASHINGTON
## 523 EGG HARBOR ROAD
## SEWELL, NJ 08080

Christine Ciallella, RMC
Township Clerk
cciallella@twp.washington.nj.us
856-589-0520 ext. 214

Barbara Moore
Deputy Clerk
bmoore@twp.washington.nj.us
856-589-0520 ext. 213

### WE DO NOT ACCEPT FAXES.
### PLEASE EMAIL, MAIL OR DELIVER IN PERSON ONLY!

**Important Notice**

The last page of this form contains important information related to your rights concerning government records. Please read it carefully.

### Requestor Information – Please Print

First Name: Francis    MI: A    Last Name: Squilla
E-mail Address: FrankSquilla@Comcast.net
Mailing Address: 4 Cavesson Trail
City: Sewell    State: NJ    Zip: 08080
Telephone: 609 220 9979    FAX: N/A
Preferred Delivery: Pick Up ✗  US Mail ___  On-Site Inspect ___  Fax ___  E-mail ✓

If you are requesting records containing personal information, please circle one: Under penalty of N.J.S.A. 2C:28-3, I certify that I HAVE / **HAVE NOT** been convicted of any indictable offense under the laws of New Jersey, any other state, or the United States.

Signature: [signed]    Date: 8/15/24

### Payment Information

Maximum Authorization Cost $ _____

Select Payment Method

Cash    Check    Money Order

Fees:    Letter size pages - $0.05 per page
         Legal size pages - $0.07 per page
         Other materials (CD, DVD, etc) – actual cost of material
Delivery: Delivery / postage fees additional depending upon delivery type.
Extras:   Special service charge dependent upon request.

**Record Request Information:** Please be as specific as possible in describing the records being requested. Also, please note that your preferred method of delivery will only be accommodated if the custodian has the technological means and the integrity of the records will not be jeopardized by such method of delivery.

Property Address: _____
Records Requested: CASE # 24-38212
It is the Report I filed w/ officer DiStefano

### AGENCY USE ONLY

Est. Document Cost: _____
Est. Delivery Cost: _____
Est. Extras Cost: _____
Total Est. Cost: _____
Deposit Amount: _____
Estimated Balance: _____

Deposit Date: _____

### AGENCY USE ONLY

**Disposition Notes**
Custodian: If any part of request cannot be delivered in seven business days, detail reasons here.

In Progress  -  Open _____
Denied       -  Closed _____
Filled       -  Closed _____
Partial      -  Closed _____

### AGENCY USE ONLY

**Tracking Information**        **Final Cost**
Tracking #: _____             Total: _____
Rec'd Date: _____             Deposit: _____
Ready Date: _____             Balance Due: _____
Total Pages: _____            Balance Paid: _____

**Records Provided**

Custodian Signature _____    Date _____

## Washington Police Department — Incident Report

**Date:** 08/17/2024

| Incident: | 4-HARASSMENT | | |
|---|---|---|---|
| Incident Report Number: | 24-038212 | Between: Date - Time | And/At: Date-Time 8/13/24 16:20 |
| Incident Location: | 1 Mcclure DR, Sewell Washington, NJ, 08080 | | |

| Offense - 1: 2C:33-4 | Offense - 2: | Offense - 3: | Offense - 4: |
|---|---|---|---|
| Offense - 5: | Offense - 6: | Offense - 7: | Offense - 8: |

| V | Name (Last, First, Middle): Squilla, Frank | DOB: [redacted] | Race/Sex: W/ |
|---|---|---|---|
| | Address: [redacted] | | Phone 1: [redacted] |
| | Employer: | | Phone 2: |
| | Employer Address: | | Work Phone #: |

| | Name (Last, First, Middle): | DOB: | Race/Sex: |
|---|---|---|---|
| | Address: | | Phone 1: |
| | Employer: | | Phone 2: |
| | Employer Address: | | Work Phone #: |

**Offense - 1:** 2C:33-4

### NARRATIVE

**Origin:** On 08/13/2024 at approximately 1620 hours I, (Ofc. DeStefano #10-214), was dispatched to a non-emergency call for service at 1 McClure Drive for a reported Harassment.

**Arrival:** Upon my arrival I met with the victim, Frank A. Squilla

**Interview of Victim:** The victim, Frank Squilla, explained that on 08/13/2024 he received a call from Robert Bell. Squilla further explained that Bell and his business partner Floyd Landis are involved in litigation with business associates of his. Bell contacted Squilla due to him being in possession of over 200 emails with his name on it. Bell stated that Squilla is "a piece of shit" and subsequently advised that "when he sees him, he will give him the biggest beating of his life." Bell also explained that he would find Squilla and kill him. Out of fear, Squilla mentioned to Bell that the phone call is being recorded. Bell responded by explaining that he was not advised of this nor given permission for

| Vehicle Information: (Year, Make, Model, Style, Color) | | | | | |
|---|---|---|---|---|---|
| License Number: | State: | Expiration Year: | Vin: | Insurance Company: | |
| Other Vehicle Information: | | | | | NCIC#: |

| Reporting Officer(s): DeStefano, Louis A. | | | Payroll Number: LD10214 | Report Date: 08/17/2024 |
|---|---|---|---|---|
| Time Received: 16:20:54 | Time Cleared: 16:49:34 | Unit(s) Assigned: P10214 | Pages: | |
| Reviewed by: Conti, Michael P. | | Payroll Number: MCR103 | Copy To: | |

**Incident Report Number:** 24-038212

| **Washington Police Department** | | **Continuation** |
|---|---|---|
| Incident Report Number<br>24-038212 | Incident Location:<br>1 Mcclure DR, Sewell Washington, NJ, 08080 | Incident Date:<br>08/13/2024 |

the call to be recorded.

**Interview of Witness:** N/A

**Interview Accused:** N/A

**Investigation:** I took a report to document the incident. Squilla received a phone call from Bell in regard to being in possession of Squilla's emails. In regard to the emails, Bell had begun threatening him over the phone and stated he would find Squilla and kill him. Squilla advised Bell he was being recorded, in which Bell further advised that he did not have Squilla's permission. I advised Squilla of the process to endorse criminal complaints at the Washington Township Court Office. Squilla completed a written statement (see attached). No further investigation from this officer.

| Reporting Officer(s):<br>DeStefano, Louis A. | Payroll Number:<br>LD10214 | Pages:<br>2 of 3 |
|---|---|---|

# Washington Police Department

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 24-038212 | 1 Mcclure DR, Sewell Washington, NJ, 08080 | 08/13/2024 |

**NAMES**

**Suspect**
Bell, Robert W/ of ███████████████████

Phone 1: ████████

=================================================================

| Reporting Officer(s): | Payroll Number: | Pages: |
|---|---|---|
| DeStefano, Louis A. | LD10214 | 3 of 3 |

**New Jersey Judiciary**
**Municipal Court of New Jersey**
**Certification in Support of Probable Cause**

State of New Jersey | Municipal Court Name: WASH TWP | County of: Gloucester
Court Address: 3 McClure | City: Sewell | Zip: 08080
Date of Incident: 8/13/24 | Location of Incident: WAWA 5pts via Phone | Municipality: Wash Twp

I offer the following facts and information to establish probable cause in this complaint against (Defendant's name) ROBERT "BOB" BELL, whom I would like to charge with (list Statutes or Ordinances):

~~2C 33-4A~~ ~~Harassment~~
2C 28-5a5 Witness Tampering

How do you know the identity of the person you are charging?
Business Associates

Describe the incident in detail:
8/13/24 1PM I Received A Phone Call while At 5pts WAWA In Response to ongoing Litigation of which I am a witness. Today there were Depositions in NYC, which I did not Participate. The Call I Recived was from Robert "Bob" Bell, where He went on A Profanity Laced Tirade Screaming At The top of His Lungs That He was coming For Me, would Beat Me to A Pulp + Kill Me. He was unhinged. I am an Investor in His company + He told Me As well That The $125K investment is Forfeited. I Also Have That in writing. This is the end of A few Calls. I do Not Want this Man or any of

Certification: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 8/15/24
Signature of Complaining Witness
Print Name

**New Jersey Judiciary**
**Municipal Court of New Jersey**
**Complaint Information Form**

Instructions: Please complete the following information to the best of your ability. This information will help in the preparation of the complaint.

Your Name (you are the complainant): FRANCIS A. Squilla
Street Address: 4 CAVESSON TRAIL
City: SEWELL
State: NJ    Zip: 08080
Telephone Number: 609 220 9979
Email Address: FrankSquilla@comcast.net

Defendant's Name: ROBERT "BOB" BELL
Street Address: 1810 FAIRFAX ST
City: DENVER
State: CO    Zip: 80220
Telephone Number (if known): 201 248 7517
Date of Birth (if known): ?
Driver's License (if known): ?
State: NJ (?)

Is the person you are charging an elected public official or a candidate for elected public office? ☐ Yes ☒ No
If yes, provide any information regarding what elected office the person is a candidate for or currently holds.

If this is a motor vehicle complaint list
License Plate # of Other Vehicle    State    Description of vehicle (if known)

Names and addresses of witnesses (use additional paper if necessary)
Name    Address

**For Court Use Only**

Date: _____
Court Administrator/Deputy Initials: _____
Corresponding Complaint Numbers: _____

(Every request requires the filing of a complaint.)

Promulgated by Directive #26-19 (12/20/2019), CN 11823

**New Jersey Judiciary**
**Municipal Court of New Jersey**
**Confidential Domestic Violence Complaint Information Form**
(Not to be Disclosed)

Instructions: Please complete the following information to the best of your ability. This information will help in the preparation of the complaint.

Your Name (you are the complainant)
FRANCIS A Squilla

Street Address: 4 CAVESSON TRAIL
City: SEWELL
State: NJ
Zip: 08080

Telephone Number: 609 220 9979
Email Address: FrankSquilla@comcast.net

Defendant's Name: ROBERT "BOB" BELL
Street Address: 180 FAIRFAX ST.
City: Denver
State: C
Zip: 80220

Telephone Number (if known): 201 248 7517
Date of Birth (if known):
What is your relationship to the defendant? Business Associate

Is the person you are charging an elected public official or a candidate for elected public office? ☐ Yes ☒ No
If yes, provide any information regarding what elected office the person is a candidate for or currently holds

When did the offense occur? 8/13/24
Where did the offense occur? on A Phone Call while AT WAWA 5 Ats.

Is there a domestic violence restraining order in effect? ☐ Yes ☒ No

In which county was the restraining order obtained?
What is the effective date of the restraining order?

Names and addresses of witnesses (use additional paper if necessary)
Name                          Address

**For Court Use Only**

Court Administrator/Deputy Initials: _____    Date: _____

Corresponding Complaint Numbers: _____

(Every request requires the filing of a complaint.)

Promulgated by Directive #26-19 (12/20/2019), CN 11824



**New Jersey Judiciary**
**Municipal Court of New Jersey**
**Certification in Support of Probable Cause**

State of New Jersey
Municipal Court Name: Washington Twp
County of: Gloucester
Court Address: 3 McClure DR
City: Sewell
Zip: 08080
Municipality: Wash Twp

Date of Incident: 8/13/24
Location of Incident: WAWA GPTS via Phone

I offer the following facts and information to establish probable cause in this complaint against (Defendant's name) ROBERT "BOB" BELL whom I would like to charge with (list Statutes or Ordinances): 2C:12-3 Terroristic Threats. He VERBALLY Threatened to BEAT ME to a Pulp AND Kill Me. I AM A Witness in Litigation Case with Him ~~Business Associates~~

How do you know the identity of the person you are charging?
Business Associates

Describe the incident in detail:
8/13/24 1pm BOB BELL Called me while I WAS AT WAWA. Called me a piece of SH!T + THAT He WAS coming for Me + would BEAT ME + KILL ME. This is in Response to A Failed Business Relationship + Am NOT involved in The Litigation, But asked as A witness for The other side. I Also ~~INVESTED~~ into Floyd Landis's CBD Company, whom BoB is The COO. During This Call AS Well AS in email He states The Shares we purchased have officially Been Forfeited. I guess now that is Also theft of 125K and defraud. He was unhinged + Scary.

Certification: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 8/15/24
Signature of Complaining Witness
Print Name

Revised 04/2017, CN 11822

**New Jersey Judiciary**
**Municipal Court of New Jersey**
**Certification in Support of Probable Cause**




| | | |
|---|---|---|
| State of New Jersey | Municipal Court Name: WASH TWP | County of: Gloucester |
| Court Address: 3 McClure | City: SEWELL | Zip: 08080 |
| Date of Incident: 8/13/24 | Location of Incident: WAWA 5 Pts via Phone | Municipality: WASH TWP |

I offer the following facts and information to establish probable cause in this complaint against (Defendant's name) ROBERT "BOB" BELL, whom I would like to charge with (list Statutes or Ordinances):

2C 33-4.A Harassment

**How do you know the identity of the person you are charging?**
Business Associates

**Describe the incident in detail:**
8/13/24 1PM I Received A Phone Call while AT 5 Pts WAWA In Response to ongoing Litigation of which I Am A witness. Today there were Depositions in NYC, which I Did Not Participate. The Call I Received was from Robert "Bob" Bell, where he went on A Profanity Laced Tirade Screaming AT The TP of His Lungs that He was coming for Me, would Beat Me to A Pulp + Kill Me. He went unhinged. I Am An Investor in his Company + He told AN as well that the $125K investment is forfeited. I Also Have that in writing this is the end of A few calls. I Do Not want this MAN or Any of

**Certification:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 8/15/24

Signature of Complaining Witness

Print Name

Revised 04/2017, CN 11822

**New Jersey Judiciary**
**Municipal Court of New Jersey**
**Certification in Support of Probable Cause**

State of New Jersey | Municipal Court Name: WASH TWP | County of: Gloucester
Court Address: 3 McClure | City: Sewell | Zip: 08080 | Municipality: Wash Twp
Date of Incident: 8/13/24 | Location of Incident: WAWA 5Ats via Phone | Wash Twp

I offer the following facts and information to establish probable cause in this complaint against (Defendant's name) Robert "Bob" Bell, whom I would like to charge with (list Statutes or Ordinances):

~~2C 33-4 A~~ ~~Harassment~~
2C 28-5 WITNESS TAMPERING

**How do you know the identity of the person you are charging?**
Business Associates

**Describe the incident in detail:**
8/13/24 1PM I Received A Phone Call while AT 5Ats WAWA In Response to ongoing Litigation of which I Am A witness. Today There were Depositions in NYC, which I did not Participate. The Call I Recieved was from Robert "Bob" Bell, where He went on A Profanity Laced Tirade Screaming AT The top of his Lungs That He was coming for Me, would Beat Me to A Pulp + Kill Me. He was unhinged. I AM An Invest in His Company + He told me as well That The $125K investment is forfeit. I Also Have That in writing This is The end of ALL Calls. I Do Not want This MAN or any of

Certification: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 8/15/24

Signature of Complaining Witness

Revised 04/2017, CN 11822

**New Jersey Judiciary**
**Municipal Court of New Jersey**
**Confidential Domestic Violence Complaint Information Form**
*(Not to be Disclosed)*

**Instructions:** Please complete the following information to the best of your ability. This information will help in the preparation of the complaint.

**Your Name (you are the complainant)**
Francis A Squilla

| Street Address | City | State | Zip |
|---|---|---|---|
| 4 Cavesson Trail | Sewell | NJ | 08080 |

| Telephone Number | Email Address |
|---|---|
| 609 220 9979 | franksquilla@comcast.net |

**Defendant's Name**
Robert "Bob" Bell

| Street Address | City | State | Zip |
|---|---|---|---|
| 180 Fairfax St. | Denver | CO | 80220 |

| Telephone Number (if known) | Date of Birth (if known) | What is your relationship to the defendant? |
|---|---|---|
| 201 248 7517 | | Business Associate |

Is the person you are charging an elected public official or a candidate for elected public office? ☐ Yes ☒ No
If yes, provide any information regarding what elected office the person is a candidate for or currently holds

| When did the offense occur? | Where did the offense occur? |
|---|---|
| 8/13/24 | on a Phone Call while at Wawa  5 Pts. |

Is there a domestic violence restraining order in effect? ☐ Yes ☒ No

| In which county was the restraining order obtained? | What is the effective date of the restraining order? |
|---|---|
| | |

**Names and addresses of witnesses (use additional paper if necessary)**

| Name | Address |
|---|---|
| | |
| | |
| | |

**For Court Use Only**

Date: _____

Court Administrator/Deputy Initials: _____

Corresponding Complaint Numbers: _____

*(Every request requires the filing of a complaint.)*

Promulgated by Directive #26-19 (12/20/2019), CN 11824