# Exhibit G

10/9/24, 9:04 PM                    Holcomb + Ward, LLP Mail - Re: Fwd: Floyd's of Leadville, Inc. n/k/a Valued Inc. v. Alexander Capital, L.P., et al. - Case No. 1:22-CV-3318-DEH

Case 1:22-cv-03318-DEH    Document 206-7    Filed 10/11/24    Page 2 of 3



Aaron Wright <aaron@holcombward.com>

## Re: Fwd: Floyd's of Leadville, Inc. n/k/a Valued Inc. v. Alexander Capital, L.P., et al. - Case No. 1:22-CV-3318-DEH

1 message

**Floyd Landis** <floyd@floydsofleadville.com>                                    Tue, Sep 24, 2024 at 11:54 AM
To: "Daniel J. Vedra" <dan@vedralaw.com>, Bob Bell <bob@floydsofleadville.com>, "cdawes@foxrothschild.com" <cdawes@foxrothschild.com>, "aaron@holcombward.com" aaron@holcombward.com>, "bryan.ward@holcombward.com" <bryan.ward@holcombward.com>, "holly@holcombward.com" <holly@holcombward.com>, "Barrie Clapham(L&S)" <barrie.clapham@londonandscottishinvestments.com>, Greg Hurley <greghurley99@gmail.com>, Howard da Silva <howarddasilva@outlook.com>, "Paula G. Schimmel" <pschimmel@bbga.com>

Pedophile was a big tough guy when Dishonest Dawes decided to rub my past in my face.   This is who he really is.   You''re all the same.   Welcome to hell.   We have the emails, Chris, where you explain to Barrie, Howard, and Greg, that you knew that conversion rights and the 30% didn't exist and that you were concerned about simply suing me for breach of contract and unjust enrichment because then I would be able to just pay the principal like I had agreed and the pedo wouldn't be able to take my company.   And so you suggested concocting fraud claims.   Fuck you and your confidentiality.

It's nice to see you again.   I was hoping I'd get the chance to destroy you too.   This will be fun.

Floyd


-------- Original Message --------
On 9/24/24 9:31 AM, Daniel J. Vedra wrote:

> ---------- Forwarded message ---------
> From: **Barillo, Nathan** <NBarillo@foxrothschild.com>
> Date: Tue, Sep 24, 2024, 9:29 AM
> Subject: Floyd's of Leadville, Inc. n/k/a Valued Inc. v. Alexander Capital, L.P., et al. - Case No. 1:22-CV-3318-DEH
> To: dan@vedralaw.com <dan@vedralaw.com>
> Cc: Dawes, Christopher J. <cdawes@foxrothschild.com>


Good morning:

Attached please find correspondence related to the above-listed matter.

Thank you,

Nathan



10/9/24, 9:04 PM Fox Rothschild Mail - Re: Fwd: Floyd Combs v. John R. Valued Inc. d. Alexander Capital, L.P., et al. Case No. 1:22-CV-3318-DEH

Case 1:22-cv-03318-DEH   Document 206-7   Filed 10/11/24   Page 3 of 3

**Nathan Barillo**
Associate

1201 N. Market Street
Suite 1200
Wilmington, DE 19801

📞 (302) 427-5518
🖨 (302) 656-8920
✉ nbarillo@foxrothschild.com

Learn about our **new brand.**

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.