# Exhibit I

10/9/24, 8:43 PM  Holcomb + Ward, LLP Mail - RE: Floyd's of Leadville v. Alexander Capital et al. -- Recent Correspondence

Case 1:22-cv-03318-DEH  Document 206-9  Filed 10/11/24  Page 2 of 3



Aaron Wright <aaron@holcombward.com>

## RE: Floyd's of Leadville v. Alexander Capital et al. -- Recent Correspondence
1 message

**Daniel J. Vedra** <dan@vedralaw.com>    Wed, Sep 25, 2024 at 10:47 AM
To: Bryan Ward <bryan.ward@holcombward.com>
Cc: Aaron Wright <aaron@holcombward.com>, Holly Cole <holly@holcombward.com>, Paul Rachmuth <paul@paresq.com>

Bryan:

I will let him know.

Aside from the e-mails that you are referencing, we don't have any other e-mails. If you already have them, do you need me to produce them to you?

Dan



1444 Blake Street

Denver, CO 80202

Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

---

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Tuesday, September 24, 2024 3:59 PM
**To:** Daniel Vedra <dan@vedralaw.com>
**Cc:** Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>; Paul Rachmuth <paul@paresq.com>
**Subject:** Floyd's of Leadville v. Alexander Capital et al. -- Recent Correspondence

Dan,

As you know, since you were cc'd, over the past two days your client, Floyd's of Leadville, by way of its CEO, Mr. Landis, has sent emails to various parties to the case and witnesses, including Defendant Clapham, my client Mr. Gazdak, Mr. DiMartini, and Mr. Hurley.

At this point, since our clients have no business relationship or other need to communicate outside of this litigation, I ask that your client direct any communication to Alexander Capital or any of its representatives or agents through counsel.

Also, we ask that you produce all communications that Mr. Landis and Floyd's of Leadville have had with Mr. Hurley, including the emails from today and yesterday. These communications would be responsive to, among other things, ACLP Defendants Second Request items 4 and 5.

Thank you,

**Bryan M. Ward**



3455 Peachtree Road NE, Suite 500
Atlanta, Georgia 30326
404-892-5695 (Direct)
404-601-2803 (Main)

404-393-1554 (Fax)

bryan.ward@holcombward.com
www.holcombward.com