# Exhibit J

10/9/24, 9:05 PM  Holcomb Ward, LLP Mail - Re: Fwd: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Chris Ryan and Alexandra Merle…

Case 1:22-cv-03318-DEH    Document 206-10    Filed 10/11/24    Page 2 of 3



Aaron Wright <aaron@holcombward.com>

## Re: Fwd: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Chris Ryan and Alexandra Merle-Huet
1 message

**Floyd Landis** <floyd@floydsofleadville.com>  Wed, Oct 9, 2024 at 7:09 AM
To: "Daniel J. Vedra" <dan@vedralaw.com>, Bob Bell <bob@floydsofleadville.com>, "holly@holcombward.com" <holly@holcombward.com>, "bryan.ward@holcombward.com" <bryan.ward@holcombward.com>, "aaron@holcombward.com" <aaron@holcombward.com>, Paul Rachmuth <Paul@paresq.com>, Bryan McKenna <bam@mckennalegal.nyc>, "Barrie Clapham(L&S)" <barrie.clapham@londonandscottishinvestments.com>, Mark Leonard <markleonard1121@gmail.com>

It's clear this aggressive approach is coming from Holly, a woman so heartless and vicious that she had the nerve to repeatedly ask the loving mother of my daughter, about the sexual nature of our relationship.   If the most intimate information a mother can possibly hold is not sacred to this woman and she is willing to harass a victim of her criminal clients - the victim, a woman who is now so damaged emotionally that she has been suicidal and unable to do the most basic life tasks because of lies publicly cast by these defendants in order to mask their own misdeeds - then what limit would she ever draw in furtherance of assisting her thieving clients to that end?

Dragging Alex through that experience again and demanding that she recall it all, has reopened wounds that should never have been slashed into her in the first place, and Holly knows it.   It's vicious and it's malicious, and what conceivable connection the details of a woman's intimate sexual choices could ever have to her clients fraud is knowable only to a woman on a quest so determined to further her career and to make more money that she's teetering on the edge of psychosis, and is in no way qualified to practice law.

On top of that, the long list of  "new" discovery demands is just more of the same tactic.   Very little of the characterizations - it certainly contains no actual citations - of the testimony of Bob and I is accurate and so the phantom cited testimony is asking for things that don't exist or in many cases things not refered to but that these floundering lawyers already have but never bothered to look for in the things produced.

Some of this unethical behavior toes the line of warranting complaints, but most certainly the idea that Alex must now pay these jackals because she's so traumatized that she has repressed it all in order to survive, is over that line.   I can only hope she is ok after the latest dark hole she is in, caused by learning that this vicious woman who attempted to pry into one of the few things nobody in a case other than one related to rape should ever be required to disclose, is now demanding that she pay for the privilege of that horrible, invasive, and morally devious shakedown.

I'll be more than happy to explain this to the court when they follow through on this new threat.   First they cost Alex her career and now they are demanding she pay for that privilege.


-------- Original Message --------
On 10/8/24 2:39 PM, Daniel J. Vedra wrote:

> ---------- Forwarded message ---------
> From: <bryan.ward@holcombward.com>
> Date: Tue, Oct 8, 2024 at 3:24 PM
> Subject: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Chris Ryan and Alexandra Merle-Huet
> To: Daniel J. Vedra <dan@vedralaw.com>
> Cc: Aaron Wright <aaron@holcombward.com>, Holly Cole <holly@holcombward.com>
>
>
> Dan,

Please see the attached.

**Bryan M. Ward**



3455 Peachtree Road NE, Suite 500
Atlanta, Georgia 30326
404-892-5695 (Direct)
404-601-2803 (Main)

404-393-1554 (Fax)

**bryan.ward@holcombward.com
www.holcombward.com**



--

Vedra Law LLC
1444 Blake Street
Denver, CO 80202

Office: (303) 937-6540
Direct:  (720) 295-9391
Fax:     (303) 937-6547

vedralaw.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.


This transmission and any attachment is attorney privileged and confidential. Any dissemination or copying of this communication is prohibited. If you are not the intended recipient, please notify us immediately by replying and delete the message. Thank you.