# Exhibit G

10/9/24, 11:15 AM  Holcomb + Ward, LLP Mail - RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's o…

Case 1:22-cv-03318-DEH    Document 207-7    Filed 10/11/24    Page 2 of 6



Aaron Wright <aaron@holcombward.com>

## RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville
1 message

**Daniel Vedra** <dan@vedralaw.com>  Fri, Oct 4, 2024 at 4:30 PM
To: Bryan Ward <bryan.ward@holcombward.com>
Cc: Paul Rachmuth <paul@paresq.com>, Aaron Wright <aaron@holcombward.com>, Holly Cole <holly@holcombward.com>

Bryan:

The only thing that I was prepared to talk about was the 30(b)(6), and all I want to know is what you feel you need to cover in an additional deposition. It seems like you're not prepared to talk about the one thing that we were certain we were going to talk about. If you get me that answer, right now, we can avoid this entire conversation because I will get you an immediate answer.

I am not prepared to talk about the topics you now want to discuss and I don't have the time. I have the time and ability to talk about the 30(b)(6) topics that you're seeking more time on, and if you get me that information, I'll get you an answer immediately.

I'm available at 3:30 and can talk then, but don't want to take time out of your weekend if you can just get me an answer to the question above.

Dan



1444 Blake Street

Denver, CO 80202

Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Friday, October 4, 2024 2:23 PM

**To:** Daniel Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

I'll get back to you on the 30(b)(6) topics.  As for the other topics, my intention isn't to meet and confer just prior to going to the court.  I just want to continue, by phone, discussions that we've already been having by email.  Maybe we'll make more progress by phone.

What time can you have a call: 3:00 or 3:30 Mountain?

**Bryan M. Ward | Holcomb + Ward | 404-892-5695**

---

**From:** Daniel Vedra <dan@vedralaw.com>
**Sent:** Friday, October 4, 2024 4:04 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

Bryan:

I was asking what 30(b)(6) topics you would need to cover.  This is the first that you've stated that you need to confer on the alleged document deficiencies and  privilege.  Since I was not expecting to have to discuss those topics with you, I won't be discussing them and blindsided by this last-minute request.

Let me know what 30(b)(6) topics you need to cover in an additional deposition, and I'll tell if you we can do that.

Dan



1444 Blake Street

Denver, CO 80202

Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Friday, October 4, 2024 1:56 PM
**To:** Daniel Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

We're still available at 3:30 Mountain but, if we could push it up to 3:00 Mountain, that would be helpful. I have a 6:00 call (4:00 Mountain), so a 3:00 start would give us some more time to talk. Just let us know if that works. We can call 404-566-9907.

As for topics, we want to cover (1) ACLP Defendants' request to continue the Rule 30(b)(6) deposition of Floyd's of Leadville. In addition, we'd like to discuss (2) the document deficiencies that we've written you about and set a timeline for resolving them; (3) FOL's assertion of privilege over its communications with CMD, both for its own production and the document subpoena to CMD's successor firm; and (4) timing of discovery, as you've noted below.

**Bryan M. Ward | Holcomb + Ward | 404-892-5695**

---

**From:** Daniel Vedra <dan@vedralaw.com>
**Sent:** Friday, October 4, 2024 3:07 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

Can you just tell me what topics you need to cover and when you're available?

Also, we are going to need more time on discovery.



1444 Blake Street

Denver, CO 80202

Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

10/9/24, 11:15 AM Holcomb + Ward - RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's o…

Case 1:22-cv-03318-DEH    Document 207-7    Filed 10/11/24    Page 5 of 6

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Thursday, October 3, 2024 3:18 PM
**To:** Daniel J. Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

We can talk tomorrow at 3:30 MT. Since that's 5:30 pm our time on a Friday, are you available anytime earlier?

**Bryan M. Ward | Holcomb + Ward | 404-892-5695**

---

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Thursday, October 3, 2024 4:12 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

I am available tomorrow at 3:30 MT.



1444 Blake Street

Denver, CO 80202

Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

---

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Wednesday, October 2, 2024 11:46 AM
**To:** Daniel J. Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

Dan,

Please see the attached correspondence relating to ACLP Defendants' request to continue the Rule 30(b)(6) deposition of Floyd's of Leadville.

**Bryan M. Ward**



3455 Peachtree Road NE, Suite 500
Atlanta, Georgia 30326
404-892-5695 (Direct)
404-601-2803 (Main)

404-393-1554 (Fax)

**bryan.ward@holcombward.com**
**www.holcombward.com**