# Exhibit H

Case 1:22-cv-03818-DEH   Document 207-8   Filed 10/11/24   Page 2 of 19



Aaron Wright <aaron@holcombward.com>

## RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

1 message

**Bryan Ward** <bryan.ward@holcombward.com>                    Tue, Oct 8, 2024 at 4:39 PM
To: "Daniel J. Vedra" <dan@vedralaw.com>
Cc: Paul Rachmuth <paul@paresq.com>, Aaron Wright <aaron@holcombward.com>, Holly Cole <holly@holcombward.com>

7:45 pm Eastern is also not in the business day.  If you're preparing for Mr. Leonard's deposition on Friday, then you should be able to shift some of that time to be available during our workday.  Otherwise, we'll move forward with letter motions tomorrow.

**Bryan M. Ward | Holcomb + Ward | 404-892-5695**

---

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Tuesday, October 8, 2024 4:04 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

I can talk at 5:45 MT today, but it will also be from a car.  Your choice.



1444 Blake Street

Denver, CO 80202

Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Tuesday, October 8, 2024 1:58 PM
**To:** Daniel J. Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville


That doesn't work.  We'll move forward with letter motions tomorrow.


**Bryan M. Ward | Holcomb + Ward** | 404-892-5695


---

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Tuesday, October 8, 2024 3:49 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville


Bryan:


Since ACLP never served the subpoena, is that an issue?


I can make 6:30 p.m.  MT tomorrow work but I will likely be calling you from a car.  All of my time tomorrow is spoken for.





1444 Blake Street

Denver, CO 80202


Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

10/9/24, 11:19 AM

Case 1:22-cv-03318-DEH Document 207-8 Filed 10/11/24 Page 4 of 19

Holcomb + Ward Mail - FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's o...

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Tuesday, October 8, 2024 1:41 PM
**To:** Daniel J. Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

I'm trying to work with you, but I don't think that 9:00 pm Eastern, over two business days after our request meets the Court's requirements.  If you can give a time prior to 5:30 pm Eastern tomorrow, we'll meet.  If not, we'll move forward with the letter motions.  I've laid out what we are asking to confer about: (1) the document deficiencies that we've written you about (on September 27); and (2) FOL's assertion of privilege over its communications with CMD, both for its own production and the document subpoena to CMD's successor firm.

**Bryan M. Ward | Holcomb + Ward |** 404-892-5695

---

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Tuesday, October 8, 2024 3:17 PM
**To:** bryan.ward@holcombward.com
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

Bryan:

I will speak to you at 7 p.m. MT tomorrow as that is the first time I am available .  I'll note, however, that the good faith requirement is one for both parties.  ACLP waited two years to bring this up.  Now, ACLP wants to confer immediately preceding a deposition of a party—one that has been rescheduled multiple times—while I am preparing.  This does not seem like good faith to me.  It also doesn't seem like good faith conferral when ACLP brings it up on the day of an all-day deposition, knowing that the Court imposes a two-day meet and confer requirement and one of those days is already spoken for.

So that I can be prepared for this conferral, please tell me exactly what you want to confer about.

Dan



1444 Blake Street

Denver, CO 80202


Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547


---

**From:** bryan.ward@holcombward.com <bryan.ward@holcombward.com>
**Sent:** Tuesday, October 8, 2024 12:58 PM
**To:** 'Daniel J. Vedra' <dan@vedralaw.com>
**Cc:** 'Paul Rachmuth' <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville


Dan,


We need to meet and confer.


    **j.**  **Discovery Disputes.**  Parties must follow Local Civil Rule 37.2 with the following modifications.

        i.  Any party wishing to raise a discovery dispute with the Court must first confer in good faith with the opposing party—in person, by videoconference, or by telephone—to resolve the dispute.  Where a party raises a discovery dispute with the opposing party, the opposing party must make itself available to confer in good faith to resolve the dispute within **two business days** of a request for a conference.


This shouldn't take long.  I asked about conferring on Monday morning.  Today is Tuesday.  Mr. Leonard's deposition is on Friday.  If you can't confer by end-of-day tomorrow, we'll need to move forward with filing our letter motions with the Court.


**Bryan M. Ward | Holcomb + Ward | 404-892-5695**

---

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Tuesday, October 8, 2024 2:42 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>

Holcomb Ward -- RE: FOL v. ACLP -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's o...

**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

Bryan:

That time does not work for me. I'm surprised that you are bringing this up now, two years into this litigation, two years after the documents were originally produced. It seems like ACLP is waiting until I am preparing for Mark Leonard's deposition to distract me from that preparation. Consequently, I cannot confer today. Depending on how much progress I make, I may be able to speak on Thursday. I'll update you tomorrow.

Dan



1444 Blake Street

Denver, CO 80202

Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

---

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Tuesday, October 8, 2024 11:53 AM
**To:** Daniel J. Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

Our position is that when Mr. Landis said, "please let this serve as a waiver, now in all future events, of any and all privilege enjoyed by the attorney client relationship," that he waived "any and all privilege" at that time ("now") and for "all future events," which includes this case.

Please let me know when you're available to meet and confer. Yesterday morning, I had proposed today at 1:00 Mountain (3:00 Eastern), but I haven't heard back on whether that works for you. Thanks,

**Bryan M. Ward | Holcomb + Ward |** 404-892-5695

Holcomb + Ward - RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's o...

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Tuesday, October 8, 2024 1:02 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

Just wanted to know because the letter said you only had one e-mail. Seems like that was an incorrect statement if you have the thumb drive.

In any event, I've read through the e-mail that you've referenced many times. Is it your position that when Mr. Landis said "all future events", he meant "all past communications"?

Just want to make sure I know where we have a disagreement. Thank you.



1444 Blake Street

Denver, CO 80202

Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Tuesday, October 8, 2024 9:00 AM
**To:** Daniel J. Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** Re: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

We have the thumb drive and production. It's apparent that we don't have all of CMD's communications with FOL. That's what we're requesting.

Get Outlook for Android

---

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Tuesday, October 8, 2024 10:39:43 AM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville


Bryan:


Before I spend any time responding to this e-mail, I want to make sure you received the thumb drive containing every single document produced in Redemption. The is reason I ask is simple. In your letter, you state that: "FOL has failed to produce any other documents related to CMD's representation of FOL in discovery . . . ." The thumb drive contains the documents that Pete DiChiara's former law firm (he is also disbarred) produced in response to a prior subpoena. Wantd to make sure you have that.


Dan





1444 Blake Street

Denver, CO 80202


Office: (303) 937-6540

Direct: (720) 295-9391

Fax:   (303) 937-6547

---

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Tuesday, October 8, 2024 7:29 AM
**To:** Daniel J. Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville


With respect to the upcoming discovery deadline, we would join a request for an extension. Just let me know exactly what you would be looking for and how you'd want to adjust expert discovery (or any other

10/9/24, 11:19 AM                    Case 1:22-cv-03818-DEH — FOL v. Document 207-8 and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's o...

Case 1:22-cv-03818-DEH    Document 207-8    Filed 10/11/24    Page 9 of 19

affected parts of the schedule) in light of a fact discovery extension.  In that vein, let me know if October 18 works for the continuation of the Rule 30(b)(6) deposition of FOL.  If we get more time for discovery, I would want to move that deposition because I'll be out of the country on October 18 and am scheduling it then just so we can have it before the end of discovery and other dates haven't worked.

With respect to the privilege issue and FOL's production, we don't have FOL's production of its correspondence with Pete DiChiara's firm, CMD, nor do we have a privilege log.  For the reasons raised in my attached September 27 letter, we believe those documents should have been produced.

Thanks,

**Bryan M. Ward | Holcomb + Ward** | 404-892-5695

---

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Monday, October 7, 2024 8:22 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** Re: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

Bryan,

I will check my schedule to find a time to confer, but please consider that I scheduled every deposition in June or July. You did not accept a single one of those dates.  I also warned you, quite correctly, that putting these off would cause problems, and you chose to put them off anyways.  Also, we haven't taken ACLP's 30(b)(6) because ypu have objected. So let's talk about this considering the full history.

As to privilege, what would you like to confer about woth respect to FOL's production? This is the first you have brought it up in nearly 2 years.

Dan

On Mon, Oct 7, 2024, 6:14 PM Bryan Ward <bryan.ward@holcombward.com> wrote:

> I brought up changing the expert discovery deadlines so that they would take place after fact discovery.  I think it would make sense to have the expert reports after they have a full set of fact discovery to review.  Regardless, if you're looking to push back the discovery deadlines, then it would make sense to push back the expert discovery deadline as well.
>
> That's incorrect about the deposition delays.  The only deposition ACLP rescheduled was Floyd Landis.  And we asked you to reschedule Greg Hurly due to Hurricane Helene.  We had no involvement with rescheduling Messrs. Clapham and Leonard.  Most depositions took place as scheduled:

Gmail - Fwd: Marti [FOL v. Altium - Meet and Confer Request Needed on 8/13/24 regarding the 30(b)(6) deposition of Floyd's o...

Misiti:

FOL subpoena 7/31

Deposition occurred 7/31


Gazdak:

FOL Am. Notice 8/13

Deposition occurred 8/13


Amato:

FOL Am. Notice 8/20

Deposition occurred 8/20


Guidicipietro:

FOL Am. Notice 8/21

Deposition occurred 8/21


Gary Grella:

FOL subpoena for 7/11 and then rescheduled to 8/14

Deposition occurred 8/14


Bari Latterman

FOL subpoena/Am. Notice for 7/26

On 7/10, you chose not to depose her on 7/26 and to reschedule

Depo occurred on 8/29


Alex Merle-Huet

Subpoena for 9/4

Depo occurred on 9/4

Chris Ryan

Subpoena for 9/6

Depo occurred on 9/6


FOL 30b6

Holcomb + Ward Mail - FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's o...

You chose the date

With respect to the document deficiencies, we need either a meet and confer, as requested, or a set deadline for production that works for both parties.  The end of discovery is next week, so, unfortunately, we don't have a lot of time to work with.

With respect to privilege, we need to have a meet and confer.  We seem to be at loggerheads, so this will be helpful to either resolve the issue or take it to the judge.

As for the continuation of our Rule 30(b)(6) deposition of FOL, how about October 18?

Thanks,

**Bryan M. Ward | Holcomb + Ward | 404-892-5695**

---

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Monday, October 7, 2024 6:03 PM
**To:** bryan.ward@holcombward.com
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

What does the fact discovery deadline have to do with expert?  I'm trying to get depositions done here, and the defendants have delayed or rescheduled *every single deposition*.

On document production, my client has not yet been able to go through the many deficiencies that you have alleged.  So it would be helpful to have the conversation after my client has had a chance to review.  On privilege, I've made a proposal to you on that, and you just said no without making a counter.  I'll note, however, that you agreed to a date for the ACLP 30(b)(6), which seems to indicate that you know that the Court is not going to deny us an opportunity to depose your client.  Seems like we should be able to work this out without the Court, but if you think that die is cast, I guess we'll just wait for the Court's order.

1444 Blake Street

Denver, CO 80202

Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

---

**From:** bryan.ward@holcombward.com <bryan.ward@holcombward.com>
**Sent:** Monday, October 7, 2024 8:08 AM
**To:** 'Daniel J. Vedra' <dan@vedralaw.com>
**Cc:** 'Paul Rachmuth' <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole
<holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of
Floyd's of Leadville

Dan, please let me know about the potential extensions below, and, Paul, please let us know if you
concur.  With the deadline for discovery coming up next week, we'll want to move quickly if we're going to
go to the court.

Also, Dan, please let me know when you are available to meet and confer regarding (1) the document
deficiencies that we've written you about; and (2) FOL's assertion of privilege over its communications
with CMD, both for its own production and the document subpoena to CMD's successor firm.  I'll propose
1:00 Mountain (3:00 Eastern) tomorrow, but I have other availability if that doesn't work.  Thanks,

**Bryan M. Ward | Holcomb + Ward | 404-892-5695**

---

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Friday, October 4, 2024 6:08 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole
<holly@holcombward.com>
**Subject:** Re: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of
Floyd's of Leadville

I can't do the 9th.  I'll check with my client on the other proposals.

On Fri, Oct 4, 2024, 3:47 PM Bryan Ward <bryan.ward@holcombward.com> wrote:

> Since we can't guarantee an extension of discovery, I'd propose October 9 for the continued 30(b)(6)
> deposition of FOL, which we would push back if we get more time for discovery.
>
> We don't have an issue with pushing back discovery by a month, including expert discovery.  I would
> also propose pushing back the Rule 26 expert disclosures as well.  I think it makes sense to have those
> disclosures after the close of fact discovery and so would propose allowing plaintiff until 2 weeks after

the close of fact discovery for any supplement to its Rule 26 disclosure and defendants 30 days later for their Rule 26 disclosures.  If that makes sense, we could calendar that out for a joint proposal to be filed with the court on Monday.


**Bryan M. Ward | Holcomb + Ward** | 404-892-5695

---

**From:** Daniel Vedra <dan@vedralaw.com>
**Sent:** Friday, October 4, 2024 5:32 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville


I'll have to get some dates from my client.  What works for guys?


Does anyone have a problem extending discovery by a month?




1444 Blake Street

Denver, CO 80202


Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

---

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Friday, October 4, 2024 3:28 PM
**To:** Daniel Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville


Okay.  No need to meet unless you want to discuss extension of discovery.  When are you available for the deposition?


**Bryan M. Ward | Holcomb + Ward** | 404-892-5695

10/9/24, 11:19 AM Holcomb + Ward Mail - FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's o…

Case 1:22-cv-03318-DEH Document 207-3 Filed 10/11/24 Page 14 of 19

**From:** Daniel Vedra <dan@vedralaw.com>
**Sent:** Friday, October 4, 2024 5:21 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

Ok we agree.

1444 Blake Street

Denver, CO 80202

Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

---

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Friday, October 4, 2024 3:04 PM
**To:** Daniel J. Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

Assuming your witness answers the questions without filibustering this time, we could get it done in 3 hours.  If not, it would take longer.

**Bryan M. Ward | Holcomb + Ward** | 404-892-5695

---

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Friday, October 4, 2024 4:52 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>

10/9/24, 11:19 AM     Holcomb + Ward Mail - Re: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's o...

Case 1:22-cv-03318-DEH   Document 207-3   Filed 10/11/24   Page 15 of 19

**Subject:** Re: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

How much time?

On Fri, Oct 4, 2024, 2:46 PM Bryan Ward <bryan.ward@holcombward.com> wrote:

> For the 30(b)(6) topics, we'd be willing to drop Topics 5, 7, 8, 10, and 13. We'd need testimony on Topics 1 – 4, 6, 9, 11, 12, and 14 -17.
>
> **Bryan M. Ward | Holcomb + Ward |** 404-892-5695
>
> ---
>
> **From:** Daniel Vedra <dan@vedralaw.com>
> **Sent:** Friday, October 4, 2024 4:30 PM
> **To:** Bryan Ward <bryan.ward@holcombward.com>
> **Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
> **Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville
>
> Bryan:
>
> The only thing that I was prepared to talk about was the 30(b)(6), and all I want to know is what you feel you need to cover in an additional deposition. It seems like you're not prepared to talk about the one thing that we were certain we were going to talk about. If you get me that answer, right now, we can avoid this entire conversation because I will get you an immediate answer.
>
> I am not prepared to talk about the topics you now want to discuss and I don't have the time. I have the time and ability to talk about the 30(b)(6) topics that you're seeking more time on, and if you get me that information, I'll get you an answer immediately.
>
> I'm available at 3:30 and can talk then, but don't want to take time out of your weekend if you can just get me an answer to the question above.
>
> Dan
>
> 1444 Blake Street
>
> Denver, CO 80202

Office: (303) 937-6540

Direct: (720) 295-9391

Fax:   (303) 937-6547

---

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Friday, October 4, 2024 2:23 PM
**To:** Daniel Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

I'll get back to you on the 30(b)(6) topics.  As for the other topics, my intention isn't to meet and confer just prior to going to the court.  I just want to continue, by phone, discussions that we've already been having by email. Maybe we'll make more progress by phone.

What time can you have a call: 3:00 or 3:30 Mountain?

**Bryan M. Ward | Holcomb + Ward** | 404-892-5695

---

**From:** Daniel Vedra <dan@vedralaw.com>
**Sent:** Friday, October 4, 2024 4:04 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

Bryan:

I was asking what 30(b)(6) topics you would need to cover.  This is the first that you've stated that you need to confer on the alleged document deficiencies and  privilege.  Since I was not expecting to have to discuss those topics with you, I won't be discussing them and blindsided by this last-minute request.

Let me know what 30(b)(6) topics you need to cover in an additional deposition, and I'll tell if you we can do that.

Dan

1444 Blake Street

Denver, CO 80202

Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

---

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Friday, October 4, 2024 1:56 PM
**To:** Daniel Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

We're still available at 3:30 Mountain but, if we could push it up to 3:00 Mountain, that would be helpful.  I have a 6:00 call (4:00 Mountain), so a 3:00 start would give us some more time to talk.  Just let us know if that works. We can call 404-566-9907.

As for topics, we want to cover (1) ACLP Defendants' request to continue the Rule 30(b)(6) deposition of Floyd's of Leadville.  In addition, we'd like to discuss (2) the document deficiencies that we've written you about and set a timeline for resolving them; (3) FOL's assertion of privilege over its communications with CMD, both for its own production and the document subpoena to CMD's successor firm; and (4) timing of discovery, as you've noted below.

**Bryan M. Ward | Holcomb + Ward | 404-892-5695**

---

**From:** Daniel Vedra <dan@vedralaw.com>
**Sent:** Friday, October 4, 2024 3:07 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

Can you just tell me what topics you need to cover and when you're available?

Also, we are going to need more time on discovery.

1444 Blake Street

Denver, CO 80202


Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

---

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Thursday, October 3, 2024 3:18 PM
**To:** Daniel J. Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville


We can talk tomorrow at 3:30 MT.  Since that's 5:30 pm our time on a Friday, are you available anytime earlier?


**Bryan M. Ward | Holcomb + Ward | 404-892-5695**

---

**From:** Daniel J. Vedra <dan@vedralaw.com>
**Sent:** Thursday, October 3, 2024 4:12 PM
**To:** Bryan Ward <bryan.ward@holcombward.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** RE: FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville


I am available tomorrow at 3:30 MT.




1444 Blake Street

Denver, CO 80202


Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

Holcomb - Ward Mail - FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's o...

**From:** Bryan Ward <bryan.ward@holcombward.com>
**Sent:** Wednesday, October 2, 2024 11:46 AM
**To:** Daniel J. Vedra <dan@vedralaw.com>
**Cc:** Paul Rachmuth <paul@paresq.com>; Aaron Wright <aaron@holcombward.com>; Holly Cole <holly@holcombward.com>
**Subject:** FOL v. ACLP et al. -- Letter and Request for Meet and Confer regarding Rule 30(b)(6) deposition of Floyd's of Leadville

Dan,

Please see the attached correspondence relating to ACLP Defendants' request to continue the Rule 30(b)(6) deposition of Floyd's of Leadville.

**Bryan M. Ward**

3455 Peachtree Road NE, Suite 500
Atlanta, Georgia 30326
404-892-5695 (Direct)
404-601-2803 (Main)

404-393-1554 (Fax)

**bryan.ward@holcombward.com**
**www.holcombward.com**