# Exhibit A



Holly Cole <holly@holcombward.com>

## Re: Rule 30(b)(6) deposition of Alexander Capital
1 message

**Daniel J. Vedra** <dan@vedralaw.com>    Wed, Oct 2, 2024 at 1:36 PM
To: Bryan Ward <bryan.ward@holcombward.com>
Cc: Paul Rachmuth <paul@paresq.com>, Holly Cole <holly@holcombward.com>, Aaron Wright <aaron@holcombward.com>

> Yes that's fine.
>
> On Wed, Oct 2, 2024 at 11:34 AM Bryan Ward <bryan.ward@holcombward.com> wrote:
>
>> Dan,
>>
>> I haven't heard back from you on this. With a pending dispute as to the scope of the Rule 30(b)(6) deposition of Alexander Capital, we won't be able to fully prepare a witness or witnesses for a deposition on Friday. Do you want to set a later date for that deposition? Would October 17 work?
>>
>> **Bryan M. Ward | Holcomb + Ward | 404-892-5695**
>>
>> **From:** Bryan Ward <bryan.ward@holcombward.com>
>> **Sent:** Monday, September 30, 2024 3:26 PM
>> **To:** 'Daniel J. Vedra' <dan@vedralaw.com>
>> **Cc:** 'Paul Rachmuth' <paul@paresq.com>; Holly Cole <holly@holcombward.com>; Aaron Wright <aaron@holcombward.com>
>> **Subject:** Rule 30(b)(6) deposition of Alexander Capital
>>
>> Dan,
>>
>> With the Rule 30(b)(6) deposition of Alexander Capital scheduled for this Friday and a pending dispute about the scope of that deposition, are we agreed that we'll need to reschedule the deposition date? We're happy to work with you on scheduling another date.
>>
>> **Bryan M. Ward**
>>
>> 3455 Peachtree Road NE, Suite 500
>> Atlanta, Georgia 30326
>> 404-892-5695 (Direct)
>> 404-601-2803 (Main)
>>
>> 404-393-1554 (Fax)

bryan.ward@holcombward.com
www.holcombward.com


--

Vedra Law LLC
1444 Blake Street
Denver, CO 80202

Office: (303) 937-6540
Direct:  (720) 295-9391
Fax:     (303) 937-6547

vedralaw.com

To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.


This transmission and any attachment is attorney privileged and confidential. Any dissemination or copying of this communication is prohibited. If you are not the intended recipient, please notify us immediately by replying and delete the message. Thank you.


 image001.jpg
9K