# Exhibit C

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

FLOYD'S OF LEADVILLE, INC.,
N/K/A VALUED, INC.,

                Plaintiff,

v.                                    CASE NO.: 1:22-cv-3318

ALEXANDER CAPITAL, L.P.; NESA
MANAGEMENT, LLC; JOSEPH ANTHONY AMATO;
ROCCO GERARD GUIDICIPIETRO; JONATHAN GAZDAK;
GREGORY HURLEY; HOWARD DASILVA;
RONALD BARRIE CLAPHAM; MARK LEONARD;
THIEN TRUONG; PROVISION HOLDING, INC.;
TIMOTHY KELLY; AND THREE DDD LLC,

                Defendants.

---

## INITIAL DISCLOSURES OF PLAINTIFF FLOYD'S OF LEADVILLE, INC.

---

      Pursuant to Fed. R. Civ. P. 26(a)(1)(a), Plaintiff Floyd's of Leadville, Inc., n/k/a Valued, Inc. ("FOL"), by its counsel, hereby discloses as follows:

**I.      Individuals with Discoverable Information**

      Floyd's of Leadville, Inc., n/k/a Valued, Inc.
c/o Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212
(414) 962-5110

      FOL possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, FOL's relationships and dealings with Alexander Capital, L.P., ("Alexander Capital") and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, execution of the lending documents, FOL's dealings with the Advisory Board and Redemption Holdings, Inc. ("Redemption"), FOL's dealings with

Provision Holding, Inc. ("Provision"), FOL's attempts to renegotiate the loans, FOL's communications with Lenders[1], FOL's financial performance, and FOL's damages.

Floyd Landis
c/o Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212
(414) 962-5110

Mr. Landis is FOL's CEO, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, FOL's relationships and dealings with Alexander Capital and the other Defendants, the execution of the lending documents in question, the money raised through Alexander Capital and the representations made in connection with the funds raised, FOL's dealings with the Advisory Board and Redemption, FOL's dealings with Lenders, FOL's dealings with Provision and Coil, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Alexandra Merle-Huet
c/o Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212
(414) 962-5110

Ms. Merle-Huet was formerly FOL's COO, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, FOL's relationships and dealings with Alexander Capital and the other Defendants, FOL's dealings with the Advisory Board and Redemption, FOL's attempts to renegotiate the loans, and FOL's damages.

---

[1] As identified on *infra* p. 15.

Christopher Ryan
c/o Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212
(414) 962-5110

Mr. Ryan was formerly FOL's CFO, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, FOL's relationships and dealings with Alexander Capital and the other Defendants, FOL's dealings with the Advisory Board and Redemption, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Robert Bell
c/o Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212
(414) 962-5110

Mr. Bell is FOL's Vice President of Operations, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, FOL's relationships and dealings with Alexander Capital and the other Defendants, FOL's dealings with the Advisory Board and Redemption, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Alexander Capital, L.P.
17 State Street
New York, NY 10004
(212) 687-5650

Alexander Capital was FOL's investment advisor, agent and fiduciary, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, the

commissions paid to Alexander Capital and others in connection with the funds raised, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, the execution of the lending documents in question, FOL's dealings with the Advisory Board, FOL's dealings with Provision, FOL's dealings with Coil, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

NESA Management, LLC
17 State Street
New York, NY 10004
(212) 687-5650

NESA Management, LLC, was the manager of Alexander Capital during the times in question, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, the commissions paid to Alexander Capital and others in connection with the funds raised, FOL's dealings with the Advisory Board, FOL's dealings with Provision, FOL's dealings with Coil, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Frank J. DiMartini
391 Poilon Avenue
Staten Island, NY 10321
(917) 566-1014

Mr. DiMartini was formerly Alexander Capital's broker and agent, and later became a member of the Advisory Board and then Redemption's agent, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers

and other responses to the Complaint, FOL's business dealings, the execution of the lending documents in question, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, the commissions paid to Alexander Capital and others in connection with the funds raised, FOL's dealings with the Advisory Board and Redemption, FOL's dealings with Provision, FOL's dealings with Coil, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Jonathan Gazdak
50 Murray Street, Apartment 901
New York, NY 10007
Phone Number Unknown

Mr. Gazdak is Alexander Capital's Manager of Investment Banking and a member of the Advisory Board, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, FOL's relationships and dealings with Alexander Capital and the other Defendants, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, the money raised through Alexander Capital and the representations made in connection with the funds raised, the commissions paid to Alexander Capital and others in connection with the funds raised, the execution of the lending documents in question, FOL's dealings with the Advisory Board and Redemption, FOL's dealings with Provision, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Rocco Gerard Guidicipietro
6 Havenhill Road
Hamburg, NJ 07419
Phone Number Unknown

Mr. Guidicipietro is a Manager and Owner of Alexander Capital, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, the commissions paid to Alexander Capital and others in connection with the funds raised, FOL's dealings with the Advisory Board and Redemption, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Joseph Anthony Amato
21 Country Lane
Hamburg, NJ 07419
Phone Number Unknown

Mr. Amato is a Manager and Owner of Alexander Capital, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, the commissions paid to Alexander Capital and others in connection with the funds raised, FOL's dealings with the Advisory Board and Redemption, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Bari A. Latterman
Address Unknown
Phone Number Unknown

Ms. Latterman was formerly an Investment Associate for Alexander Capital, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, the execution of the lending documents in question, FOL's dealings with the Advisory Board and Redemption, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Guy Durand
Address Unknown
Phone Number Unknown

Mr. Durand was formerly a broker and agent for Alexander Capital, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, the execution of the lending documents in question, FOL's dealings with the Advisory Board and Redemption, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Steven Walsh
Alexander Capital, L.P.
17 State Street
New York, NY 10004
(212) 687-5650

Mr. Walsh is an Alexander Capital employee working in the Investment Banking Department, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, Alexander

Capital's business dealings, Alexander Capital's communications and dealings with lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, FOL's dealings with the Advisory Board and Redemption, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Shawn Weadock
Alexander Capital, L.P.
17 State Street
New York, NY 10004
(212) 687-5650

Mr. Weadock is an Alexander Capital employee, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, FOL's dealings with the Advisory Board and Redemption, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Carl Martarano
Alexander Capital, L.P.
17 State Street
New York, NY 10004
(212) 687-5650

Mr. Martarano is an Alexander Capital employee, an Alexander Capital Partner and Mr. DiMartini's former supervisor, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other

Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, Alexander Capital's partners, registrations, status as a partnership and dealings with the state of Delaware, Mr. Martarano's dealings with Mr. DiMartini and the circumstances under which Mr. DiMartini's employment with Alexander Capital was terminated.

> Michelle Misiti
> Alexander Capital, L.P.
> 17 State Street
> New York, NY 10004
> (212) 687-5650

Ms. Misiti is the Chief Compliance Officer for Alexander Capital and an Alexander Capital Partner, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, the laws and requirements to which Alexander Capital's work for FOL were subject, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, Alexander Capital's partners, registrations, status as a partnership and dealings with the state of Delaware, and FOL's damages.

> Timothy Kelly
> 38 Gramercy Avenue
> Rye, NY 10580
> Phone Number Unknown

Mr. Kelly was formerly Alexander Capital's broker and agent, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised

through Alexander Capital and the representations made in connection with the funds raised, the commissions paid to Alexander Capital and others in connection with the funds raised, the execution of the lending documents in question, the commissions improperly paid to or for the benefit of Mr. Kelly, FOL's dealings with Provision, FOL's dealings with Coil, Mr. Kelly's theft of FOL stock, Mr. Kelly's fraudulent attempts to sell FOL stock to veterans and other victims, FOL's financial performance, and FOL's damages.

Three DDD LLC
38 Gramercy Avenue
Rye, NY 10580
Phone Number Unknown

Three DDD LLC is a company owned by Mr. Kelly, and it possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, Mr. Kelly's business dealings, FOL's business dealings, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, the commissions paid to Alexander Capital and others in connection with the funds raised, the commissions improperly paid to or for the benefit of Mr. Kelly, and FOL's damages.

Mark Leonard
10936 Cozycroft Avenue
Chatsworth, CA 91311
Phone Number Unknown

Mr. Leonard was formerly the CEO of Provision and worked with FOL, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money

raised through Alexander Capital and the representations made in connection with the funds raised, FOL's dealings with the Advisory Board and Redemption, FOL's dealings with Provision, FOL's dealings with Coil, FOL's dealings with Mr. Leonard, Mr. Leonard's interference with FOL's distribution of its products, Mr. Leonard's theft of FOL's intellectual property and stock, and FOL's damages.

> Ronald Barrie Clapham
> 1-1 Victoria Crescent Road
> Glasgow G12 9DB, UK
> Phone Number Unknown

Mr. Clapham is an investor in FOL, a member of the Advisory Board, a Director, a lender to and shareholder of Redemption, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, FOL's dealings with the Advisory Board and Redemption, FOL's dealings with Mr. Clapham, the Advisory Board and Redemption's interference with FOL's relationships with the Lenders, the attempt to take over FOL and steal its assets, and FOL's damages.

> Gregory Hurley
> 11 Jacob Arnold Road
> Morristown, NJ 07960
> Phone Number Unknown

Mr. Hurley is an investor in FOL, a member of the Advisory Board and the CEO of Redemption, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, Alexander Capital's business dealings, Alexander Capital's communications

and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, the execution of the lending documents in question, FOL's dealings with the Advisory Board and Redemption, FOL's dealings with Mr. Hurley, the Advisory Board and Redemption's interference with FOL's relationships with the Lenders, the attempt to take over FOL and steal its assets, and FOL's damages.

Howard Da Silva
Three Gates Lane
Haslemere GU27 2LD, UK
Phone Number Unknown

Mr. DaSilva is an investor in FOL, a member of the Advisory Board and a Director of Redemption, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, the execution of the lending documents in question, FOL's dealings with the Advisory Board and Redemption, FOL's dealings with Mr. Da Silva, the Advisory Board and Redemption's interference with FOL's relationships with the Lenders, the attempt to take over FOL and steal its assets, and FOL's damages.

Thien Truong
9253 Eton Avenue
Chatsworth, CA 91311
Phone Number Unknown

Mr. Truong is an investor in and funder of Redemption, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, FOL's relationships and dealings

with Alexander Capital and the other Defendants, FOL's dealings with the Advisory Board and Redemption, FOL's dealings with Mr. Truong, the Advisory Board and Redemption's interference with FOL's relationships with the Lenders, the attempt to take over FOL and steal its assets, and FOL's damages.

Provision Holding, Inc.
9120 Double Diamond Parkway
Reno, NV 89521
Phone Number Unknown

Provision is a company that fraudulently lent money to FOL, and it possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, Provision's dealings with FOL, the representations Provision made to FOL in connection with the fraudulent loan, Provision's dealings with Alexander Capital, and FOL's damages.

Carmel, Milazzo & Feil, LLP, f/k/a Carmel, Milazzo & DiChiara LLP
55 West 39th Street, 18th Floor
New York, NY 10018
(212) 658-0450

Carmel, Milazzo & Feil, LLP, f/k/a Carmel, Milazzo & DiChiara LLP ("CMD"), was Alexander Capital's counsel during the times in question, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, CMD's dealings with FOL and Alexander Capital, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, CMD's dealings with the Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, the execution of the lending documents in question, FOL's dealings with the Advisory Board, FOL's dealings with Provision,

FOL's dealings with Coil, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

> Pete DiChiara
> Address Unknown
> Phone Number Unknown

Pete DiChiara was Alexander Capital's counsel during the times in question, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, CMD's dealings with FOL and Alexander Capital, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, the execution of the lending documents in question, CMD's dealings with the Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, FOL's dealings with the Advisory Board, FOL's dealings with Provision, FOL's dealings with Coil, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

> Kirill Nikonov
> Rockefeller Center
> 1270 Avenue of the Americas, 24th Floor
> New York, NY 10020
> (212) 218-2245

Kirill Nikonov was Alexander Capital's counsel during the times in question, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, CMD's dealings with FOL and Alexander Capital, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, the execution of the lending documents in question, CMD's dealings with the Lenders, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the

representations made in connection with the funds raised, FOL's dealings with the Advisory Board, FOL's dealings with Provision, FOL's dealings with Coil, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

The Alexander Capital Partners:
SENA Management LLC
JSEC INC.
Catherine Salkind
Gene Salkind
Jerry Anthony Desiderio
Michael William Eldredge
Paul Michael Messina
Ohlert Ruggiere Inc.
Barbara Roth
Joseph Matthew Ruggiere
Wayne Ruggiere
JeanPaul Charles Skovronck
Lawrence Robert Stafford
Thomas Francis Sullivan
John Marshall Williams
17 State Street
New York, NY 10004

The Alexander Capital partners listed above possess information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, Alexander Capital's business dealings, Alexander Capital's partners, registrations, status as a partnership and dealings with the state of Delaware, and FOL's damages.

The Lenders:
Paul Yurfest
Scott D. Thompson
Maxwell Diffey
Geoffrey Charles Maddock
TISU Investment Ltd. (Tis Prager)
Timothy Marks
Xavier Hill
David Renwick
Brent Roberts
Valentine Croon
Theo Heselmans & Hilde Aerts
Mark Lewis

W.M. Edwards

Roger Wells

Anna Lotan Ltd.

Aseet A. Patel

Jay A. Hintze

Asmosija Superannuation Fund

Anthony Behette

Albert Viviani

Gary W. Jaster

Christian Giordano

Michael N. Oughtred

Paul A. Benjes

John Burgess

Ralf V. Tietge

John R. DiMartini

Franco Rastelli

Barbara Grisoli

Eric W. Rothbarth

Robert J. Guthrie

Timothy Alan Maynard

JJB-FLA LLC

Jacques Deltenre

Konstantin Von Radowitz

Mark Bradley

David Gardner

Robert Orlando Living Trust Sept 8 1998

Ernest Orlando

Matteo Quaini

Mark Davis

Peter Quigley

Francesco DeFrancesco

Ben DiGiovanni

Alexander Scharf

Donald Fletcher

Lonn Warner

Sylvester Willis

Lisafield Pty Ltd ATF Adams8 Superfund

Stephen Gais

Gary Grella

The Lenders listed above (address and telephone information included in the attached Exhibit A) possess information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, Alexander Capital's business dealings, Alexander Capital's communications and dealings with Lenders, the money raised through Alexander Capital and the representations made in connection with the funds raised, the execution of the lending documents, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Other Alleged FOL "Shareholders"
Farzad Samimi
Joseph Cusemano
Joseph Scaffidi
Frank Squilla
Joann Rutter Hartman
Sonny Nasir Ghesani
Nayeem Ghesani
Oscar Armando Pena
Lance Hill
Earl Ward
Ralf Schlapefer
Rony Behette
Addresses Unknown
Phone Numbers Unknown

The above individuals, who either are or claim to be FOL shareholders (many of them through fraudulent transactions executed by the Defendants) possess information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, FOL's distribution efforts, FOL's and the Defendants' interactions with Coil, Provision and Rainmaker Retail Group LLC ("Rainmaker"), the individuals' interactions with Defendants, the individuals' purchase or alleged purchase of FOL stock, the theft of FOL stock, and FOL's damages.

Redemption Holdings, Inc.
11 Jacob Arnold Road
Morristown, NJ 07960
Phone Number Unknown

Redemption possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, FOL's relationships and dealings with Alexander Capital and the other Defendants, the money raised through Alexander Capital and the representations made in connection with the funds raised, FOL's dealings with the Advisory Board and Redemption, FOL's attempts to renegotiate the loans, FOL's financial performance, and FOL's damages.

Rainmaker Retail Group, LLC
7 Crescent View Court
The Woodlands, TX 77381
Phone Number Unknown

Rainmaker was a former distributor for FOL, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, Rainmaker's dealings with FOL, FOL's business dealings, FOL's distribution efforts, FOL's and the Defendants' interactions with Coil, Provision and Rainmaker, the other Defendants' interactions with Rainmaker, and FOL's damages.

Sebastian Anthony Muscarello
7 Crescent View Court
The Woodlands, TX 77381
Phone Number Unknown

Mr. Muscarello was formerly associated with Rainmaker, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, Rainmaker's dealings with FOL, FOL's business dealings, FOL's distribution efforts, FOL's and the Defendants' interactions with Coil, Provision and Rainmaker, the other Defendants' interactions with Rainmaker, and FOL's damages.

Andrew M. Kaplan
17630 W. 58th Drive
Golden, CO 80403
Phone Number Unknown

Mr. Kaplan is a member of several Oregon LLCs with whom FOL did business, and is a former FOL employee, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings with the Oregon LLCs, the Oregon LLCs dealings with the Advisory Board and Redemption, and FOL's damages.

David J. Benlolo
30 S. Jasmine Street
Denver, CO 80224

Mr. Benlolo is a member of several Oregon LLCs with whom FOL did business, and is a former FOL employee, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings with the Oregon LLCs, the Oregon LLCs dealings with the Advisory Board and Redemption, and FOL's damages.

Mark Ward
Address Unknown
Phone Number Unknown

Mr. Ward is an employee of Dead Crickets, an FOL business partner, and possesses information among other things relating to the allegations and claims in the Complaint and the Defendants' Answers and other responses to the Complaint, FOL's business dealings, his interactions with Mark Leonard concerning a CBD topical cream developed by FOL, and FOL's damages.

FOL expressly reserves the right to supplement this list if necessary based on further discovery, the Initial Disclosures of any other party, or for any other appropriate reason.

## II.    Documentation

Specific documents in FOL's possession, custody or control that FOL is aware of at this time and may use to support its claims include: FOL's October 20, 2017 Engagement Agreement with Alexander Capital; FOL's September 16, 2018 Securities Purchase Agreement with Provision; communications between FOL and Alexander Capital representatives, including but not limited to Jonathan Gazdak, Shawn Weadock, Frank DiMartini, Steven Walsh, Bari Latterman, CMD, Pete DiChiara, Kirill Nikonov and Tim Kelly; communications with the Advisory Board; communications with Redemption; records of meetings with the Defendants and their representatives; FOL financial records; documents concerning FOL's aborted plan to go public; communications with Lenders; and documents supporting FOL's damages claims. Generally, FOL may use business records relating to its business, its dealings with the Defendants and relevant parties and correspondence with or about any of the Defendants in support of its claims.

More specific documents will be identified and produced in response to the parties' discovery requests after the Court enters an appropriate Protective Order. After discovery, FOL will serve an exhibits list under Fed. R. Civ. P. 26(3)(A)(iii) if necessary at an appropriate time, and will serve expert reports in accordance with the Court's Scheduling Order. FOL reserves all rights to use any and all appropriate documents at trial.

## III.    Damages

FOL alleges that Defendants have caused FOL to suffer many millions of dollars in damages. FOL is entitled to recovery of all damages it suffered as a result of Defendants' wrongdoing, including but not limited to damages arising due to Defendants' fraud, securities fraud, violation of the Investment Advisors Act, breaches of fiduciary duty, intentional interference, conversion, breach of contract, civil conspiracy, and aiding and abetting fraud and breaches of fiduciary duty. The types of damage FOL suffered include but are not limited to:

- Compensatory damages to recover all losses suffered due to Defendants' wrongdoing;

- Compensation for the value of all FOL property, including but not limited to intellectual property and FOL stock, stolen by Defendants;

- The lost profits FOL suffered due to Defendants' wrongdoing;

- Forfeiture or disgorgement of Defendants' ill-gotten profits or gains garnered via Defendants' wrongdoing at FOL's expense;

- The amount of money and other consideration FOL would have received had it gone public (but-for Defendants' wrongdoing);

- The amount of commissions Alexander Capital was paid in connection with FOL;

- Compensation for the difference between the monetary value of the renegotiated terms FOL would have entered into with the Lenders but for Defendants' wrongdoing, and the current amount FOL owes or allegedly owes pursuant to the lending documents;

- The amount of funds paid to Tim Kelly and/or Three DDD, LLC, in connection with funds raised through Alexander Capital;

- The amount of interest paid pursuant to the lending documents;

- Compensation for all fees and penalties owed or allegedly owed under the lending documents;

- Rescission of the lending documents or damages due to Defendants' fraudulent inducement of the lending documents;

- Return of the $300,000 FOL paid to Provision, plus interest and other penalties;

- Return or compensation for the $590,000 in FOL stock that was wrongfully sold by Kelly, Da Silva and Leonard, and related kickbacks to DiMartini;

- Indemnification of all costs, fees, expenses and losses that FOL incurred in connection with Alexander Capital's false or materially misleading statements;

- FOL's attorneys' fees and other costs;

- Pre- and post-judgment interest; and

- Punitive and/or exemplary damages, in an amount to be determined by the jury at trial.

Quantification of these damages will be the subject of expert analysis and opinion, based in part on information gathered in discovery. More precise calculations and the underlying records, many of them to be obtained in discovery, will be of a highly sensitive nature and will be disclosed pursuant to an appropriate Protective Order entered by the Court.

## IV. Insurance Agreements

FOL is not aware of any insurance agreement relevant to the claims and defenses at issue.

Dated this 4th day of October, 2022.

*/s/ Ryan M. Billings*
Ryan M. Billings, #RB0378
KOHNER, MANN & KAILAS, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212
rbillings@kmksc.com

Matthew J. Smith, #32043 (CO)
(admitted *pro hac vice* 5/2/22)
Nicholas W. Katz, #55136 (CO)
(admitted *pro hac vice* 5/2/22)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
mjsmith@hollandhart.com
nwkatz@hollandhart.com

***Attorneys for Plaintiff Floyd's of Leadville, Inc., n/k/a Valued, Inc.***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 4th day of October, 2022, a true and correct copy of the foregoing *Initial Disclosures of Plaintiff Floyd's of Leadville, Inc.* was filed and served via electronic mail and U.S. Mail and International Mail, postage prepaid upon all parties of record as follows:

Michael S. Holcomb
Holly P. Cole (holly@holcombward.com)
Bryan Ward (bryan.ward@holcombward.com)
Holcomb + Ward, LLP
17 State Street, 5th Floor
New York, NY 10004
*Attorneys for Defendants Alexander Capital, L.P.; NESA Management,*
*LLC; Joseph Amato; Rocco Guidicipietro; and Jonathan Gazdak*

Ihsan Dogramaci (IDogramaci@pavialaw.com)
Pavia & Harcourt LLP
230 Park Avenue, 24th Floor
New York, NY 10169
*Attorneys for Defendant Thien Truong*

Paul A. Rachmuth (paul@paresq.com)
Bryan McKenna (bam@mckennalegal.nyc)
Paul Rachmuth Law Office PLLC
265 Sunrise Highway, Suite 1515
Rockville Centre, NY 11570
*Attorneys for Defendants Mark Leonard and Ronald Barrie Clapham*

Howard DaSilva (howarddasilva@outlook.com)
Spring House
Three Gates Lane
Haslemere, Surrey, GU27 2LD
United Kingdom
*Pro Se Defendant*

Gregory Hurley (greghurley99@gmail.com)
11 Jacob Arnold Road
Morristown, NY 07960
*Pro Se Defendant*

*/s/ Billie Jo Jentsch*

| | | | | |
|---|---|---|---|---|
| Paul Yurfest | Paul | Yurfest | 4635 Dudley Land, Atlanta, GA 30327 | 404-831-9074 |
| Scott D. Thompson | Scott | Thompson | 711 Lake Street, San Francisco, CA 94118 | 415-238-6279 |
| Maxwell Diffey | Maxwell | Diffey | 27 Kensington Street, Tokoro New Zealand 3420 | 64-78234447 |
| Howard DaSilva | Howard | DaSilva | Three Gates Lane, Haslemere GU27 2LD | 44-7795457947 |
| Geoffrey Charles Maddock | Geoffrey | Maddock | 54 Stewart Road, Harpenden Herts AL54QB, United Kingdom | 44-2074662067 |
| TISU Investment Ltd. (Tis Prager) | TISU | Investment | Simmonds Building Wickhams Cay 1, Roadtown Tortola, British Virgin Islands | 41442545555 |
| Timothy Marks | Timothy | Marks | Amber Barn, Pool Kelines, Cirencester Gloucestershire GL76EG | 12-85771199 |
| Xavier Hill | Xavier | Hill | 53 Bona Vista Rd., Armidale, NSW 2350 Australia | 61-419248715 |
| David Renwick | David | Renwick | 69 Unit Remuera Aukland 1050 Aukland, New Zealand | 64-099177331 |
| Brent Roberts | Brent | Roberts | 45 Heaton St, Parkside, Timaru 7910, New Zealand | 64-36889156 |
| Valentine Croon | Valentine | Croon | 3 Meteorological Lane, Waitangi Chatham Islands, New Zealand 8942 | 64-21610509 |
| Theo Heselmans & Hilde Aerts | Theo | Heselmans | Heiblokken 1, 2250 Olen, Belgium | 32-475602949 |
| Mark Lewis | Mark | Lewis | 18 Lucerne Rd. Remuera, Auckland 1050, New Zealand | 64-0800333803 |
| W.M. Edwards | W.M. | Edwards | 25 Harvey Rd, Guildford GU1 3LU, UK | 14-3855362 |
| Roger Wells | Roger | Wells | 3343 Silverspring Dr, Dewitt, MI 48820 | 517-669-6456 |
| Anna Lotan Ltd. | Anna | Lotan | 39 Triq il-FuxaSan Ġwann, Malta | 78-62064823 |
| Aseet A. Patel | Aseet | Patel | 25 Regency Pl, Kenmore Hills QLD 4069, Australia | 61-404357972 |
| Jay A. Hintze | Jay | Hintze | 2100 S Philippi St, Boise, ID 83705 | 208-375-1300 |
| Asmosija Superannuation Fund | Asmosija | Superannuation | 25 Regency Pl, Kenmore Hills QLD 4069, Australia | 61-404357972 |
| Timothy Marks | Timothy | Marks | Amber Barn, Pool Kelines, Cirencester Gloucestershire GL76EG | 12-85771199 |
| Geoffrey Charles Maddock | Geoffrey | Maddock | 54 Stewart Road, Harpenden Herts AL54QB, United Kingdom | 44-2074662067 |
| Anthony Behette | Anthony | Behette | 155 82nd Street, Brooklyn, NY 11209 | 347-249-1508 |
| Lonn C. Warner | Lonn | Warner | 29955 Groesbeck HwyRoseville, MI 48066 | 586-773-0858 |
| Albert Viviani | Albert | Viviani | 17 Rue de Millo, 98000 Monaco | 33-607-837468 |
| Gary W. Jaster | Gary | Jaster | 6103 Bullard Dr Unit A, Austin, TX 78757 | 512-694-9276 |
| Christian Giordano | Christian | Giordano | Les Ligures, 2 Rue Honoré Labande, 98000 Monaco | 33-629352436 |
| Michael N. Oughtred | Michael | Oughtred | Wensley Hall, Wensley, Leyburn DL8 4HN, UK | 44-766796894 |
| Xavier Hill | Xavier | Hill | 53 Bona Vista Rd., Armidale, NSW 2350 Australia | 61-419248715 |
| Paul A. Benjes | Paul | Benjes | 32 St Ronans Ave, Waterloo, Lower Hutt 5011, New Zealand | 64-49313224 |
| John Burgess | John | Burgess | 16458 Northdale Oaks Dr, Greater Northdale, FL 33624 | 303-229-4638 |
| Ralf V. Tietge | Ralf | Tietge | Obere Ringstraße 25, 70839 Gerlingen, Germany | 49-61999614488 |
| John R. DiMartini | John | DiMartini | 5605 Ocean Drive, Oakland, CA 94618 | 510-604-6332 |
| Franco Rastelli | Franco | Rastelli | 1600 Sussex St UNIT 202, Las Vegas, NV 89144 | 702-626-2273 |
| Barbara Grisoli | Barbara | Grisoli | Borgo Montassù n7, 43121 Parma PR, Italy | 37-3479893580 |
| Gregory Francis Hurley | Gregory | Hurley | 11 Jacob Arnold Rd, Morristown, NJ 07960 | 917-301-3077 |
| Eric W. Rothbarth | Eric | Rothbarth | Peppard Cottage Pepppard Common Henley on Thames KG956B  UK | 44-7887628548 |
| Robert J. Guthrie | Robert | Guthrie | 5 Karloo Parade, Newport NSW 2106, Australia | 61-29992949 |
| Maxwell Diffey | Maxwell | Diffey | 27 Kensington Street, Tokoro New Zealand 3420 | 64-78866444 |
| Timothy Alan Maynard | Timothy | Maynard | 41 Plantation Avenue, Cambridge CB2 9BY, UK | 44-2073828618 |
| JJB-FLA LLC | JJB-FLA | LLC | 230 Ocean Grande Blvd APT 603, Jupiter, FL 33477 | 732-606-2124 |
| Jacques Deltenre | Jacques | Deltenre | 16 z.a.r.e. quest L-4384 Ehlerange, Luxembourg | 352-621301011 |
| Konstantin Von Radowitz | Konstantin | Von Radowitz | Alte Landstrasse 9 8702 Zollikon, Switzerland | 415-827-96457 |
| Mark Bradley | Mark | Bradley | 55 Carnoustie Way, Media, PA 19063 | 610-291-3717 |
| TISU Investment Ltd. (Tis Prager) | TISU | Investment | Simmonds Building Wickhams Cay 1, Roadtown Tortola, British Virgin Islands | 41442545555 |
| David Gardner | David | Gardner | 32 Cameron Rd. Tauramga, 3110 New Zealand | 64-75721480 |
| Robert Orlando Living Trust Sept 8 1998 | Robert | Orlando | 3804 Sterling Rd. Downers Grove, IL 60515 | 312-622-2230 |
| Ernest Orlando | Ernest | Orlando | 1320 Hallberg Lane, Park Ridge, IL 60068 | 312-243-0776 |
| Matteo Quaini | Matteo | Quaini | Vicolo Scacchini 9 Parma 43121 | 39-3357015179 |



# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| Mark Davis | Mark | Davis | 36 Totteridge Common, London N20 8NE, UK | 44-2088308830 |
| Peter Quigley | Peter | Quigley | Chemin de l'Eau-Vive, 1297 Founex, Switzerland | 41-227763886 |
| Francesco DeFrancesco | Francesco | DeFrancesco | 117 Roman Avenue Staten Island NY10314 | 646-773-9861 |
| Ben DiGiovanni | Ben | DiGiovanni | 69 Highland Road Staten Island NY 10308 | 646-773-9856 |
| Alexander Scharf | Alexander | Scharf | 545 West End Avenue New York NY 10024 | 917-921-2000 |
| Howard DaSilva | Howard | DaSilva | Three Gates Lane, Haslemere GU27 2LD | 44-7795457947 |
| Timothy Alan Maynard | Timothy | Maynard | 41 Plantation Avenue, Cambridge CB2 9BY, UK | 44-2073828618 |
| Donald Fletcher | Donald | Fletcher | 39 The Cliffs Parkway Landrum SC 29356 | 704-907-5415 |
| Anthony Behette | Anthony | Behette | 155 82nd Street, Brooklyn, NY 11209 | 347-249-1508 |
| John Burgess | John | Burgess | 16458 Northdale Oaks Dr, Greater Northdale, FL 33624 | 303-229-4638 |
| Jacques Deltenre | Jacques | Deltenre | 16 z.a.r.e. quest L-4384 Ehlerange, Luxembourg | 352-621301011 |
| Albert Viviani | Albert | Viviani | 17 Rue de Millo, 98000 Monaco | 33-607-837468 |
| Albert Viviani | Albert | Viviani | 17 Rue de Millo, 98000 Monaco | 33-607-837468 |
| Michael Oughtred | Michael | Oughtred | Wensley Hall, Wensley, Leyburn DL8 4HN, UK | 44-766796894 |
| Gregory Hurley | Gregory | Hurley | 11 Jacob Arnold Rd *Morristown* Nj 07960 | 917-301-3077 |
| Lonn Warner | Lonn | Warner | 29955 Groesbeck HwyRoseville, MI 48066 | 586-773-0858 |
| Theo Heselmans & Hilde Aerts | Theo | Heselmans | Heiblokken 1, 2250 Olen, Belgium | 32-475602949 |
| Sylvester Willis | Sylvester | Willis | 541 New York Ave.  Lyndhurst NJ 07071 | 917-692-8570 |
| Lisafield Pty Ltd ATF Adams8 Superfund | Lisafield | Pty | 15 Morley St Chelmer QLD 4068 Australia | |
| Stephen Gais | Stephen | Gais | Am Hirtenberg 17, Waake 37137 Germany | 49-551707394201 |
| Gary Grella | Gary | Grella | 22 Old Harter Rd Morristown NJ 07960 | 973-650-3972 |

**EXHIBIT A**