# Exhibit D

# Our Team Labors Daily to Help You Relax and Recover

## #RelaxAndRecover



Since his name is on the packaging, **Floyd Landis** needs little introduction. He's the *Floyd* behind, well, technically in front of, Floyd's of Leadville. While you know *Floyd*, you might not know some of the hardworking folks behind the curtain at *Floyd's*. They're the industrious hidden labor force sharing CBD at events across the country, prepping the digital ads you see flash across your Facebook feed, standing under the tent at races to answer all of your questions, or picking up the phone when you call our customer service number. And DZ. What does Dave do? Keep reading to find you.



Meet **Scott Thomson**, affectionately known around HQ as Wolfman. Scott lives in Leadville and is the Chief Retail Officer and Brand Manager of Floyd's of Leadville. He possesses 18 years of specialty retail experience with direct sales, purchasing, product development, brand management, developing territories, and supply chain management, including work in highly regulated cannabis and premium tobacco markets. He's also a co-founder Floyd's of Leadville and CEO of Floyd's Fine Cannabis. Scott's witnessed first hand how "cannabis and hemp have greatly improved the quality of life for our customers. This is the future and it feels great to be a part of it."



**Alexandra Merle** is the President and COO of Floyd's of Leadville. Alex draws from her extensive operations experience and deep knowledge of financial markets from various roles at the Federal Reserve over a 14-year span. Not only does she manage the short and long term business operations of Floyd's of Leadville, she also oversees product development, HR, farming operations, retail accounts, and marketing strategies. In fact, there isn't any operational component of the company that she doesn't touch.



If you've ever been driving along the freeway and spotted one of our yellow and white Floyd's of Leadville vans, chances are **Evander Hughes** is behind the wheel. Son of motocross legend Ryan, the Hughes name is well known in the offroad industry and Evander is an accomplished mountain biker and Enduro racer. He's spent the last few years managing inventory, driving products and gear to events, and spending time with Bob in the Floyd's tent at events around the country.



**Bob O'Neil** Started with Floyd's at the beginning of 2018. With over twenty-five years of sales experience, his business card reads "Senior Sales Executive" but he's much more. Bob crisscrosses the country on a weekly basis helping with everything from event management, sales, and logistics. If you've been to an event and visited the Floyd's tent, there's a good chance you've met Bob. He's an encyclopedia of CBD knowledge and can answer any question that you throw at him.



Known for his National Championship-winning time trials and DZNuts fame, **Dave Zabriskie** is a co-owner and co-founder of Floyd's of Leadville. A former teammate and longtime friend of Landis, Dave was one of the first to learn of the CBD empire Floyd envisioned. Dave offered his full support and joined the business when Pennsylvania hemp farms and CBD Recovery Bars were still a distant twinkle in Landis' eye. He's watched the company grow from a house in Leadville to a leading national CBD brand, and believes that the experience "has truly been the most rewarding and exciting project to work on. At Floyd's we've assembled such an amazing high-quality team and it's so gratifying to know the help our products are providing." You'll see DZ across the country sporting the Floyd's of Leadville cycling kit at events, leading rides, co-hosting podcasts, designing merchandise,

and working the crowd at expos and events. Also behind the CBD scene is Dave's wife, **Randi Zabriskie**, who strides between roles in HR and the marketing department, where she designs and implements ads across digital and retail landscapes.

Of course, these are only a handful of the hard working folks who've dedicated themselves to bringing you the highest quality CBD. Give them a big mental high five next time you place a drop of tincture under your tongue, mix up a Recovery Protein shake, or pop a pack of CBD Gems. We hope you appreciate them as much as we do!

Share:    

# Our CBD Products



**Softgels**



**Tinctures**

Shop ⌄     Learn ⌄                                                                Register        Login
                                                                                                  Cart
                                                                                            ✕

Home

Register

Login

Cart

Shop ▼

Learn ▼

Become a Retailer







### Balms

### Creams





### Drinks and Tonics

### Gems



### Pet CBD

# Sign Up for News & Offers

Subscribe to our newsletter and be the first to know about exclusive news and special offers!



Your Email Address

SIGN UP



Softgels

Tinctures

Drinks and Tonics

Balms

Creams

Gems

Pet CBD

Gear

About Us

Learn About CBD

FAQ

Blog

Where to Buy

Contact

Become a Floyd's Retailer

Refer-a-Friend

⚠️ WARNING: This product can expose you to chemicals including THC, which are known to the State of California to cause birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov.

© 2024 Floyd's of Leadville. This product is not for use or sale to persons under the age of 18. Representations regarding the efficacy and safety of Floyd's of Leadville have not been evaluated by the Food and Drug Administration. These products are not dietary supplements or intended to diagnose, prevent, treat, or cure any disease.



Terms & Conditions    Privacy Policy    Policy and Procedures    Refund Policy