# Exhibit D

| | |
|---|---|
| **From:** | Floyd Landis |
| **Sent:** | Thursday, July 2, 2020 7:03 AM CDT |
| **To:** | pdichiara; Howard da Silva; Jonathan Gazdak; Greg Hurley; Frank DiMartini; Barrie Clapham (LSIL); alex@floydsofleadville.com; chris@floydsofleadville.com; Bob Bell |
| **Subject:** | Re: Fwd: RESENDING REQUEST FOR INFORMATION TO MAKE PAYMENT TO CREDITORS |

Pete,

Out of concern for the risk associated with your position of privilege as legal counsel, please let this serve as a waiver, now in all future events, of any and all privilege enjoyed by the attorney client relationship.

Floyd

On Thu, Jul 2, 2020 at 7:47 AM, Floyd Landis <floyd@floydsofleadville.com> wrote:

> Pete,
>
> While you no longer represent us in this or any other matter, and it is disputed that you represent or represented Alexander Capital on this matter, I'm providing you with a request that I sent to Alexander Capital for contact information for the lenders to Floyd's of Leadville in order for us to make payments to begin to make them whole on the notes that are currently in default. It is Alexander Capitals position that the escrow account, which was used to distribute funds, belonged to Floyd's of Leadville and as such, please send all information and documents related to that account including all credits and debits involved in that escrow account whether related to Floyd's of Leadville or otherwise. Also please provide all contact information for all lenders to Floyd's of Leadville that you have in your possession so we can contact the lenders to make payments to them in an attempt to avert a liquidation. The current obstruction of Alexander Capital of our ability to do so has not been explained or defended in any way and speaks to the bad faith under which they have been operating for at least some time if not from day one.
>
> Floyd
>
> ---------- Forwarded message ----------
> From: Floyd Landis<floyd@floydsofleadville.com>
> Date: On Thu, Jul 2, 2020 at 7:26 AM
> Subject: Fwd: RESENDING REQUEST FOR INFORMATION TO MAKE PAYMENT TO CREDITORS
> To: Barrie Clapham (LSIL) <barrie.clapham@lsi.ltd>,Jonathan Gazdak <jgazdak@alexandercapitallp.com>,Frank DiMartini <frankdimartini@gmail.com>,Howard da Silva <howarddasilva@outlook.com>,Greg Hurley <greghurley99@gmail.com>,alex@floydsofleadville.com

<alex@floydsofleadville.com>,Chris Ryan <Chris@floydsofleadville.com>,bob@floydsofleadville.com <bob@floydsofleadville.com>
Cc:
If it is Alexander Capitals position that we have no right to speak with our own lenders in an attempt to collect information in order to begin to make payments, please simply don't respond.   Alternatively we are requesting contact information for all lenders in the senior secured debt offering brokered by Alexander Capital on behalf of the lenders and Floyd's of Leadville inc. - now Valued inc.


Floyd


On Wed, Jul 1, 2020 at 7:51 AM, Floyd Landis <floyd@floydsofleadville.com> wrote:

> Jonathan
>
> Could you please provide me with the email list of the lenders of the secured debt so I can reach out?   I'd like to begin making payments on the terms I proposed earlier, and I do not have legible contact information for them at this time.   Frank mentioned yesterday that his belief was that I intended to reach out to somehow relay information that would harm him and that is not my intention as I would prefer deal simply in financial terms with them for the time being.
>
> Frank also mentioned yesterday that it is his belief that I personally took $423k from the business last year.   This misinformation is possibly the reason for the difficult negotiations we have had and hopefully he has not relayed such inaccuracies to the lenders as it would certainly poison the well.  He also accused me of returning the original 350k investment in the Palisade greenhouse deal that never closed to myself.  Again, maybe someone less emotionally reactionary should be speaking with the lenders, as that money; was not mine; belonged to the company; and was returned directly from the Palisade deal escrow to the company where it was utilized to grow the company.
>
> Floyd