# Exhibit H

1        IN THE SOUTHERN DISTRICT OF NEW YORK

2   _____

3   Floyd's of Leadville Inc. n/k/a Valued Inc.,

4         Plaintiff or Petitioner,

5      v.                              Case No.

6   Alexander Capital, L.P. et al

7         Defendant or Respondent.

8                                     2022-cv-3318-DEH

9   _____

10                   Mark Leonard

11  DATE:        10/11/2024

12  TIME:        11:00 AM EDT

13

1  mean, I know him.  I don't know him.  I don't deal
2  with him anymore.  But at the time, he was I think he
3  was part of Pete's firm where they had the that was
4  their firm.
5      01:42:03 Daniel Vedra:  Is he an attorney who's
6  ever advised you?
7      01:42:09 mark:  Advised me.
8      01:42:10 Daniel Vedra:  Yeah.
9      01:42:12 mark:  I'm sure he did at some point.
10     01:42:15 Daniel Vedra:  In in this email, the
11 subject to which is Floyd's of Leadville, it states
12 Pete Mark Leonard can sell his shares of Floyd's of
13 Leadville stock under section 4a7 of the Securities
14 Act of 1933 as long as certain conditions are met.
15 Did I read that correctly?
16     01:42:31 mark:  Mhmm.  Yes.
17     01:42:33 Daniel Vedra:  Did you understand this
18 to be Pete DeHira giving you an opinion as to whether
19 you could sell your shares in Floyd's of Leadville?
20     01:42:44 mark:  Reading it now.  Yeah.  That's
21 what it looks like.
22     01:42:47 Daniel Vedra:  Did you notify Floods of
23 Leadville that you had contacted Pete DeCarra, Floods
24 of Leadville's alleged attorney at the time to obtain
25 an opinion on, from him?