# Exhibit E



Holly Cole <holly@holcombward.com>

## Continuation of FOL 30b6 Deposition
1 message

**Holly Cole** <holly@holcombward.com>                                                      Mon, Oct 14, 2024 at 1:26 PM
To: "Daniel J. Vedra" <dan@vedralaw.com>, Paul Rachmuth <paul@paresq.com>, Bryan Ward <bryan.ward@holcombward.com>, "Mr. Aaron Wright" <aaron@holcombward.com>

> See the attached Notice of Deposition for the continuation of FOL's 30b6 deposition on October 30, 2024 at 11:00AM eastern.
>
> **Holly Cole**
> **Holcomb + Ward, LLP**
>
> 3455 Peachtree Road NE, Suite 500
> Atlanta, Georgia 30326
> 404-601-2803 (Main)
> 404-800-0242 (Direct)
> 404-393-1554 (Fax)
> holly@holcombward.com
> www.holcombward.com

📄 **Floyd's v. ACLP_ Defendants' Continuation of 30b6 Notice of Deposition to FOL.pdf**
120K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FLOYD'S OF LEADVILLE, INC.,<br>N/K/A VALUED, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER CAPITAL, L.P., NESA MANAGEMENT, LLC, JOSEPH ANTHONY AMATO, ROCCO GERARD GUIDICIPIETRO, JONATHAN GAZDAK, RONALD BARRIE CLAPHAM, MARK LEONARD, PROVISION HOLDING, INC., TIMOTHY KELLY, and THREE DDD, LLC,<br><br>Defendants. | Case No.: 1:22-cv-03318-DEH |

---

**NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6)**

TO:   Floyd's of Leadville, Inc., n/k/a Valued, Inc.
c/o Daniel J. Vedra
Vedra Law, LLC
1444 Blake Street
Denver, CO 80202
dan@vedralaw.com

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30(b)(6), Defendants Alexander Capital, LP, NESA Management, LLC, Joseph Amato, Rocco Guidicipietro, and Jonathan Gazdak, will take the continued deposition upon oral examination of Plaintiff Floyd's of Leadville, Inc., n/k/a Valued, Inc. on October 30, 2024 at 11:00 a.m. EDT on the topics previously identified.

The deposition will take place by internet-based remote electronic means and shall continue day to day until completed. The deposition will be taken virtually before a certified shorthand reporter. The deposition will be recorded by audio, audio-visual means, and stenographic means.

1

2

Virtual appearance information to follow under separate cover.

Respectfully submitted this 14th day of June 2024.

/s/ *Bryan Ward*
Bryan Ward (*Pro Hac Vice*)
Holly Cole (*Pro Hac Vice*)
Aaron Wright (*Pro Hac Vice*)
Holcomb + Ward, LLP
3455 Peachtree Road NE
Suite 500
Atlanta, Georgia 30326
404-601-2803
Bryan.Ward@holcombward.com
Holly@holcombward.com
Aaron@holcombward.com

*Counsel for Defendants Alexander Capital LP, Joseph Amato, Rocco Guidicipietro, Jonathan Gazdak, and NESA Management, LLC*

2