# Exhibit F



Holly Cole <holly@holcombward.com>

---

## RE: Continuation of FOL 30b6 Deposition
1 message

---

**Daniel J. Vedra** <dan@vedralaw.com>                                    Tue, Oct 15, 2024 at 3:08 PM
To: Holly Cole <holly@holcombward.com>, Paul Rachmuth <paul@paresq.com>, Bryan Ward
<bryan.ward@holcombward.com>, "Mr. Aaron Wright" <aaron@holcombward.com>

Holly,

No.  We've made Mr. Bell available on Friday.  And we consent to another examiner taking over the deposition.

I'll note for the record this is the second time that ACLP has scheduled a deposition during the time for fact discovery and then asked to do it outside of the window.

This is made without prejudice to our forthcoming request to seek depositions of ACLP, Hurley, Leonard, and DiMartini after the discovery window.  In each of these circumstances, the depositions have been delayed through no fault of FoL and notwithstanding FoL's willingness to limit the questioning consistent with the objections raised by the witnesses.

Dan



1444 Blake Street

Denver, CO 80202


Office: (303) 937-6540

Direct: (720) 295-9391

Fax:    (303) 937-6547

---

**From:** Holly Cole <holly@holcombward.com>
**Sent:** Tuesday, October 15, 2024 12:53 PM
**To:** Daniel J. Vedra <dan@vedralaw.com>; Paul Rachmuth <paul@paresq.com>; Bryan Ward
<bryan.ward@holcombward.com>; Mr. Aaron Wright <aaron@holcombward.com>
**Subject:** Re: Continuation of FOL 30b6 Deposition

Dan,

Please confirm whether you consent to scheduling the continuation of the FOL 30b6 deposition on October 30 outside of the deadline for fact discovery.

Thanks,

**Holly Cole | Holcomb + Ward, LLP | 404-800-0242**



On Mon, Oct 14, 2024 at 1:26 PM Holly Cole <holly@holcombward.com> wrote:

> See the attached Notice of Deposition for the continuation of FOL's 30b6 deposition on October 30, 2024 at 11:00AM eastern.
>
> **Holly Cole**
> **Holcomb + Ward, LLP**
>
> 3455 Peachtree Road NE, Suite 500
> Atlanta, Georgia 30326
> 404-601-2803 (Main)
> 404-800-0242 (Direct)
> 404-393-1554 (Fax)
> **holly@holcombward.com**
> **www.holcombward.com**