**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Civil Action No.: 1:22-CV-03318-DEH

Floyd's of Leadville, Inc. N/K/A Valued, Inc.,

Plaintiff,

v.

Alexander Capital L.P., et al.

Defendants.

---

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE that Plaintiff Floyd's of Leadville, Inc. N/K/A Valued, Inc., requests that the Court strike Defendants Mark Leonard and Ronald Barrie Clapham's answers and to order Defendants Mark Leonard and Ronald Barrie Clapham, together with their counsel Paul Rachmuth, to show cause why they should not be held in contempt for the unauthorized practice of law. In support of this motion, plaintiff submits a memorandum of law, declaration of Daniel J. Vedra, and the exhibits referenced therein.

DATED: November 4, 2024

Respectfully submitted,

/s/ Daniel J. Vedra

Daniel J. Vedra
Vedra Law LLC
1444 Blake Street
Denver, CO 80202
Phone: (303) 937-6540
Fax: (303) 937-6547
Email: dan@vedralaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date first written above the foregoing was served CM/ECF on all parties of record:

/s/ Daniel J. Vedra
Daniel J. Vedra