UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FLOYD'S OF LEADVILLE, INC.,
n/k/a VALUED, INC.,

                                          Plaintiff,

          -against-                                      Docket No.1:22-cv-3318

ALEXANDER CAPITAL, L.P.; NESA                            I.
MANAGEMENT, LLC; JOSEPH ANTHONY
AMATO; ROCCO GERARD
GUIDICIPIETRO; JONATHAN GAZDAK;
GREGORY HURLEY; HOWARD DASILVA;                          NOTICE OF
RONALD BARRIE CLAPHAM; RONALD                            CROSS-MOTION
BARRIE CLAPHAM; THIEN TRUONG;
PROVISION HOLDING, INC.; TIMOTHY
KELLY; AND THREE DDD LLC,
                                          Defendants.
----------------------------------------------------------X

UPON the annexed declarations of defendants, R. Barrie Clapham and Mark Leonard, and of Paul

A. Rachmuth, and non-party Bryan A. McKenna, dated the 18th day of November 2024, and all

pleadings had herein, the undersigned shall move this Court before the Hon. Dale E. Ho, on a date

to be determined by the Court, at Thurgood Marshall United States Courthouse, 40 Foley Square

New York, NY 10007, for an order granting the defendants leave to file answers to the complaint;

and for such other and further relief as the Court finds just and proper.

Dated: Rockville Centre, New York
       November 18, 2024

                                          /s/ Paul A. Rachmuth
                                          Paul A. Rachmuth (pr-1566)
                                          265 Sunrise Highway, Ste. 1515
                                          Rockville Centre, New York 11570
                                          (516) 330-0170

                                          Counsel for Defendants
                                          Ronald Barrie Clapham and Mark Leonard