

**Daniel J. Vedra**
Attorney

dan@vedralaw.com
www.vedralaw.com

**VEDRA LAW LLC**

T. (303) 937-6540
F. (303) 937-6547

1444 Blake Street
Denver, CO 80202

December 18, 2024

VIA CM/ECF
Hon. Dale E. Ho
District Court Judge
United States District Court for the Southern District of New York

  Re: Floyd's of Leadville, Inc. N/K/A Valued, Inc. v. Alexander Capital L.P. & Clapham - Case No. 1:22-CV-03318-DEH
    *Motion to Stike Doc. 248*

Dear Judge Ho:

  In the Court's order dated October 22, 2024 (Doc. 224), the Court directed that "any future discovery disputes must be submitted to the Court no later than November 15, 2024. Disputes shall be filed in one joint letter submission that shall not exceed two pages. If the parties are unable to come to an agreement on the dispute, they must clearly lay out the views of each party in the joint two-page submission." The Alexander Capital Defendants were given the opportunity to lay out any discovery dispute that they could raise in the two page letter. They chose not to, and instead, filed a four page discovery dispute letter a month later.

  Plaintiff Floyd's of Leadville respectfully requests that the Court strike Alexander Capital Defendants' motion (Doc. 248) because it is:

  (1) not timely filed;

  (2) violates the Court's prior order;

  (3) filed after the close of discovery; and

  (4) does not comply with the Court's practice standards concerning either the length or content of discovery motions.

  Thank you.

                 Sincerely,

                 **VEDRA LAW LLC**

By:   /s/ Daniel J. Vedra
      Daniel J. Vedra

CC:   2023169/Floyd's of Leadville, Inc. N/K/A Valued, Inc.
      All Parties of Record

Encl: