UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Floyd's of Leadville, Inc., <br><br>      Plaintiff, <br><br>   v. <br><br> Alexander Capital LP, <br><br>      Defendant. | 22 Civ. 3318 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

  The parties in this matter appeared before the Court for a post-discovery case management conference on December 19, 2024. The parties are directed to file their briefs addressing the issue of jury waiver only, pursuant to the following schedule and page limits—and otherwise in accordance with the Court's Individual Rules:

- ACLP Defendants' opening brief (10 pages) is due on January 17, 2025.
- Plaintiff FOL's opposition brief (15 pages) is due on January 31, 2025.
- ACLP Defendants' reply (5 pages) is due on February 7, 2025.

  SO ORDERED.

Dated: December 20, 2024
    New York, New York

                     DALE E. HO
                   United States District Judge