

**Daniel J. Vedra**
Attorney

dan@vedralaw.com
www.vedralaw.com

**VEDRA LAW LLC**

T. (303) 937-6540
F. (303) 937-6547

1444 Blake Street
Denver, CO 80202

September 22, 2025

VIA CM/ECF
Hon. Dale E. Ho
District Court Judge
United States District Court for the Southern District of New York

> Re:    Floyd's of Leadville, Inc. N/K/A Valued, Inc. v. Alexander Capital L.P., et al. -
> Case No. 1:22-CV-03318-DEH
> *Motion for Leave to File Motion for Summary Judgment*

Dear Judge Ho:

Floyd's of Leadville, Inc. N/K/A Valued, Inc. ("FoL") respectfully request leave to file a motion for summary judgment as to liability against Defendants Mark Leonard and Ronald Barrie Clapham.

We are mindful of the Court's Practice Standard 4(g), which discourages motions for summary judgment in non-jury cases. With respect to the claims against Defendants Leonard and Clapham, both FoL and the Defendants have demanded a jury trial. While Defendant Alexander Capital L.P. has moved to strike FoL's jury demand based on a contractual waiver, that fully briefed motion remains pending. Critically, no party disputes that the claims between FoL and Defendants Leonard and Clapham are triable to a jury. As such, the primary rationale underlying Rule 4(g)—that the Court will be the ultimate finder of fact—does not apply to the claims against these two individual defendants.

This request is made because recently reviewed discovery materials reveal that this matter presents a compelling exception that would promote judicial economy. Specifically, Defendants Leonard and Clapham have, in their written discovery responses (or lack thereof) and deposition testimony, admitted to all material facts necessary to establish their liability on the claims asserted against them. Accordingly, there are no genuine issues of material fact regarding their liability, and a targeted motion on this issue would substantially narrow the issues for trial.

Granting summary judgment on liability against Mr. Leonard and Mr. Clapham at this stage would streamline the proceedings while the Court considers the pending jury waiver motion, which has been fully briefed since February 7, 2025. It would permit the parties and the Court to focus discovery and trial preparation on the remaining issues of damages as to Mr. Leonard and Mr. Clapham, and on the claims against Alexander Capital.

Defendants Leonard and Clapham do not oppose this relief. For these reasons, we believe leave is warranted. We thank the Court for its time and consideration, and respectfully suggest that the Court may set a deadline of December 1, 2025, for FoL to file its motion.

Sincerely,

**VEDRA LAW LLC**

By:   /s/ Daniel J. Vedra
      Daniel J. Vedra

CC:   2023169/Floyd's of Leadville, Inc. N/K/A Valued, Inc.
      All Parties of Record

Encl:

**VEDRA LAW LLC**