

## HOLCOMB +WARD LLP

**Bryan Ward**
Direct Line: 404.892.5695
bryan.ward@holcombward.com

March 18, 2026

**VIA ELECTRONIC FILING**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

>Re:  *Floyd's of Leadville, Inc., n/k/a Valued, Inc. v. Alexander Capital, L.P., et al.;* Civil Action No. 1:22-CV-03318-DEH
>Parties' Joint Response to February 24, 2026 Order

Dear Judge Ho:

In further response to Your Honor's February 24, 2026 Order and following up on the parties' February 27 response, I write to notify the Court, on behalf of all parties, that the parties have again met and conferred and agreed to the following revised briefing schedule, if Your Honor grants leave:

- **April 29, 2026**: Deadline for Plaintiff to file, in a single brief, a motion for summary judgment that Alexander Capital , L.P. has a contractual obligation to indemnify and promptly reimburse Plaintiff for legal fees and expenses and for summary judgment on liability only against Defendants Mark Leonard and Ronald Barrie Clapham. Also, deadline for all Defendants to file a single, joint brief for their respective motions for summary judgment to dismiss all claims.

- **June 3, 2026**: Deadline for Plaintiff to file a single brief in opposition to Defendants' motions for summary judgment, and deadline for Defendants to file a single brief in opposition to Plaintiffs' motions for summary judgment.

The parties note that, other than Plaintiff's "Count X" (Breach of Contract against Alexander Capital and Alexander Capital Defendants), all claims in this matter are to be tried by

2296 HENDERSON MILL ROAD NE, #116 | ATLANTA, GA 30345 | **PHONE** 404-601-2803 | **FAX** 404-393-1554 | **HOLCOMBWARD.COM**

The Honorable Dale E. Ho
March 18, 2026

jury. Also, the parties' understanding from the February 24 Order is that the parties will not have leave to file reply briefs in support of their motions for summary judgment.

Sincerely,

Bryan Ward

cc:      All parties via electronic filing