**Daniel J. Vedra**
Attorney

dan@vedralaw.com
www.vedralaw.com



**VEDRA LAW LLC**

T. (303) 937-6540
F. (303) 937-6547

1444 Blake Street
Denver, CO 80202

April 13, 2026

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:    Unopposed Motion for Request for Ruling
> *Floyd's of Leadville, Inc. v. Alexander Capital, L.P., et al., Case No. 1:22-cv-3318 (DEH)*

Dear Judge Ho:

On February 23, 2026, Plaintiff Floyd's of Leadville, Inc., n/k/a Valued, Inc. ("FOL") submitted a motion for leave to file a Motion for Partial Summary Judgment against Defendant Alexander Capital, L.P. ("ACLP") on its breach of contract claim—the only claim to be determined by the Court and not a jury. On this single claim, FOL will seek summary judgment on a discrete portion of its breach of contract claim (Count X)—specifically, ACLP's contractual obligation to indemnify and promptly reimburse FOL for legal fees and expenses for any misrepresentation or alleged misrepresentation made in the course of acting as FOL's trusted financial advisor.

Similarly, FOL will also seek partial summary against Defendants Leonard and Clapham, who have admitted the material allegations of the claims against them in their responses, or lack thereof, to written discovery. FOL intends to make these motions concise, straightforward, and based on facts that are not reasonably in dispute.

Pursuant to Your Honor's order dated February 24, 2026, the parties have met and conferred concerning a briefing schedule on motions for summary judgment. The parties submitted that briefing schedule on February 27, 2026. They revised the briefing schedule and re-submitted it on March 18, 2026. The parties have again met and conferred regarding the briefing schedule. To provide sufficient time between the Court's order granting leave to file dispositive motions (if granted), the parties have agreed to the following schedule in accordance with Your Honor's prior order:

- **May 20, 2026**: Deadline for Plaintiff to file, in a single brief, a motion for summary judgment that Alexander Capital , L.P. has a contractual obligation to indemnify and promptly reimburse Plaintiff for legal fees and expenses, and for summary judgment on liability only against Defendants Mark Leonard and Ronald Barrie Clapham. Also, deadline for all Defendants to file a single, joint brief for their respective motions for summary judgment to dismiss all claims.

- **June 24, 2026**: Deadline for Plaintiff to file a single brief in opposition to Defendants' motions for summary judgment, and deadline for Defendants to file a single brief in opposition to Plaintiffs' motions for summary judgment.

Based on the foregoing, FOL respectfully requests that the Court grant its February 23, 2026, letter motion for leave to file a motion for summary judgment and order the parties to complete briefing on summary judgment as set forth above.

Sincerely,

**VEDRA LAW LLC**


By:   /s/ Daniel J. Vedra
      Daniel J. Vedra

CC:   2023169/Floyd's of Leadville, Inc. N/K/A Valued, Inc.
      All Parties of Record

Encl:   None

