

**Daniel J. Vedra**
Attorney

dan@vedralaw.com
www.vedralaw.com

**VEDRA LAW LLC**

T. (303) 937-6540
F. (303) 937-6547

1444 Blake Street
Denver, CO 80202

May 19, 2026

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:  Notice of Non-compliance with Court Order
       *Floyd's of Leadville, Inc. v. Alexander Capital, L.P., et al., Case No. 1:22-cv-3318 (DEH)*

Dear Judge Ho:

  With profound disappointment, Plaintiff notifies the Court of non-compliance with the Court's order dated May 15, 2026 (ECF 277). In this order, the Court directed the parties to meet and confer in good faith to attempt to resolve a dispute concerning Defendants' request to enlarge page limitations for summary judgment and then file a <u>joint</u> letter apprising the Court of the results.

  Defendants filed the joint letter but it was not truly joint. At 8:31 ET, defense counsel e-mailed to Plaintiff's counsel a redline that included revisions to Plaintiff's statement and additions to Defendants' statement. Rather than provide an editable version of the letter, counsel sent a PDF redline that included the unauthorized revisions to Plaintiff's statement. Counsel then announced that she would "file a clean version." Nine minutes later, defense counsel filed the letter without Plaintiff's approval. Accordingly, the letter was not a joint letter as it included both revisions to Plaintiff's statement and additions to which Plaintiff had no chance to respond.

            Sincerely,

            **VEDRA LAW LLC**

      By:  /s/ Daniel J. Vedra
          Daniel J. Vedra

CC:  2023169/Floyd's of Leadville, Inc. N/K/A Valued, Inc.

May 19, 2026
Page 2 of 2

All Parties of Record

Encl:   Copy of E-mail
        Copy of Redline

**VEDRA LAW LLC**