

**Daniel J. Vedra**
Attorney

dan@vedralaw.com
www.vedralaw.com

**VEDRA LAW LLC**

T. (303) 937-6540
F. (303) 937-6547

1444 Blake Street
Denver, CO 80202

July 7 2026

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Notice of Errata
*Floyd's of Leadville, Inc. v. Alexander Capital, L.P., et al., Case No. 1:22-cv-3318 (DEH)*

Dear Judge Ho:

I am writing to notify the Court of an error in Plaintiff's Motion for Summary Judgment filing.  Docket Number 293-1 titled "Supplement Rule 56.1 Statement of Undisputed Material Facts" was intended to be Plaintiff's Rule 56.1 Statement of Undisputed Facts.  Counsel erroneously filed a document from a different case.  Counsel for Alexander Capital, L.P. kindly notified Plaintiff's counsel of this error, and the corrected document was promptly provided to all Defense counsel.  Plaintiff attaches the correct document to this filing..

Sincerely,

**VEDRA LAW LLC**

By:     /s/ Daniel J. Vedra
        Daniel J. Vedra

CC:    2023169/Floyd's of Leadville, Inc. N/K/A Valued, Inc.
       All Parties of Record

Encl:   Statement of Undisputed Facts